EXHIBIT A

NYSCEF  
New York County Supreme Court

**Document List**
**Index #   952325/2023**

Created on:01/11/2024 06:31 PM

Case Caption:   **Angelica Parker v. Scott Bursor et al**

Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS WITH NOTICE | Processed | 11/22/2023 | Parker, A. (Pro Hac / Pro Se) |
| 2 | SUMMONS (PRE RJI) (AMENDED) | Processed | 11/24/2023 | Parker, A. (Pro Hac / Pro Se) |
| 3 | DEMAND FOR COMPLAINT | Processed | 01/09/2024 | Burstein, J. |
| 4 | AFFIDAVIT | Processed | 01/09/2024 | Parker, A. (Pro Hac / Pro Se) |
| 5 | AFFIDAVIT | Processed | 01/09/2024 | Parker, A. (Pro Hac / Pro Se) |
| 6 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 01/10/2024 | Burstein, J. |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------------------------X

ANGELICA PARKER,

                Plaintiff,

  -against-

SCOTT BURSOR,

                Defendants.

-----------------------------------------------------------------------

To the above-named defendant:

Index No.: ___ /2023

SUMMONS with NOTICE

Plaintiff designates New York County as place of trial.

The basis of venue is the location of the acts and plaintiff's residence.

Plaintiff resides at 400 East 57th Street Apt I5A, New York, NY 10022

**YOU ARE HEREBY SUMMONED** to serve a notice of appearance on the Plaintiff within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York) and in case your failure to appear or answer, judgment will be taken for the relief demanded herein.

Dated: New York, New York
       November 21, 2023

ANGELICA PARKER

By:_____
Angelica Parker
Plaintiff pro se
400 East 57th Street
Apt. 15A
New York, NY 10022

TO:

SCOTT BURSOR
68 S.E. 6th Street
Apt. 4203
Miami, FL 33131

**PLEASE TAKE NOTICE THAT** the nature of this action is for:

Assault/Sexual Assault

Battery/Sexual Battery

Intentional Infliction of Emotional Distress

Negligent Infliction of Emotional Distress

Abuse of Process

Violation of Adult Survivors Act

Violation of Victims of Gender Motivated Violence Act

The causes of action described herein have arisen as follows:

Plaintiff brings this action for the emotional, physical and sexual abuse she suffered at the hands of the Defendant beginning in or about July 2020.

The abuse inflicted on Plaintiff resulted in plaintiff suffering emotional and physical Damages as a direct result of Defendant's actions.

The relief sought is money damages in an amount to be determined at trial, along with punitive damages, as well as injunctive relief enjoining and restraining Defendants from continuing the misconduct complained of plus interest, fees costs and such other and further relief as this Court may deem just and proper.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

----------------------------------------------------------------------X

ANGELICA PARKER,

                Plaintiff,

  -against-

SCOTT BURSOR and
BURSOR & FISHER, P.A.

               Defendants.
-------------------------------------------

To the above-named defendant:

Index No.: ___ /2023

AMENDED
<u>SUMMONS with NOTICE</u>

Plaintiff designates New York County as place of trial.

The basis of venue is the location of the acts and plaintiff's residence.

Plaintiff resides at 400 East 57th Street Apt 15A, New York, NY 10022

**YOU ARE HEREBY SUMMONED** to serve a notice of appearance on the Plaintiff within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York) and in case your failure to appear or answer, judgment will be taken for the relief demanded herein.

Dated: New York, New York
       November 21, 2023

ANGELICA PARKER

By:_<i>A Parker</i>_____
Angelica Parker
Plaintiff pro se
400 East 57th Street
Apt. 15A
New York, NY 10022

TO:
SCOTT BURSOR
68 S.E. 6th Street
Apt. 4203
Miami, FL 33131

Bursor & Fisher, P.A.
1330 Avenue of the Americas
New York, NY 10019

**PLEASE TAKE NOTICE THAT** the nature of this action is for:

Assault/Sexual Assault

Battery/Sexual Battery

Intentional Infliction of Emotional Distress

Negligent Infliction of Emotional Distress

Abuse of Process

Violation of Adult Survivors Act

Violation of Victims of Gender Motivated Violence Act

The causes of action described herein have arisen as follows:

Plaintiff brings this action for the emotional, physical and sexual abuse she suffered at the hands of the Defendant beginning in or about July 2020.

The abuse inflicted on Plaintiff resulted in plaintiff suffering emotional and physical Damages as a direct result of Defendant's actions.

The relief sought is money damages in an amount to be determined at trial, along with punitive damages, as well as injunctive relief enjoining and restraining Defendants from continuing the misconduct complained of plus interest, fees costs and such other and further relief as this Court may deem just and proper.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------X
ANGELA PARKER,                                          Index No. 952325/2023

        *Plaintiff*,

        **DEMAND FOR COMPLAINT**
        **PURSUANT TO CPLR § 3012**

  -- against --

SCOTT BURSOR and
BURSOR & FISHER, P.A.,

        *Defendants*.
-------------------------------------------------------X

TO:  Angela Parker
      400 East 57th Street, Apt. 15A
      New York, New York 10022
      *Plaintiff Pro Se*

      **PLEASE TAKE NOTICE** that, pursuant to CPLR § 3012, Defendants SCOTT BURSOR and BURSOR & FISHER, P.A. (collectively "Defendants"), demand that Plaintiff ANGELA PARKER serve a copy of the Complaint upon their undersigned attorneys.

      **PLEASE TAKE FURTHER NOTICE**, that pursuant to CPLR § 3012(b), this Demand for Complaint does not constitute an appearance in this action.

Dated: January 9, 2024
       New York, New York

                              Respectfully submitted,

                              JUDD BURSTEIN, P.C.

                              By:_____
                                 Judd Burstein
                              110 East 59th Street, 22nd Floor
                              New York, New York 10022
                              Tel. (212) 974-2400
                              Fax (212) 974-2944
                              *Attorneys for Defendants*

|  |  |
|---|---|
| ANGELICA PARKER<br><br>Plaintiff(s)<br><br>vs<br><br>SCOTT BURSOR, ET AL.<br><br>Defendant(s) | Index Number: 952325/2023<br><br>Date Filed: 11/24/2023<br><br>Client's File No.:<br><br>Court Date: |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF KINGS, SS.:
**AUTUMN GLENN**, being sworn says:
Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.
On **12/21/2023**, at **2:07 PM** at: **1330 AVENUE OF THE AMERICAS, NEW YORK, NY 10019** Deponent served the within **AMENDED SUMMONS WITH NOTICE**
On: **SCOTT BURSOR**, therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☒ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to John Doe (Front Desk Security) a person of suitable age and discretion. Said premises is recipient's:[X] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having visited there

☐ **Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to  personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be thereof.

☒ **#5 MAILING**
On 01/05/2024, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [X] Actual Place of Business,  and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
**Sex**: Male        **Color of skin**: BROWN        **Color of hair**: BLACK        **Glasses**:
**Age**: 25-35      **Height**: 5ft 9in - 6ft 0in                    **Weight**: 161-190 Lbs.        **Other Features**:

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☒ **#9 OTHER**
Was told as per Front Desk Security they are not coming down to accept.

Sworn to before me on 12/21/2023

TAMARA TOWNS-IIN ALAW
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01AL6369961
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES JANUARY 22, 2026

AUTUMN GLENN
2110676-DCA

SLS Process Serving Company, LLC, 90 State Street, Albany, NY 12207 2094823-DCA

1 of 1

Job #: 61758

SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY

ANGELICA PARKER

Plaintiff(s)

vs

SCOTT BURSOR, ET AL.

Defendant(s)

**Index Number**: 952325/2023

**Date Filed:** 11/24/2023

**Client's File No.:**

**Court Date:**

STATE OF NEW YORK, COUNTY OF KINGS, SS.:
**AUTUMN GLENN**, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.
On **12/21/2023**, at **2:07 PM** at: **1330 AVENUE OF THE AMERICAS, NEW YORK, NY 10019** Deponent served the within **AMENDED SUMMONS WITH NOTICE**
On: **SCOTT BURSOR**, therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☒ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to John Doe (Front Desk Security) a person of suitable age and discretion. Said premises is recipient's:[X] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment   [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having visited there

☐ **Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to  personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be thereof.

☒ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [X] Actual Place of Business,  and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
**Sex**: Male        **Color of skin**: BROWN        **Color of hair:** BLACK        **Glasses**:
**Age**: 25-35        **Height**: 5ft 9in - 6ft 0in                **Weight**: 161-190 Lbs.        **Other Features**:

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☒ **#9 OTHER**
Was told as per Front Desk Security they are not coming down to accept.

Sworn to before me on 12/21/2023

TAMARA TOWSHIN ALAM
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01AL6369961
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES JANUARY 22, 2026



AUTUMN GLENN
2110676-DCA

SLS Process Serving Company, LLC, 90 State Street, Albany, NY 12207 2094823-DCA

1 of 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------X

ANGELA PARKER,

        *Plaintiff*,

-- against --

SCOTT BURSOR and
BURSOR & FISHER, P.A.,

        *Defendants*.
-----------------------------------------------------------X

Index No. 952325/2023

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                              )ss.:
COUNTY OF NEW YORK )

        **VICTOR M. WEBERMAN**, being sworn, deposes and says:

        The deponent is not a party to this action, is over 18 years of age, and resides in New York, New York. On January 9, 2024, I served a true and accurate copy of the within **DEMAND FOR COMPLAINT PURSUANT TO CPLR § 3012** upon:

        Angela Parker
        400 East 57th Street, Apt. 15A
        New York, New York 10022
        *Plaintiff Pro Se*

by sending a true copy of same enclosed in a properly addressed wrapper, addressed as shown, into the custody of **FEDEX** for overnight delivery prior to the latest time designated by that service for overnight/next business morning delivery.

                                                        _____
                                                           VICTOR M. WEBERMAN

Sworn to before me this
10th of January, 2024

_____
Notary Public

SCOTT MITCHELL
Notary Public-State of New York
No. 01MI0006208
Qualified in Westchester County
Commission Expires 04/25/2027

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------X
ANGELA PARKER,                        Index No. 952325/2023

        *Plaintiff*,

                                                             **DEMAND FOR COMPLAINT**
                                                             **PURSUANT TO CPLR § 3012**

-- against --

SCOTT BURSOR and
BURSOR & FISHER, P.A.,

        *Defendants*.
-------------------------------------------------------X

TO:    Angela Parker
         400 East 57th Street, Apt. 15A
         New York, New York 10022
         *Plaintiff Pro Se*

       **PLEASE TAKE NOTICE** that, pursuant to CPLR § 3012, Defendants SCOTT BURSOR and BURSOR & FISHER, P.A. (collectively "Defendants"), demand that Plaintiff ANGELA PARKER serve a copy of the Complaint upon their undersigned attorneys.

       **PLEASE TAKE FURTHER NOTICE**, that pursuant to CPLR § 3012(b), this Demand for Complaint does not constitute an appearance in this action.

Dated: January 9, 2024
         New York, New York

                                                            Respectfully submitted,

                                                            JUDD BURSTEIN, P.C.

                                                            By: _____
                                                               Judd Burstein
                                                            110 East 59th Street, 22nd Floor
                                                            New York, New York 10022
                                                           Tel. (212) 974-2400
                                                           Fax (212) 974-2944
                                                           *Attorneys for Defendants*