# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------X

ANGELICA PARKER,

                Plaintiff,

  -against-

SCOTT BURSOR and
BURSOR & FISHER, P.A.

                Defendants.
-------------------------------------------------

Index No.: ___ /2023

AMENDED
SUMMONS with NOTICE

Plaintiff designates New York County as place of trial.

The basis of venue is the location of the acts and plaintiff's residence.

Plaintiff resides at 400 East 57th Street Apt 15A, New York, NY 10022

To the above-named defendant:

**YOU ARE HEREBY SUMMONED** to serve a notice of appearance on the Plaintiff within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York) and in case your failure to appear or answer, judgment will be taken for the relief demanded herein.

Dated: New York, New York
       November 21, 2023

ANGELICA PARKER

By: _/s/ A Parker_____
Angelica Parker
Plaintiff pro se
400 East 57th Street
Apt. 15A
New York, NY 10022

TO:
SCOTT BURSOR
68 S.E. 6th Street
Apt. 4203
Miami, FL 33131

Bursor & Fisher, P.A.
1330 Avenue of the Americas
New York, NY 10019

**PLEASE TAKE NOTICE THAT** the nature of this action is for:

Assault/Sexual Assault

Battery/Sexual Battery

Intentional Infliction of Emotional Distress

Negligent Infliction of Emotional Distress

Abuse of Process

Violation of Adult Survivors Act

Violation of Victims of Gender Motivated Violence Act

The causes of action described herein have arisen as follows:

Plaintiff brings this action for the emotional, physical and sexual abuse she suffered at the hands of the Defendant beginning in or about July 2020.

The abuse inflicted on Plaintiff resulted in plaintiff suffering emotional and physical Damages as a direct result of Defendant's actions.

The relief sought is money damages in an amount to be determined at trial, along with punitive damages, as well as injunctive relief enjoining and restraining Defendants from continuing the misconduct complained of plus interest, fees costs and such other and further relief as this Court may deem just and proper.