EXHIBIT C

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ANGELICA PARKER,
                                              Case No.:
              Plaintiff,

       -- against --

SCOTT BURSOR and
BURSOR & FISHER, P.A.,

              Defendants.
------------------------------------X
```

## DECLARATION OF SCOTT BURSOR

I, **SCOTT BURSOR**, hereby declare under penalty of perjury as follows:

1. I am a named Defendant in the case *Parker v. Bursor et al.*, Index No. 952325/2023 (N.Y. Sup. Ct. N.Y. Co.) (the "State Court Action"), which, pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446, Defendants are hereby removing from the Supreme Court of the State of New York, County of New York, to this Court. The State Court Action was commenced by Plaintiff Angelica Parker filing a Summons with Notice naming me as the sole Defendant. She then filed an Amended Summons with Notice naming Bursor & Fisher, P.A. ("Bursor & Fisher") as a Co-Defendant.

2. I am a domiciliary of the State of Florida, where I reside. I possess a Florida Driver's License and I am registered to vote in Florida.

3. Bursor & Fisher, P.A. ("Bursor & Fisher") is an unincorporated professional association engaged in the practice of law. It was formed under the laws of the State of Florida

and its principal place of business is located at 701 Brickell Avenue, Suite 1420, Miami, FL 33131. I am the sole owner of Bursor & Fisher.

4. I have personal knowledge that Plaintiff Angelica Parker is domiciled in the State of New York.

5. On December 21, 2023, Plaintiff caused a copy of the Amended Summons with Notice to be served upon me in Miami, Florida, by way of personal service by a process server.

6. Also on December 21, 2023, Plaintiff caused a copy of the Amended Summons with Notice to be served upon Bursor & Fisher by a process server at its satellite office, located at 1330 Avenue of the Americas, New York, New York 10019.

7. On behalf of myself and on behalf of Bursor & Fisher, as its sole owner, Defendants consent to the removal of this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of January, 2024, in Miami, Florida.

_____
SCOTT BURSOR