EXHIBIT F

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------X
ANGELA PARKER,

      *Plaintiff*,

  -- against --

SCOTT BURSOR and
BURSOR & FISHER, P.A.,

      *Defendants*.
-------------------------------------------------------X

Index No. 952325/2023

**DEMAND FOR COMPLAINT
PURSUANT TO CPLR § 3012**

TO: Angela Parker
   400 East 57th Street, Apt. 15A
   New York, New York 10022
   *Plaintiff Pro Se*

  **PLEASE TAKE NOTICE** that, pursuant to CPLR § 3012, Defendants SCOTT BURSOR and BURSOR & FISHER, P.A. (collectively "Defendants"), demand that Plaintiff ANGELA PARKER serve a copy of the Complaint upon their undersigned attorneys.

  **PLEASE TAKE FURTHER NOTICE**, that pursuant to CPLR § 3012(b), this Demand for Complaint does not constitute an appearance in this action.

Dated: January 9, 2024
    New York, New York

            Respectfully submitted,

            JUDD BURSTEIN, P.C.

            By: _____
              Judd Burstein
            110 East 59th Street, 22nd Floor
            New York, New York 10022
            Tel. (212) 974-2400
            Fax (212) 974-2944
            *Attorneys for Defendants*