UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ANGELICA PARKER,

              *Plaintiff*,

        -- against --

SCOTT BURSOR and
BURSOR & FISHER, P.A.,

            *Defendants*.
------------------------------------------------------X

Case No. 24-cv-245 (JGLC)

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants Scott Bursor ("Mr. Bursor") and Bursor & Fisher, P.A. ("Bursor & Fisher"), states:

      1.     Bursor & Fisher is a professional corporation. No publicly held corporation owns 10% or more of its stock. Mr. Bursor is the sole owner of Bursor & Fisher.

      2.     Plaintiff Angelica Parker is a citizen of the State of New York.

      3.     Mr. Bursor is a citizen of the State of Florida.

      4.     Bursor & Fisher is a citizen of the State of Florida.

Dated: New York, New York
       January 12, 2024

                               Respectfully submitted,

                               JUDD BURSTEIN, P.C.

                               By: /s/ Judd Burstein
                                  Judd Burstein (JB-9585)
                               110 East 59th Street, 22nd Floor
                               New York, New York 10022
                               Tel.: (212) 974-2400
                               Fax: (212) 974-2944
                               Email: jburstein@burlaw.com
                               *Attorneys for Defendants*