UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANGELICA PARKER,

              *Plaintiff,*

      -- against --

SCOTT BURSOR and
BURSOR & FISHER, P.A.,

             *Defendants.*
-----------------------------------------------------------X

Case No. 24-cv-245 (JGLC)

**DECLARATION OF SERVICE**

I, **SCOTT A. MITCHELL**, hereby declare under penalty of perjury as follows:

I am not a party to this action, I am over 18 years of age, and reside in Irvington, New York. On January 12, 2024, I served the Notice of Removal of Civil Action with Exhibits filed on January 11, 2024 on the electronic docket of the above-captioned action as ECF Doc. Nos. 1 through 1-6 upon:

        Angelica Parker
        400 East 57th Street, Apt. 15A
        New York, New York 10022
        *Plaintiff Pro Se*

by sending a true copy thereof in a properly addressed wrapper, addressed as shown, into the custody of FedEx for OVERNIGHT DELIVERY prior to the latest time designated by that service for Saturday delivery.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of January, 2024, in the State of New York, County of Kings.

                                    _____
                                    SCOTT A. MITCHELL