UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ANGELICA PARKER,

             *Plaintiff*,

-- against --

SCOTT BURSOR and
BURSOR & FISHER, P.A.,

             *Defendants*.
-------------------------------------------------------X

Case No. 24-cv-245 (JGLC)

**DECLARATION OF SERVICE**

I, **SCOTT A. MITCHELL**, hereby declare under penalty of perjury as follows:

I am not a party to this action, I am over 18 years of age, and reside in Irvington, New York. On January 17, 2024, I served the Civil Cover Sheet, filed on January 12, 2024 on the electronic docket of the above-captioned action as ECF Doc. No. 2, and the Corporate Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1, filed on January 12, 2024 on the electronic docket of the above-captioned action as ECF Doc. No. 3 upon:

    Angelica Parker
    400 East 57th Street, Apt. 15A
    New York, New York 10022
    *Plaintiff Pro Se*

by sending a true copy thereof in a properly addressed wrapper, addressed as shown, into the custody of FedEx for OVERNIGHT DELIVERY prior to the latest time designated by that service for overnight/next business day delivery.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of January, 2024, in the State of New York, County of New York.

                                                  SCOTT A. MITCHELL