UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER<br><br>    Plaintiff,<br><br>-against-<br><br>SCOTT BURSOR, et al.,<br><br>    Defendants. | 24-CV-00245 (JGLC)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  Yesterday, my chambers received an ex parte email communication from counsel for Defendants. I am baffled why counsel made such a communication. When he previously made an ex parte email communication in connection with this matter to the chambers of Judge Clarke, he was directed to file the communication on the docket, which he did. To the extent it is in any way unclear, if counsel has an urgent matter that he believes requires an email to chambers pursuant to my Individual Rules, he should copy the opposing pro se party on that communication. Otherwise, the communication must be filed on the docket. Counsel for Defendant is Ordered to file his email to my chambers on the docket. If he wishes to make an application to make a sealed motion for a temporary restraining order directing Plaintiff to file her complaint under seal, he should, in accordance with Section III(E) of my Individual Rules, make an application, filed on the docket, that explains the reasons for seeking to file that submission under seal and addresses the request in light of the Court of Appeals' opinions in *Lugosch v. Pyramid Co. of Onondaga,* 435 F.3d 110 (2d Cir. 2006) and *Bernstein v. Bernstein Litowitz Berger & Grossman LLP*, 814 F.3d 132 (2d Cir. 2016).

DATED: January 19, 2024
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge