UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ANGELICA PARKER,

        *Plaintiff*,

   -- against --

SCOTT BURSOR and
BURSOR & FISHER, P.A.,

        *Defendants*.
-------------------------------------------------------X

Case No. 24-cv-245 (JGLC) (RFT)

**DECLARATION OF SERVICE**

I, **VICTOR M. WEBERMAN**, hereby declare under penalty of perjury as follows:

I am not a party to this action, I am over 18 years of age, and reside in New York, New York. On January 19, 2024, I served: (a) Letter, dated January 19, 2024, entered on the electronic docket of the above-captioned action as ECF Doc. No. 11; (b) Letter Motion, dated January 19, 2024, entered on the electronic docket of the above-captioned action as ECF Doc. No. 12; (c) Declaration of Judd Burstein, dated January 19, 2024, with Exhibits, filed under seal on the electronic docket of the above-captioned action as ECF Doc. Nos. 13 through 13-10; (d) Declaration of Scott A. Bursor, dated January 17, 2024, with Exhibits, filed under seal on the electronic docket of the above-captioned action as ECF Doc. Nos. 14 through 14-4; (e) Memorandum of Law filed under seal on the electronic docket of the above-captioned action as ECF Doc. No. 15; and (f) Proposed Order to Show Cause filed under seal on the electronic docket of the above-captioned action as ECF Doc. No. 16, upon:

        Angelica Parker
        400 East 57th Street, Apt. 15A
        New York, New York 10022
        *Plaintiff Pro Se*

by enclosing a true copy thereof in a properly addressed envelope, and depositing same into the exclusive care and custody of the United States Postal Service in the State of New York for delivery by FIRST CLASS MAIL.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of January, 2024, in the State of New York, County of New York.

_____
VICTOR M. WEBERMAN