UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Angelica Parker,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>Scott Bursor, et al.,<br><br>　　　　　　Defendants. | 24-CV-00245 (JGLC) (RFT)<br><br>**TELEPHONE CONFERENCE ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　Plaintiff filed her case against Defendants in state court by summons and notice on November 22, 2023. (ECF 1-1.) Defendants removed the case to this Court on January 11, 2024. (*See* ECF 1.) By Order of Reference dated January 17, 2024 (ECF 6), Judge Jessica G.L. Clarke referred this case to me for dispositive motions and general pretrial supervision, including scheduling, discovery, non-dispositive pretrial motions, and settlement. On January 19, 2024, Defendants filed a motion for a preliminary injunction and a temporary restraining order, seeking an order requiring Plaintiff to file her complaint under seal for an amount of time sufficient to allow Defendants to move to strike portions of the complaint. (*See* ECF 11-16.)

　　The parties will be heard by telephone conference on **Wednesday, January 24, 2024, at 8:30 AM**. At the conference, Plaintiff should also be prepared to address whether she intends to seek remand of this case back to state court. The parties are directed to join the conference via Microsoft Teams at the scheduled time by dialing **(646) 453-4442, Access Code: 512 565 928 #**.

Additionally, counsel for Defendants is ORDERED to make every reasonable effort to inform Plaintiff of the contents of this Order by **5:00 PM today, January 22, 2024**.

DATED: January 22, 2024
         New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge