UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

ANGELICA PARKER,

                    *Plaintiff*,

           -- against --

SCOTT BURSOR and
BURSOR & FISHER, P.A.,

                    *Defendants*.
------------------------------------------------------X

Case No. 24-cv-245 (JGLC) (RFT)

**DECLARATION OF SERVICE**

        **JUDD BURSTEIN** hereby declares:

        I am the sole shareholder of Judd Burstein, P.C., attorneys for Defendants in the above-referenced action.  On January 22, 2024, at approximately 12:15 p.m., I served the Telephone Conference Order signed by United States Magistrate Judge Robyn F. Tarnofsky, dated January 22, 2024, entered on the electronic docket of the above-captioned action as ECF Doc. No. 18, upon Plaintiff *pro se* Angelica Parker by sending her an email addressed to Angelicamarie616@yahoo.com, the email address from which she has sent me emails in December 2023 and January 2024.  The email attached a true and accurate copy of the Telephone Conference Order.  In addition, I cut and pasted the text of the Court's Order into the body of the email.

        I declare under penalty of perjury that the foregoing is true and correct.

        Executed on this 22nd day of January, 2024, in the State of New York, County of New York.

                              _____/s/ Judd Burstein_____
                                JUDD BURSTEIN