UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ANGELICA PARKER,

              *Plaintiff*,

      -- against --

SCOTT BURSOR and
BURSOR & FISHER, P.A.,

             *Defendants*.
-------------------------------------------------------X

Case No. 24-cv-245 (JGLC) (RFT)

**DECLARATION OF SERVICE**

I, **SCOTT A. MITCHELL**, hereby declare under penalty of perjury as follows:

I am not a party to this action, I am over 18 years of age, and reside in Irvington, New York. On January 22, 2024, at approximately 1:40 p.m., I served the Telephone Conference Order signed by United States Magistrate Judge Robyn F. Tarnofsky, dated January 22, 2024, entered on the electronic docket of the above-captioned action as ECF Doc. No. 18, upon:

> Angelica Parker
> 400 East 57th Street, Apt. 15A
> New York, New York 10022
> *Plaintiff Pro Se*

by hand delivering a true copy thereof in a properly addressed envelope, into the custody of the building doorman (Ray), at 400 East 57th Street, New York, New York 10022, after knocking on Plaintiff's door for several minutes with no answer.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of January, 2024, in the State of New York, County of New York.

                                                                               _____
                                                                                SCOTT A. MITCHELL