JUDD BURSTEIN, P.C.
ATTORNEYS AT LAW

JUDD BURSTEIN*
JBURSTEIN@BURLAW.COM

PETER B. SCHALK**
PSCHALK@BURLAW.COM

———

STEVEN ISSER
OF COUNSEL
SISSER@BURLAW.COM

*ALSO ADMITTED IN CONNECTICUT
**ALSO ADMITTED IN NEW JERSEY

110 EAST 59TH STREET
22ND FLOOR
NEW YORK, NEW YORK 10022
TEL: (212) 974-2400
FAX: (212) 974-2944
WWW.BURLAW.COM

12 OLD HILL FARMS ROAD
WESTPORT, CONNECTICUT 06880

January 23, 2024

**VIA ECF**

Honorable Robyn F. Tarnofsky
United States Magistrate Judge
U.S. District Court
500 Pearl Street, Room 703
New York, NY 10007

      Re:    *Parker v. Bursor et al.*, Case No. 24-cv-245 (JGLC) (RFT)

Dear Magistrate Judge Tarnofsky:

      I represent Defendants in the above-referenced action.

      I write pursuant Section I(E) of Your Honor's Individual Practices in Civil Cases to inform the Court that Plaintiff *pro se* Angelica Parker is seeking an adjournment of the telephone conference which Your Honor has scheduled for 8:30 a.m. on January 24, 2024.  Given Plaintiff's *pro se* status, apparent unfamiliarity with procedural mechanics, and the short time frame, I agreed last night to show her the courtesy of communicating her request to the Court this morning.  Neither party has previously sought an adjournment of the conference.

      Plaintiff has informed me that she is committed this week to taking her five-year-old nephew to and from his school.  She therefore requests that the Court reschedule the conference to any time convenient for the Court between 9:30 a.m. to 2:00 p.m., or any time after 2:30 p.m.

JUDD BURSTEIN, P.C.

Hon. Robyn F. Tarnofsky
January 23, 2024
Page 2

        On behalf of Defendants, I do not object to moving the conference to a time tomorrow which is convenient for the Court and Plaintiff, and I will make myself available at any time set by the Court.  However, Defendants do not consent to moving the conference to another date after Wednesday, January 24, 2024, because of the urgent nature of the relief sought by Defendants.

        Respectfully yours,

        /s/ Judd Burstein

        Judd Burstein

cc:    Angelica Parker, Plaintiff *pro se* (via ECF and Hand Delivery)