UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ANGELICA PARKER,

          *Plaintiff*,

-- against --

SCOTT BURSOR and
BURSOR & FISHER, P.A.,

          *Defendants*.
-------------------------------------------------------X

Case No. 24-cv-245 (JGLC) (RFT)

**DECLARATION OF SERVICE**

I, **SCOTT A. MITCHELL**, hereby declare under penalty of perjury as follows:

I am not a party to this action, I am over 18 years of age, and reside in Irvington, New York. On January 23, 2024, I served: (a) Letter, dated January 23, 2024, filed on the electronic docket of the above-captioned action as ECF Doc. No. 21; and (b) Memo Endorsement signed by United States Magistrate Judge Robyn F. Tarnofsky, dated January 23, 2024, entered on the electronic docket of the above-captioned action as ECF Doc. No. 22, upon:

    Angelica Parker
    400 East 57th Street, Apt. 15A
    New York, New York 10022
    *Plaintiff Pro Se*

by enclosing a true copy thereof in a properly addressed envelope, and hand delivering same into the custody of the building doorman (Ray), at 400 East 57th Street, New York, New York 10022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of January, 2024, in the State of New York, County of New York.

                                                           SCOTT A. MITCHELL