# JUDD BURSTEIN, P.C.
ATTORNEYS AT LAW

JUDD BURSTEIN*
JBURSTEIN@BURLAW.COM

PETER B. SCHALK**
PSCHALK@BURLAW.COM

STEVEN ISSER
OF COUNSEL
SISSER@BURLAW.COM

*ALSO ADMITTED IN CONNECTICUT
**ALSO ADMITTED IN NEW JERSEY

110 EAST 59TH STREET
22ND FLOOR
NEW YORK, NEW YORK 10022
TEL: (212) 974-2400
FAX: (212) 974-2944
WWW.BURLAW.COM

12 OLD HILL FARMS ROAD
WESTPORT, CONNECTICUT 06880

January 24, 2024

**VIA ECF**
Honorable Robyn F. Tarnofsky
United States Magistrate Judge
U.S. District Court
500 Pearl Street, Room 703
New York, NY 10007

  Re: *Parker v. Bursor et al.*, Case No. 24-cv-245 (JGLC) (RFT)

Dear Magistrate Judge Tarnofsky:

  I represent the Defendants in the above-referenced action.

  Pursuant to Section I(D) of Your Honor's Individual Practices in Civil Cases, I write to respectfully request that Your Honor direct the Clerk to redact those portions of pages 3-4 and 9 of Your Honor's Report and Recommendation (Doc. No. 25) which detail the allegations which Defendants expect Plaintiff to make in her Complaint. Your Honor's Report and Recommendation provides that Defendants' motion is to remain under seal. *Id.* at p. 12. However, I respectfully contend that setting forth those allegations in the Report and Recommendation diminishes, if not renders nugatory, the value of keeping the motion papers sealed.

           Respectfully yours,

           /s/ Judd Burstein

           Judd Burstein

cc: Angelica Parker Plaintiff *Pro Se* (via email and hand delivery)