UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ANGELICA PARKER,

                *Plaintiff*,

-- against --

SCOTT BURSOR and
BURSOR & FISHER, P.A.,

                *Defendants*.
----------------------------------------------------------X

Case No. 24-cv-245 (JGLC) (RFT)

**DECLARATION OF SERVICE**

I, **VICTOR M. WEBERMAN**, hereby declare under penalty of perjury as follows:

I am not a party to this action, I am over 18 years of age, and reside in New York, New York. On January 24, 2024, I served: (a) Letter Motion, dated January 24, 2024, filed on the electronic docket of the above-captioned action as ECF Doc. No. 26, and (b) Letter Motion, dated January 24, 2024, filed on the electronic docket of the above-captioned action as ECF Doc. No. 27, upon:

        Angelica Parker
        400 East 57th Street, Apt. 15A
        New York, New York 10022
        *Plaintiff Pro Se*
        Angelicamarie616@yahoo.com

by enclosing a true and accurate copy thereof by email to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 24th day of January, 2024, in the State of New York, County of New York.

                                                                         VICTOR M. WEBERMAN