UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ANGELICA PARKER,

                *Plaintiff*,

-- against --

SCOTT BURSOR and
BURSOR & FISHER, P.A.,

                *Defendants*.
---------------------------------------------------------X

Case No. 24-cv-245 (JGLC) (RFT)

**DECLARATION OF SERVICE**

      I, **VICTOR M. WEBERMAN**, hereby declare under penalty of perjury as follows:

      I am not a party to this action, I am over 18 years of age, and reside in New York, New York. I am a paralegal for Judd Burstein, P.C., counsel for Defendants in the above-captioned action. On January 24 and 25, 2024, I served the following: (a) Corrected Report and Recommendation and Opinion and Order signed by United States Magistrate Judge Robyn F. Tarnofsky, dated January 24, 2024, filed on the electronic docket of the above-captioned action as ECF Doc. No. 25, and (b) Corrected Letter Motion, dated January 24, 2024, filed on the electronic docket of the above-captioned action as ECF Doc. No. 31, upon:

                Angelica Parker
                400 East 57th Street, Apt. 15A
                New York, New York 10022
                *Plaintiff Pro Se*
                Angelicamarie616@yahoo.com

by enclosing a true and accurate copy thereof by email to the address listed above.

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed on this 25th day of January, 2024, in the State of New York, County of New York.

                                                        VICTOR M. WEBERMAN