UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ANGELICA PARKER,

            *Plaintiff*,

    -- against --

SCOTT BURSOR and
BURSOR & FISHER, P.A.,

           *Defendants*.
-------------------------------------------------------X

Case No. 24-cv-245 (JGLC) (RFT)

**DECLARATION OF SERVICE**

    **JUDD BURSTEIN** hereby declares:

    I am the sole shareholder of Judd Burstein, P.C., attorneys for Defendants in the above-referenced action. On January 25, 2024, at approximately 12:40 p.m., I served the Order signed by United States District Judge Jessica G. L. Clarke, dated January 25, 2024, entered on the electronic docket of the above-captioned action as ECF Doc. No. 34, upon Plaintiff *pro se* Angelica Parker by sending her an email addressed to Angelicamarie616@yahoo.com, the email address from which she has sent me emails in December 2023 and January 2024. The email attached a true and accurate copy of the Order. In addition, I cut and pasted the text of the Court's Order into the body of the email.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on this 25th day of January, 2024, in the State of New York, County of New York.

                                                        /s/ Judd Burstein
                                                      JUDD BURSTEIN