UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ANGELICA PARKER,

              *Plaintiff*,

-- against --

SCOTT BURSOR and
BURSOR & FISHER, P.A.,

              *Defendants*.
---------------------------------------------------------X

Case No. 24-cv-245 (JGLC) (RFT)

**DECLARATION OF SERVICE**

I, **SCOTT A. MITCHELL**, hereby declare under penalty of perjury as follows:

I am not a party to this action, I am over 18 years of age, and reside in Irvington, New York. On January 25, 2024, I served the Order signed by United States District Judge Jessica G. L. Clarke, dated January 25, 2024, entered on the electronic docket of the above-captioned action as ECF Doc. No. 34, upon:

        Angelica Parker
        400 East 57th Street, Apt. 15A
        New York, New York 10022
        *Plaintiff Pro Se*

by enclosing a true copy thereof in a properly addressed envelope, and hand delivering same into the custody of the building doorman (John Doe), at 400 East 57th Street, New York, NY 10022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of January, 2024, in the State of New York, County of New York.

_____
SCOTT A. MITCHELL