ANGELICA PARKER,

                Plaintiff,　　　　　　　　　　　　　Index No.: 952325/2023

   -against-

SCOTT BURSOR and BURSOR
& FISHER, P.A.

Dear Judge Tarnofsky and Judge Clarke,

I am emailing you for a request for a short extension on the time originally agreed to (January 29,2024) to electronically file my Complaint without missing any due dates. My case is being extraordinarily rushed and moved through several jurisdictions by defendant and their counsel in their ongoing attempt to prevent me from seeking justice. Please let me know if an extension will be granted.

Thank you in advance,
Angelica Parker


Dated: New York, New York
       January 25, 2024　　　　　　　　　　　　ANGELICA PARKER

                                                 By:____/s/ Parker_____
                                                 Angelica Parker
                                                 Plaintiff pro se
                                                 Angelicamarie616@yahoo.com
                                                 914 602 1518
                                                 400 East 57th Street
                                                 Apt. 15A
                                                 New York, NY 10022