# MEMO ENDORSED

ANGELICA PARKER,

        Plaintiff,

    -against-

Index No.: _952325/2023_

SCOTT BURSOR and BURSOR
& FISHER, P.A.

Dear Judge Tarnofsky and Judge Clarke,

I am emailing you for a request for a short extension on the time originally agreed to (January 29,2024) to electronically file my Complaint without missing any due dates. My case is being extraordinarily rushed and moved through several jurisdictions by defendant and their counsel in their ongoing attempt to prevent me from seeking justice. Please let me know if an extension will be granted.

Thank you in advance,
Angelica Parker

Dated: New York, New York
    January 25, 2024

ANGELICA PARKER

By:_____X Parker_____
Angelica Parker
Plaintiff pro se
Angelicamarie616@yahoo.com
914 602 1518
400 East 57th Street
Apt. 15A
New York, NY 10022

Plaintiff's request for an extension is **GRANTED.**
Plaintiff must submit her Complaint by February 12, 2024.
The submission shall be to the Pro Se Intake Office unless
Plaintiff retains counsel before then.

SO ORDERED,

Date: 1/29/2024
  New York, NY

_____
**ROBYN F. TARNOFSKY**
**UNITED STATES MAGISTRATE JUDGE**