UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ANGELICA PARKER,                                :
                                                :
                 Plaintiffs,   : Civil Action No. 1:24-cv-00245
                                                : (JGLC)(RFT)
      v.                                        :
                                                : **NOTICE OF APPEARANCE**
SCOTT BURSOR and BURSOR & FISHER,               :
P.A.,                                           :
                                                :
                 Defendants.   :
------------------------------------------------------------ X

      **PLEASE TAKE NOTICE** that Jeanne M. Christensen of Wigdor LLP hereby enters her appearance as counsel on behalf of Plaintiff Angelica Parker in the above-captioned matter.

Dated: January 30, 2024
       New York, New York

                                         Respectfully submitted,

                                         **WIGDOR LLP**

                                         By: _____
                                             Jeanne M. Christensen

                                         85 Fifth Avenue
                                         New York, NY 10003
                                         Telephone: (212) 257-6800
                                         Facsimile: (212) 257-6845
                                         jchristensen@wigdorlaw.com

                                         *Counsel for Plaintiff*