**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X
ANGELICA PARKER,

                    Plaintiffs,              Civil Action No. 1:24-cv-00245 (JGLC)(RFT)

     v.

                                           **NOTICE OF APPEARANCE**

SCOTT BURSOR and BURSOR & FISHER, P.A.,

                    Defendants.
---------------------------------------------------------------- X

       **PLEASE TAKE NOTICE** that Michael J. Willemin of Wigdor LLP hereby enters his appearance as counsel on behalf of Plaintiff Angelica Parker in the above-captioned matter.

Dated: January 30, 2024
       New York, New York                                      Respectfully submitted,

                                                            **WIGDOR LLP**

                                                            By: _____
                                                                  Michael J. Willemin

                                                            85 Fifth Avenue
                                                            New York, NY 10003
                                                           Telephone: (212) 257-6800
                                                           Facsimile: (212) 257-6845
                                                           mwillemin@wigdorlaw.com

                                                           *Counsel for Plaintiff*