UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ANGELICA PARKER,

              *Plaintiff*,

      -- against --

SCOTT BURSOR and
BURSOR & FISHER, P.A.,

             *Defendants*.
-------------------------------------------------------X

Case No. 24-cv-245 (JGLC) (RFT)

**DECLARATION OF SERVICE**

     **JUDD BURSTEIN** hereby declares:

     I am the sole shareholder of Judd Burstein, P.C., attorneys for Defendants in the above-referenced action. On January 29, 2024, I served the following: (a) Memo Endorsement signed by United States Magistrate Judge Robyn F. Tarnofsky, dated January 29, 2024, entered on the electronic docket of the above-captioned action as ECF Doc. No. 38; and (b) Letter Motion, dated January 29, 2024, entered on the electronic docket of the above-captioned action as ECF Doc. No. 39, upon Plaintiff *pro se* Angelica Parker by sending her an email addressed to Angelicamarie616@yahoo.com, the email address from which she has sent me emails in December 2023 and January 2024. The emails attached true and accurate copies of the Memo Endorsement and Letter Motion.

     I declare under penalty of perjury that the foregoing is true and correct.

     Executed on this 31st day of January, 2024, in the State of New York, County of New York.

                                                  /s/ Judd Burstein
                                                JUDD BURSTEIN