UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ANGELICA PARKER,

              *Plaintiff*,

    -- against --

SCOTT BURSOR and
BURSOR & FISHER, P.A.,

            *Defendants*.
---------------------------------------------------------X

Case No. 24-cv-245 (JGLC) (RFT)

**DECLARATION OF SERVICE**

I, **VICTOR M. WEBERMAN**, hereby declare under penalty of perjury as follows:

I am not a party to this action, I am over 18 years of age, and reside in New York, New York. On January 29, 2024, I served: (a) Memo Endorsement signed by United States Magistrate Judge Robyn F. Tarnofsky, dated January 29, 2024, entered on the electronic docket of the above-captioned action as ECF Doc. No. 38; and (b) Letter Motion, dated January 29, 2024, entered on the electronic docket of the above-captioned action as ECF Doc. No. 39, upon:

> Angelica Parker
> 400 East 57th Street, Apt. 15A
> New York, New York 10022
> *Plaintiff Pro Se*

by enclosing a true copy thereof in a properly addressed envelope, and depositing same into the exclusive care and custody of the United States Postal Service in the State of New York for delivery by REGULAR MAIL.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 31st day of January, 2024, in the State of New York, County of New York.

                                                              VICTOR M. WEBERMAN