

**MEMO ENDORSED**

**Michael J. Willemin**
mwillemin@wigdorlaw.com

March 4, 2024

<u>VIA ECF</u>

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20C
New York, New York 10007

      Re:    <u>Parker v. Bursor et al.</u>, Civil Case No.: 1:24-cv-00245-JGLC-RFT

Dear Judge Clarke,

We represent Plaintiff Angelica Parker in this action and write on behalf of both parties to respectfully request an extension of the deadlines to file: (i) the Complaint in this action from March 5, 2024 to March 26, 2024; and (ii) objections to Magistrate Judge Robyn F. Tarnofsky's January 24, 2024 Report and Recommendation (Dkt. No. 25) from April 7, 2024 to April 28, 2024. This request is being made as a result of our ongoing review of relevant materials and counsel's schedules, as well as to provide Defendants with adequate time to review the Complaint before deciding whether, and to what extent, Defendants will object to the January 24, 2024 Report and Recommendation. This is the second request for an extension of these deadlines. The first request, which was made shortly after we were retained by Plaintiff, was granted. See Dkt. No. 46.

We thank Your Honor for the Court's time and consideration of this matter.

Respectfully submitted,

Michael J. Willemin

The deadline for Plaintiff to file her complaint is hereby EXTENDED to **March 26, 2024**. The deadline for the parties to object to the Report and Recommendation (Dkt. No. 25) is hereby EXTENDED to **April 28, 2024**. No further extensions will be granted.

Dated: March 5, 2024
      New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge