IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER, | ) |
| Plaintiff(s) | ) |
| v. | ) Case No.: 24-cv-245 (JGLC) (RFT) |
| SCOTT BURSOR and BURSOR & FISHER, P.A., | ) |
| Defendant(s) | ) |

**NOTICE OF INTENT TO REQUEST REDACTION**

Notice is hereby given that a statement of redaction of specific personal identifiers will be submitted to the court reporter/transcriber within 21 days from the filing of the transcript with the Clerk of Court.

S/ Judd Burstein
Attorney for Defendants
Address:
110 East 59th Street, 22nd Floor
New York, New York 10022
Tel.: (212) 974-2400
Fax: (212) 974-2944
Email: jburstein@burlaw.com

Date: 3/13/2024