UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>SCOTT BURSOR and<br>BURSOR & FISHER, P.A.,<br><br>　　　　　　　　Defendants. | Civil Action No.1 24-cv-00245(JGLC) (RFT)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Defendants Scott Bursor and Bursor & Fisher, P.A. Inc., in the above-entitled action, and requests that all pleadings and other filings regarding this matter be served upon the undersigned attorney, at the office address listed below, and hereby further requests electronic notification of all papers filed with the Court by notice upon the following email address: camalfe@gibbonslaw.com.

Dated:   Newark, New Jersey
　　　　April 19, 2024

　　　　　　　　　　　　　　　　　　　　**GIBBONS P.C.**
　　　　　　　　　　　　　　　　　　　　One Gateway Center
　　　　　　　　　　　　　　　　　　　　Newark, New Jersey 07102-5310
　　　　　　　　　　　　　　　　　　　　Telephone (973) 596-4829
　　　　　　　　　　　　　　　　　　　　Facsimile (973) 639-6230
　　　　　　　　　　　　　　　　　　　　camalfe@gibbonslaw.com


　　　　　　　　　　　　　　　　　　　　By: s/ Christine A. Amalfe
　　　　　　　　　　　　　　　　　　　　　　Christine A. Amalfe

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　　　Scott Bursor and Bursor & Fisher, P.A. Inc..