UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER,<br><br>                     Plaintiff,<br><br>vs.<br><br>SCOTT BURSOR and<br>BURSOR & FISHER, P.A.,<br><br>                    Defendants. | Civil Action No.1 24-cv-00245(JGLC) (RFT)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Defendants Scott Bursor and Bursor & Fisher, P.A. Inc., in the above-entitled action, and requests that all pleadings and other filings regarding this matter be served upon the undersigned attorney, at the office address listed below, and hereby further requests electronic notification of all papers filed with the Court by notice upon the following email address: msidoti@gibbonslaw.com.

Dated: New York, New York
       April 19, 2024

                                    **GIBBONS P.C.**
                                    One Pennsylvania Plaza
                                    45th Floor, Suite 4514
                                    New York, New York 10019
                                    Telephone (212) 613-2007
                                    Facsimile (212) 554-9660
                                    msidoti@gibbonslaw.com

                                    By: s/ Mark S. Sidoti
                                        Mark S. Sidoti

                                    *Attorneys for Defendants*
                                    Scott Bursor and Bursor & Fisher, P.A. Inc..