UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER, | Civil Action No.1 24-cv-00245(JGLC) (RFT) |
| Plaintiff, | |
| vs. | |
| SCOTT BURSOR and BURSOR & FISHER, P.A., | **NOTICE OF APPEARANCE** |
| Defendants. | |

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Defendants Scott Bursor and Bursor & Fisher, P.A. Inc., in the above-entitled action, and requests that all pleadings and other filings regarding this matter be served upon the undersigned attorney, at the office address listed below, and hereby further requests electronic notification of all papers filed with the Court by notice upon the following email address: ckorschun@gibbonslaw.com.

Dated:  New York, New York
        April 19, 2024

**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone (973) 596-4413
Facsimile (973) 639-6368
ckorschun@gibbonslaw.com


By: s/ Charles S. Korschun
        Charles S. Korschun

*Attorneys for Defendants*
Scott Bursor and Bursor & Fisher, P.A. Inc..