# EXHIBIT A

**From:** Michael J. Willemin <mwillemin@wigdorlaw.com>
**Sent:** Wednesday, April 24, 2024 5:57 PM
**To:** Amalfe, Christine A. <CAmalfe@gibbonslaw.com>
**Cc:** Judd Burstein (jburstein@burlaw.com) <jburstein@burlaw.com>; Jeanne M. Christensen <JChristensen@wigdorlaw.com>
**Subject:** RE: Parker v. Bursor

> **External Email:** Use caution with links and attachments.

Christine,

Welcome to the case.  We do object to the briefing being sealed.  There was never any nonfrivolous basis to seek to have the complaint sealed in the first place.  There is certainly no nonfrivolous basis for any objection to the original order now that you have seen the complaint.  There is nothing in the complaint that you would have any nonfrivolous basis to assert should remain sealed.  As such, there is no material that you could possibly reference in your briefing that could be subject to sealing.

The only claim that Judd made that could possibly have justified sealing is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Thus, as I have said to Judd, what you should be doing is writing to the court to let it know that you are not objecting to the R&R.

Thanks,

**Michael J. Willemin**
Partner

212 257 6800
85 Fifth Avenue
New York, NY 10003

**wigdorlaw.com**





This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail or phone. Thank you.

**From:** Amalfe, Christine A. <CAmalfe@gibbonslaw.com>
**Sent:** Wednesday, April 24, 2024 5:35 PM

**To:** Michael J. Willemin <mwillemin@wigdorlaw.com>
**Cc:** Judd Burstein (jburstein@burlaw.com) <jburstein@burlaw.com>
**Subject:** Parker v. Bursor

Michael

As you likely noticed from the ECF notices, we are co-counsel for Scott Bursor in the above matter.  As noted in our letter to the Judge on April 19, 2024, we will be submitting objections to the Magistrate Judge's Report and Recommendation regarding the sealing of the complaint on April 28, 2024.  Given that the Report and Recommendation itself has been sealed by the court, we assume our objections will also be sealed.  To avoid doubt however, we will be filing a letter motion to seal our objections to the Report and Recommendation with Judge Clarke pursuant to the direction in her Order of April 22, 2024 and consistent with Rule 5e of her Individual Rules and Practices.

We assume you have no objection to Defendants' objections to the sealed Report and Recommendation being filed under seal but I am happy to meet and confer with you as to this issue.  Please let me know whether you consent to the sealing of the objections to be submitted on April 28 or if you object to same, and we will note that in our letter motion.

Thank you for your attention to this matter, and of course, I am happy to discuss by phone at your convenience as well.

Christine

**CHRISTINE A. AMALFE** | Director
Chair, Employment & Labor Law Group
**t:** 973-596-4829 | **c:** 201-407-4752 | **f:** 973-639-6230
camalfe@gibbonslaw.com | bio | vCard | linkedin

Gibbons P.C. | One Gateway Center | Newark, NJ 07102-5310
**m:** 973-596-4500 | **f:** 973-596-0545 | office | map

Gibbons P.C. | One Pennsylvania Plaza | 45th Floor, Suite 4515 | New York, NY 10119
**m:** 212-613-2000 | **f:** 212-290-2018 | office | map

gibbonslaw.com | gibbonslawalert.com

**Disclaimer**
The contents of this message, together with any attachments, may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, printing, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please do not read this message or any attachments and please notify me immediately by reply e-mail or call Gibbons P.C. at 973-596-4500 and delete this message, along with any attachments, from your computer.