UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELICA PARKER

                Plaintiff,

-against-

SCOTT BURSOR and
BURSOR & FISHER, P.A.   Defendants.

24-CV-245 (JGLC)

**AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

JESSICA G. L. CLARKE, United States District Judge:

This action is referred to the designated Magistrate Judge for the following purpose(s):

[✔] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

[ ] Specific Non-Dispositive Motion/Dispute: _____

[ ] If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

[ ] Settlement

[ ] Inquest After Default/Damages Hearing

[ ] Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

[ ] Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

[ ] Habeas Corpus

[ ] Social Security

[ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation).
Particular Motion: _____

All such motions: _____

Dated: May 9, 2024
       New York, New York

The Court previously referred this case for general pretrial and all dispositive motions. ECF No. 6. The reference for dispositive motions is withdrawn. The case remains referred for general pretrial.

SO ORDERED.

*Jessica Clarke*
_____
JESSICA G. L. CLARKE
United States District Judge