UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER,<br><br>*Plaintiff*,<br><br>-- against --<br><br>SCOTT BURSOR and<br>BURSOR & FISHER, P.A.,<br><br>*Defendants*. | Case No. 24-cv-245 (JGLC) (RFT)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' NOTICE OF MOTION TO DISMISS AND STRIKE THE COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 8(a), 12(b)(2), 12(b)(6) AND 12(f)**<br><br>*Filed Electronically* |

This matter having been brought before the Court by way of motion filed by Defendants Scott Bursor and Bursor & Fisher, P.A. (collectively "Defendants"), through their attorneys, Gibbons P.C., for an Order granting Defendants' Motion to Dismiss and Strike the Complaint Pursuant to Federal Rules of Civil Procedure 8(a), 12(b)(2), 12(b)(6) and 12(f) (the "Motion"); and Defendants having provided Plaintiff with notice of the Motion and supporting documentation; and the Court having reviewed the papers; and good cause having been shown:

**IT IS** on this _____ day of _____, 2024

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff's Complaint is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 8(a), 12(b)(2), 12(b)(6) and 12(f); and it is

**FURTHER ORDERED**, that the Complaint, ECF No. 53-1, and all papers currently filed under seal, remain sealed in their entirety.

_____<br>
Hon. Jessica G.L. Clarke