UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER, <br><br> Plaintiff, <br><br> vs. <br><br> SCOTT BURSOR and <br> BURSOR & FISHER, P.A., <br><br> Defendants. | Civil Action No.1 24-cv-00245(JGLC) (RFT) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Defendants Scott Bursor and Bursor & Fisher, P.A. in the above-entitled action, and requests that all pleadings and other filings regarding this matter be served upon the undersigned attorney, at the office address listed below, and hereby further requests electronic notification of all papers filed with the Court by notice upon the following email address: dweinberger@gibbonslaw.com.

Dated: New York, New York
May 17, 2024

                                         **GIBBONS P.C.**
                                         One Pennsylvania Plaza
                                         45th Floor, Suite 4515
                                         New York, New York 10119
                                         Telephone (212) 613-2063
                                         Facsimile (212) 290-2018
                                         dweinberger@gibbonslaw.com

                                         By: *s/ Daniel S. Weinberger*
                                                Daniel S. Weinberger

                                         *Attorneys for Defendants*
                                         *Scott Bursor and Bursor & Fisher, P.A.*