UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER,<br><br>      Plaintiff,<br><br>  -against-<br><br>SCOTT BURSOR and BURSOR & FISHER, P.A.,<br><br>      Defendants. | 24-CV-245 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  The application to file the recording under seal, *see* ECF No. 74, is granted temporarily. The Court will assess whether to keep the materials in this case sealed or redacted when reviewing the R&R. Defendants shall submit the recording by email, copying counsel for Plaintiff.

  The Courts intends to consider Defendants' motion to dismiss and strike, ECF No. 70, in conjunction with its review of the R&R. Per Local Rule 6.1, the deadline for Plaintiff to oppose the motion is **May 28, 2024** and the deadline for Defendants' reply is **June 4, 2024**. These papers shall be filed under seal. Absent extraordinary circumstances, the Court is unlikely to grant any extension of these deadlines.

  The Clerk of Court is directed to keep ECF No. 49 under seal (past the scheduled release date of June 4, 2024) pending further Order of the Court.

  SO ORDERED.

Dated: May 20, 2024
    New York, New York

                   *Jessica Clarke*
                   JESSICA G. L. CLARKE
                   United States District Judge