

**Jeanne M. Christensen**
jchristensen@wigdorlaw.com

May 31, 2024

**VIA ECF**

The Honorable Jessica G. L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    Parker v. Bursor et al., Civil Case No.: 1:24-cv-00245-JGLC-RFT

Dear Judge Clarke,

We represent Plaintiff Angelica Parker in the above-referenced matter. On May 7, 2024, Defendants wrote to the Court and requested leave to file a memorandum of law of up to 45 pages in support of their Rule 12 motion to dismiss and strike, as well as to seek leave to file an appendix in connection with a table containing the paragraphs they wish to strike. Dkt. No. 65.

On May 8, 2024, the Court ordered that Defendants could file "a memorandum of law of up to 35 pages." Dkt. No. 66. The Court permitted a table attached as an appendix in connection with the motion to strike. Plaintiff respectfully seeks leave to file a memorandum of law in opposition to the Rule 12 motion of up to 35 pages. She also intends to submit responses to Defendants' appendix directly into their table and thus seeks permission to attach an appendix as well.

We thank Your Honor for the Court's time and consideration of this matter.

Respectfully submitted,

*Jeanne Christensen*

Jeanne M. Christensen

Cc:    All Counsel of Record (*via* ECF)

GRANTED. Plaintiff is permitted to file a memorandum of law up to 35 pages and an appendix as set forth herein.

The Clerk of Court is directed to terminate ECF No. 82.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge
Dated: June 4, 2024
      New York, New York