

Christine A. Amalfe
Director

Gibbons P.C.
One Pennsylvania Plaza
45th Floor, Suite 4515
New York, NY 10119
Direct: 973-596-4829 Fax: +1 973-639-6230
camalfe@gibbonslaw.com

June 10, 2024

**VIA ECF VIA LETTER-MOTION**

Honorable Jessica G.L. Clarke, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

      Re:    *Parker v. Bursor*, 24-cv-245 (JGLC) (RFT)

Dear Judge Clarke:

      This Firm, along with Judd Burstein, P.C., represents Defendants Scott Bursor and Bursor & Fisher, P.A. (collectively, "Defendants") in the above-referenced matter. Defendants submit this letter-motion, pursuant to Rule 2.a of Your Honor's Individual Rules and Practices in Civil Cases and Local Civil Rule 7.1(d), to request permission to file a reply memorandum of law of up to 13 pages in support of Defendants' motion to dismiss and strike the Complaint pursuant to Federal Rules of Civil Procedure 8(a), 12(b)(2), 12(b)(6) and 12(f) (Defendants' "Motion").

      In light of the fact that Defendants were filing a motion to dismiss and strike the Complaint, the Court granted Defendants and Plaintiff leave to file 35-page opening and responsive memoranda of law on Defendants' Motion, as well as appendices concerning each of the allegations of the Complaint that Defendants submit should be stricken. *See* ECF Nos. 66, 83. While Defendants are endeavoring to prepare a reply memorandum of law that is concise as possible, they submit that a reply brief of 13 pages is necessary to adequately address Plaintiff's arguments in her opposition brief, including the full recording that Plaintiff submitted with her opposition.

      Accordingly, Defendants respectfully request that the Court grant them leave to file a reply memorandum of law of up to 13 pages in further support of their Motion to dismiss and strike the Complaint.

      We thank the Court for its consideration of this request.

                                        Respectfully submitted,

                                        */s/ Christine A. Amalfe*

                                        Christine A. Amalfe

cc:      All counsel of record (via ECF)