

**Michael J. Willemin**
mwillemin@wigdorlaw.com

June 27, 2024

**VIA ECF**

The Honorable Jessica G. L. Clarke
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 11B
New York, NY 10007

    Re:    Parker v. Bursor, Civil Case No. 24 Civ. 245 (JGLC)(RFT)

Dear Judge Clarke,

We represent Plaintiff Angelica Parker in the above-referenced action and write to request a one-week extension for Plaintiff to file her opposition to Defendants' Motion for Leave to File Supplemental Material (see Dkt. No. 92).

The current deadline for Plaintiff to file her opposition is July 10, 2024, and Plaintiff respectfully requests that the deadline be extended to July 17, 2024. Plaintiff makes this request on account of prior commitments and travel. Defendants consent to this extension.

This is Plaintiff's first request for an extension of this deadline, and this extension does not require a change in any other scheduled dates.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Michael J. Willemin