

**MEMO ENDORSED**

**Michael J. Willemin**
mwillemin@wigdorlaw.com

June 27, 2024

**VIA ECF**

The Honorable Jessica G. L. Clarke
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 11B
New York, NY 10007

   Re:  <u>Parker v. Bursor, Civil Case No. 24 Civ. 245 (JGLC)(RFT)</u>

Dear Judge Clarke,

We represent Plaintiff Angelica Parker in the above-referenced action and write to request a one-week extension for Plaintiff to file her opposition to Defendants' Motion for Leave to File Supplemental Material (<u>see</u> Dkt. No. 92).

The current deadline for Plaintiff to file her opposition is July 10, 2024, and Plaintiff respectfully requests that the deadline be extended to July 17, 2024. Plaintiff makes this request on account of prior commitments and travel. Defendants consent to this extension.

This is Plaintiff's first request for an extension of this deadline, and this extension does not require a change in any other scheduled dates.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Michael J. Willemin

The Court DENIES Defendants leave to file supplemental material and accordingly DENIES Plaintiff leave to file an opposition thereto. The Court will determine whether to adopt the R&R and render decision on the motion to strike/dismiss based on the papers already filed.

The Clerk of Court is directed to terminate ECF Nos. 92 and 93.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: June 28, 2024
   New York, New York