UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER,<br><br>       Plaintiff,<br><br>   -against-<br><br>SCOTT BURSOR and BURSOR & FISHER, P.A.,<br><br>       Defendants. | 24-CV-245 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

   On January 19, 2024, Defendants filed an emergency motion seeking an order requiring Plaintiff to file her then-forthcoming complaint under seal. ECF No. 12. On January 24, 2024, Magistrate Judge Tarnofsky recommended that Defendants' motion be denied (with one exception) without prejudice to Defendants refiling their motion once the complaint had been filed. ECF No. 25 ("R&R"). On March 22, 2024, per the Court's instructions, Plaintiff filed her complaint under seal. ECF Nos. 34, 53-1. Defendants objected to the R&R, and Plaintiff filed a response thereto. ECF Nos. 63, 68. On May 13, 2024, with Plaintiff's filed complaint in hand, Defendants renewed their sealing motion and moved to strike and dismiss the complaint. ECF No. 71. In light of Defendants' renewed motion, Defendants' initial emergency request is largely moot.

   The Court will assess whether to keep any materials in this case sealed or redacted, including the papers filed in support of Defendants' initial sealing motion, when deciding Defendants' pending motion to seal, strike, and dismiss. The Court will consider Defendants' objection to the R&R and Plaintiff's response thereto when determining the propriety of any continued sealing or redaction. As stated in the Court's June 28, 2024 Order, the Court will render decision on Defendants' pending motion based on the papers already filed. ECF No. 94.

    The Clerk of Court is directed to terminate ECF No. 12.

    SO ORDERED.

Dated: July 11, 2024
       New York, New York

*Jessica Clarke*
_____
JESSICA G. L. CLARKE
United States District Judge