# EXHIBIT B

| From: | Schafhauser, Paul H. (Shld-NJ-LT) |
|---|---|
| To: | Korschun, Charles S.; Amalfe, Christine A.; Weinberger, Daniel S.; Sidoti, Mark S. |
| Cc: | Gomez, Clarissa A. (Assoc-NJ-LT) |
| Subject: | RE: Parker v. Bursor, Civil Action No. 24-245 |
| Date: | Friday, July 12, 2024 3:16:41 PM |
| Attachments: | image001.png |

Thanks, Charlie.  Appreciate the adjournment and looking forward to speaking on Monday at 1 pm.

**Paul H. Schafhauser**
Shareholder

Greenberg Traurig, LLP
500 Campus Drive, Suite 400 | Florham Park, NJ 07932-0677
T +1 973.443.3233  |  C 201 787 2671
Paul.Schafhauser@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



**From:** Korschun, Charles S. <CKorschun@gibbonslaw.com>
**Sent:** Friday, July 12, 2024 2:57 PM
**To:** Schafhauser, Paul H. (Shld-NJ-LT) <Paul.Schafhauser@gtlaw.com>; Amalfe, Christine A. <CAmalfe@gibbonslaw.com>; Weinberger, Daniel S. <DWeinberger@gibbonslaw.com>; Sidoti, Mark S. <MSidoti@gibbonslaw.com>
**Cc:** Gomez, Clarissa A. (Assoc-NJ-LT) <gomezc@gtlaw.com>
**Subject:** RE: Parker v. Bursor, Civil Action No. 24-245

**\*EXTERNAL TO GT\***

Paul and Clarissa,

Thanks for reaching out on the subpoena and nice speaking with you just now.  As discussed, we'll plan to speak in further detail Monday at 1pm.

Also confirming that for now we can agree to extend the response date to July 18 to give us time to discuss.  We can potentially agree to extend further after we've heard your thoughts regarding your response and spoken to our client.

Thanks and have a good weekend,

Charlie

**CHARLES S. KORSCHUN** | Director
Business & Commercial Litigation Group
**t:** 973-596-4413 | **c:** 201-306-0334 | **f:** 973-639-6368
ckorschun@gibbonslaw.com | bio

**Gibbons P.C.** | One Gateway Center | Newark, NJ 07102-5310
**m:** 973-596-4500 | **f:** 973-596-0545 | office | map



[gibbonslaw.com](gibbonslaw.com) | [gibbonslawalert.com](gibbonslawalert.com)

---

**From:** Paul.Schafhauser@gtlaw.com <Paul.Schafhauser@gtlaw.com>
**Sent:** Friday, July 12, 2024 1:10 PM
**To:** Amalfe, Christine A. <CAmalfe@gibbonslaw.com>; Weinberger, Daniel S. <DWeinberger@gibbonslaw.com>; Korschun, Charles S. <CKorschun@gibbonslaw.com>; Sidoti, Mark S. <MSidoti@gibbonslaw.com>; jburstein@burlaw.com
**Cc:** gomezc@gtlaw.com
**Subject:** Parker v. Bursor, Civil Action No. 24-245

> **External Email:** Use caution with links and attachments.

Our firm has been retained to represent Ivan Wilzig in connection with the Subpoena dated June 24, 2024 that you issued to him on behalf of the defendants in the above-referenced matter (the "Subpoena").

The Subpoena is presently returnable on July 15, 2024. If time permits, we would like to meet and confer with you regarding the Subpoena to avoid the necessity of motion practice if possible.

Please let us know (i) if you are amenable to such a meet and confer next week; (iii) your availability for such a meet and confer; and (iii) whether you will agree to adjourn the return date of the Subpoena to July 25, 2024 to allow such a meet and confer to occur.

Thank you.

**Paul H. Schafhauser**
Shareholder

Greenberg Traurig, LLP
500 Campus Drive, Suite 400 | Florham Park, NJ 07932-0677
T +1 973.443.3233 | C 201 787 2671
[Paul.Schafhauser@gtlaw.com](Paul.Schafhauser@gtlaw.com) | [www.gtlaw.com](www.gtlaw.com) | [View GT Biography](View GT Biography)



---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at [postmaster@gtlaw.com](postmaster@gtlaw.com), and do not use or disseminate the information.

**Disclaimer**
The contents of this message, together with any attachments, may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby

notified that any dissemination, distribution, printing, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please do not read this message or any attachments and please notify me immediately by reply e-mail or call Gibbons P.C. at 973-596-4500 and delete this message, along with any attachments, from your computer.