UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER,<br><br>                     Plaintiff,<br><br>  -against-<br><br>SCOTT BURSOR, ET AL.,<br><br>                    Defendants. | 24-CV-00245 (JGLC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By Amended Order of Reference dated May 8, 2024 (ECF 67), Judge Jessica G. L. Clarke referred this case to me for general pretrial supervision, including scheduling, discovery, non-dispositive pretrial motions, and settlement. Accordingly, Movant Ivan Wilzig's motion to quash Defendants' subpoena (*see* ECF 96) is within my scope of reference.

A telephonic oral argument on the motion is scheduled for **July 30, 2024 at 12:00 PM**. Counsel for the movant and the parties are directed to dial into the teleconference at the scheduled time by dialing **(646) 453-4442; access code 503 221 119 #.**

Defendant's opposition to the motion, if any, is to be filed on the docket by **July 24, 2024**.

DATED: July 19, 2024
          New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge