

Christine A. Amalfe
Director

Gibbons P.C.
One Pennsylvania Plaza
45th Floor, Suite 4515
New York, NY 10119
Direct: 973-596-4829 Fax: +1 973-639-6230
camalfe@gibbonslaw.com

July 29, 2024

**VIA ECF (AS A LETTER-MOTION)**
Magistrate Judge Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

      Re:    **Parker v. Bursor**
                **Docket Number: 24-cv-245 (JGLC)(RFT)**

Dear Magistrate Judge Tarnofsky:

      This office represents defendants Scott Bursor and Bursor & Fisher, P.A. in the above matter. We are in receipt of your order (ECF 115) setting a telephonic oral argument for Thursday, August 1, 2024 at 3:00 P.M. I am lead counsel on this matter and would like to participate in this conference if at all possible. Unfortunately, I will be flying to Chicago at this time. I would respectfully request that this telephone conference be rescheduled for a time on Friday, August 2, 2024 or Monday, August 5, 2024 at a time convenient for the Court. I have conferred with counsel for Plaintiff and counsel for Mr. Wilzig who are both available on Friday and Monday for the telephone conference.

      In addition, counsel for Mr. Wilzig, Paul Schafhauser, has requested that the time to file Mr. Wilzig's reply be extended until July 31, 2024. We consent to this request so long as we have sufficient time to review same before the telephone conference.

      Thank you for your consideration of this request.

                            Respectfully submitted,

                            *Christine A. Amalfe*

                            Christine A. Amalfe
                            Director

cc:    Michael J. Willemin, Esq (via ECF)
        Judd Burstein, Esq. (via ECF)
        Jeanne M. Chistensen, Esq. (via ECF)
        Paul H. Schafhauser, Esq. (via ECF)