UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELICA PARKER,

                Plaintiff,

-against-

SCOTT BURSOR and BURSOR & FISHER, P.A.,

                Defendants.

24-CV-245 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    Plaintiff's application at ECF No. 108 is GRANTED IN PART. The deadline for Plaintiff to oppose the sanctions motion (ECF No. 101) is EXTENDED to **August 16, 2024**.

    The Clerk of Court is directed to terminate ECF No. 108.

    SO ORDERED.

Dated: July 31, 2024
       New York, New York

*Jessica Clarke*
JESSICA G. L. CLARKE
United States District Judge