UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER,<br><br>              Plaintiff,<br><br>  -against-<br><br>SCOTT BURSOR,<br><br>              Defendant. | 24-CV-245 (JGLC)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The motion to quash is denied. Defendant and Movant shall meet and confer on Movant's response to those portions of the subpoena that are not premature. Plaintiff shall complete production of text messages between herself and Movant by August 20, 2024. All parties to bear their own costs. The Clerk of Court is respectfully requested to terminate ECF 96.

DATED:  August 5, 2024
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge