

**Michael J. Willemin**
mwillemin@wigdorlaw.com

August 23, 2024

**VIA ECF**

The Honorable Robyn F. Tarnofsky
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 9B
New York, NY 10007

    Re:    Parker v. Bursor, Civil Case No. 24 Civ. 245 (JGLC)(RFT)

Dear Judge Tarnofsky:

We represent Plaintiff Angelica Parker in the above-referenced action and write to request a one-week extension for Plaintiff to submit her letter regarding the volume and time to review her communications with individuals listed on her initial disclosures.

The current deadline for Plaintiff to submit this letter is August 26, 2024, and Plaintiff respectfully requests that the deadline be extended to September 2, 2024. Defendants consent to this extension.

This is Plaintiff's first request for an extension of this deadline, and this extension does not require a change in any other scheduled dates.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Michael J. Willemin