UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER,<br><br>              Plaintiff,<br><br>  -against-<br><br>SCOTT BURSOR,<br><br>              Defendants. | 24-CV-00245 (JGLC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A pre-motion conference is scheduled for September 9, 2024 at 12:00 PM before Magistrate Judge Robyn F. Tarnofsky. Counsel are directed to join the conference at the scheduled time by dialing (646) 453-4442, Access Code: 621 789 161#.

The Clerk of Court is respectfully directed to terminate ECF 141.

DATED:  August 30, 2024
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge