# WIGDOR.

**Michael J. Willemin**
mwillemin@wigdorlaw.com

September 5, 2024

**VIA ECF**

> Application granted.
>
> Date: 09/06/2024
> New York, NY
>
> SO ORDERED
>
> _____
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

The Honorable Robyn F. Tarnofsky
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 9B
New York, NY 10007

Re:   Parker v. Bursor, Civil Case No. 24 Civ. 245 (JGLC)(RFT)

Dear Judge Tarnofsky:

We represent Plaintiff Angelica Parker in the above-referenced action and write to request a one-day extension for Plaintiff to submit her letter response to Defendants' pre-motion conference letter filed August 30, 2024 (Dkt. No. 141).

Per your Individual Rule III(B), our responsive letter is due 3 business days after the filing of Defendants' letter. With the holiday weekend, that puts our current deadline at today, September 5, 2024. Plaintiff respectfully requests that the deadline be extended by one day to September 6, 2024. We requested Defendants' consent this morning but have understandably not yet heard back from them.

This is Plaintiff's first request for an extension of this deadline, and this extension does not require a change in any other scheduled dates. The parties are still prepared to appear for the pre-motion conference on September 9, 2024 (Dkt. No. 142).

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Michael J. Willemin