

Christine A. Amalfe
Director

Gibbons P.C.
One Pennsylvania Plaza
45th Floor, Suite 4515
New York, NY 10119
Direct: 973-596-4829 Fax: +1 973-639-6230
camalfe@gibbonslaw.com

September 13, 2024

**FILED ON ECF VIA LETTER-MOTION**

Honorable Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

    Re:    *Parker v. Bursor*, 24-cv-245 (JGLC) (RFT)
                Letter-Motion to Approve Proposed Stipulated Addendum to Protective Order

Dear Magistrate Judge Tarnofsky:

    This Firm, along with Judd Burstein, P.C., represents Defendants Scott Bursor and Bursor & Fisher, P.A. (collectively, "Defendants") in the above-referenced matter. We submit this letter-motion pursuant to paragraph II(D) of Your Honor's Individual Practices in Civil Cases, and on behalf of and with the consent of Plaintiff's counsel, to request that Your Honor approve and enter the parties' attached Proposed Addendum to the Stipulated Protective Order that was entered by the Court June 13, 2024 (ECF 90).

    The Proposed Addendum is intended to extend the same protections in the existing Protective Order to third parties who may designate information as Confidential in response to subpoenas.

    Accordingly, the parties respectfully request that Court approve and enter the parties' attached Proposed Addendum to the Stipulated Protective Order.

    We thank the Court for its attention to this matter.

                                                  Respectfully submitted,

                                                  */s/ Christine A. Amalfe*

                                                  Christine A. Amalfe

cc:    All counsel of record (via ECF)