# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER,<br><br>                     Plaintiff,<br>- against -<br><br>SCOTT BURSOR and<br>BURSOR & FISHER, P.A.,<br><br>                     Defendants. | Civil Action No. 1:24-cv-0245 (JGLC) (RFT)<br><br>**[PROPOSED] ADDENDUM TO STIPULATED PROTECTIVE ORDER** |

WHEREAS, on June 13, 2024, the Court entered a Confidentiality Stipulation and Protective Order attached hereto as **Exhibit A** (the "Protective Order").

WHEREAS, the Protective Order governs the production and use of confidential material which will be produced in the above-referenced matter.

NOW, THEREFORE, in light of the foregoing, the parties to this Addendum to Stipulated Protective Order (the "Addendum") do hereby stipulate, consent and agree that all restrictions and procedures applicable to the information and documents exchanged by the parties in connection with the pre-trial phase of this action shall also apply to all information and documents produced by all third parties and other interested persons with actual or constructive notice of the Protective Order. Any person subject to the Protective Order who receives from any other person subject to the Protective Order any information and documents shall not disclose the same to any person except as expressly permitted under the Protective Order.

**SO STIPULATED AND AGREED.**

Dated: September 13, 2024
      New York, NY

| | |
|---|---|
|   */s/ Michael J. Willemin*           |   */s/ Christine A. Amalfe*        |
| Michael J. Willemin, Esq. | Christine A. Amalfe, Esq. |
| Jeanne M. Christensen, Esq. | Mark S. Sidoti, Esq. |
| Wigdor LLP | Charles S. Korschun, Esq. |
| 85 Fifth Avenue, 5th Floor | Daniel. S. Weinberger, Esq. |
| New York, NY 10003 | **GIBBONS P.C.** |
| Tel: (212) 257-6800 | One Pennsylvania Plaza |
| Fax: (212) 257-6845 | 45th Floor, Suite 4515 |
| mwillemin@wigdorlaw.com | New York, NY  10119 |
| jchristensen@wigdorlaw.com | Tel:  (212) 613-2000 |
| | Fax:  (212) 290-2018 |
| *Attorneys for Plaintiff* | camalfe@gibbonslaw.com |
| *Angelica Parker* | msidoti@gibbonslaw.com |
| | ckorschun@gibbonslaw.com |
| *(e-signature included with permission)* | dweinberger@gibbonslaw.com |
| | |
| | *Attorneys for Defendants* |
| | *Scott Bursor and Bursor & Fisher, P.A.* |