UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER,<br><br>               Plaintiff,<br><br>-against-<br><br>SCOTT BURSOR, et al.,<br><br>               Defendants. | 24-CV-245 (JGLC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A telephonic pre-motion conference is scheduled for **Tuesday, October 1, 2024 at 2:30 pm.** The parties should be prepared to discuss Defendants' Letter Motion [ECF 159]. The parties and Mr. Hantman are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 513 130 788#. Defendants are directed to provide a copy of their Letter Motion [ECF 159] and this Order to Mr. Hantman by overnight mail. Mr. Hantman is required to attend, and his failure to do so may result in a recommendation that he is to be held in civil contempt.

DATED:  September 24, 2024  
              New York, NY

SO ORDERED.

_____  
**ROBYN F. TARNOFSKY**  
United States Magistrate Judge