UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER,<br><br>        Plaintiff,<br><br>v.<br><br>SCOTT BURSOR and<br>BURSOR & FISHER, P.A.,<br><br>        Defendants. | Civil Action No.:  1:24-cv-0245 (JGLC) (RFT)<br><br>**NOTICE OF APEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned appears on behalf of non-party and Proposed Intervenor Lara B. Goldfeder in connection with the above-captioned proceeding and requests that copies of all pleadings, notices, orders and all other filings be served upon him.

The undersigned is admitted to practice in this Court and is a registered electronic case filing user.

Dated:   September 25, 2024

Respectfully submitted,

**VOZZOLO LLC**

By: */s/ Antonio Vozzolo*
   Antonio Vozzolo

499 Route 304
New City, New York 10956
Telephone: (201) 630-8820
Facsimile: (201) 604-8400
Email: avozzolo@vozzolo.com

and

345 Route 17 South
Upper Saddle River, New Jersey 07458
Telephone: (201) 630-8820
Facsimile: (201) 604-8400

*Attorney for Proposed*
*Intervenor Lara Goldfeder*