UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER,<br><br>                    Plaintiff,<br><br>   -against-<br><br>SCOTT BURSOR, et al.,<br><br>                    Defendants. | 24-CV-00245 (JGLC) (RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

For the reasons discussed at the October 29, 2024 conference:

   1) The parties shall a) **by November 1, 2024**, provide a list of cases addressing the issue of whether Plaintiff's counsel should be allowed to view the surveillance video before the deposition of Plaintiff; and b) meet and confer further by November 5, 2024 and raise with me by letter by **November 8, 2024** any remaining unresolved issues concerning production of (i) communications between the Defendants (the individual, the law firm or its lawyers or employees) on the one hand and certain identified individuals on the other, (ii) documents sufficient to show expenditures by the Defendant law firm on Plaintiff, (iii) documents concerning the man from Coral Gables, including the video, and (iv) documents reflecting instances when Plaintiff demanded money from individuals to refrain from disclosing improper behavior by those individuals.

   2) Plaintiff shall a) reach out to third party witnesses and let the Court know by **November 5, 2024**, whether they will produce documents without being provided with the sealed complaint; b) provide the individual Defendant by November 5, 2024 with RFAs concerning his medical history, which RFAs he shall either object to by November 12, 2024 or respond to by November 19, 2024; c) by **November 5. 2024**, review Plaintiff's Snapchat, Signal and Telegram accounts, if any, for responsive documents and provide a 26(g) certification covering the production of any responsive documents from any such accounts; d) by November 19, 2024, identify the audio and video files quoted in the complaint, and provide Defendants (at Plaintiff's cost) with the metadata associated with those files; e) by November 19, 2024, reproduce in native format all previously produced emails that were originally produced as PDF files (at Plaintiff's cost); f) by November 1, 2024, provide releases for Plaintiff's pharmacies; and g) by November 19, 2024, comply with Defendants' election referenced in 3(d) below.

   3) Defendants shall a) by November 5, 2024, perform additional searches of the individual Defendant's social media accounts and provide a Rule26(g) certification covering the production of any responsive documents from those accounts; b) by November 5, 2024, submit a letter brief on the issue of discovery relating to general jurisdiction; c) on or before November 19, 2024, permit Plaintiff's counsel (but not Plaintiff) to inspect the individual Defendant's Florida apartment, which inspection shall not last

more than one hour, shall be limited to the apartment and not include any public areas in the apartment building, and may include taking photographs and measurements and using a black light device but may not include taking any DNA samples or looking into drawers, cabinets, closets or other similar spaces; and d) advise Plaintiff by November 5, 2024 whether Defendants elect to identify specific documents from Plaintiff's Instagram accounts that Plaintiff shall re-produce in native format/with metadata at her own cost or to pay for Plaintiff to re-produce all previously produced documents from her Instagram accounts in native format/with metadata.

      Defendants' request to compel Plaintiff to respond to the interrogatory seeking identification of witnesses with knowledge of Plaintiff's diagnosis with STDs is DENIED, but Defendants may question Plaintiff about this topic at her deposition. I will advise the parties **by November 7, 2024** whether Plaintiff must provide additional briefing on the subject of discovery relating to general jurisdiction. The Clerk of Court is respectfully requested to terminate ECF 198.

DATED: October 30, 2024
       New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge