UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Angelica Parker,<br><br>                  Plaintiff,<br><br>  -against-<br><br>Scott Bursor,<br><br>                  Defendant. | 24CV245 (JGLC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff's request that her counsel be permitted to view the May 2-3, 2023 video is denied. As discussed at the conference on October 29, 2024, and as set forth in Defendants' letter (ECF 200, ECF 201), there is caselaw in this District permitting a party to delay production of a video until after the plaintiff's deposition. I ruled at the conference that Defendants here are permitted to delay production of the video until after Plaintiff's deposition. Plaintiff has not provided caselaw to support her request that her lawyer be allowed to see the video before her deposition. Plaintiff argued that her lawyer should be able to view the video before the deposition because she is concerned that Defendants have destroyed the video. Plaintiff has not however provided any basis for the claim of spoliation. And if Plaintiff's accusation is borne out, the issue can be addressed after her deposition. If Plaintiff's counsel is provided with the video, even with a designation of attorneys' eyes only, there will be no way to prevent counsel's knowledge of the contents to affect, however inadvertently, their preparation of Plaintiff for her deposition.

DATED:  November 6, 2024
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge