UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Angelica Parker,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>Scott Bursor, et al.,<br><br>　　　　　　Defendants. | 24CV245 (JGLC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

At the conference scheduled for November 21, 2024, the parties should be prepared to discuss the discovery issues raised in ECF 214 and 219 as well as the letter motion for leave to file a sanctions motion (ECF 215). In connection with the latter, Defendants should be prepared to discuss the evidence currently available and the evidence that could be obtained reflecting that Plaintiff was successful in deleting messages; Plaintiff should be prepared to address Defendant's claims concerning her failure to produce messages from the "Annabella" email account or from a "burner" phone; and the parties should be prepared to address a briefing schedule for the anticipated sanctions motion, as well as the timing for a hearing.

The Clerk of Court is respectfully requested to terminate ECF 121, ECF 127, and ECF 215.

DATED:　November 15, 2024
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge