UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Angelica Parker,<br><br>       Plaintiff,<br><br> -against-<br><br>Scott Bursor, et al.,<br><br>       Defendants. | 24CV245 (JGLC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  The parties have until **November 27, 2024** to raise any issues relating to production of Plaintiff's posts. If Plaintiff wishes to provide an affidavit addressing whether she has fully disclosed all of her email accounts and "burner" phones, she shall do so by **November 27, 2024**. By **December 2, 2024**, Plaintiff shall provide an update on the status of her production of documents from the Annabella account and her "burner" phone.

  By **December 13, 2024**, Plaintiff shall produce all communications between herself and any witness on any party's Rule 26 disclosures plus the investigator identified by Defendants, for the period of time between her last production and the present; the production shall include emails, text messages, and Instagram instant messages. Defendants have leave to file a motion for sanctions arising out of alleged spoliation and witness tampering by **January 6, 2025**; that filing shall include expert reports for any experts Defendants wish to be heard in connection with their motion. Plaintiff shall have until **January 21, 2025** to oppose the anticipated sanctions motion; that opposition shall include expert reports for any experts

Plaintiff wishes to be heard in connection with the motion. Defendants shall have until **January 28, 2025** to file a rely in further support of their motion.

A hearing will be held on February 19, 2025 at 10:00 AM in Courtroom 9B at 500 Pearl Street, New York, NY.

DATED:  November 22, 2024
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge