UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Angelica Parker,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>Scott Bursor,<br><br>　　　　　　Defendant. | 24cv245 (JGLC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As I have previously indicated, it is not clear to me that Defendants need my permission to share an application that they drafted in support of their request to compel discovery with third parties; to the extent that they need such permission to share their application with Caravajal and Hantman, it is granted. Plaintiff likewise may share her anticipated opposition to the request to compel discovery with Carvajal and Hantman. As to supporting documents produced by Plaintiff under the Protective Order and designated as confidential, the Protective Order contains provisions that allow a party to which such documents have been produced to share those documents with third parties under appropriate circumstances. Defendants may share such confidential documents with Carvajal and Hantman pursuant to the terms of the Protective Order; counsel should advise me if the Protective Order needs to be amended to expand the categories of individuals to whom confidential documents may be shown to cover Caravajal and Hantman.

　　　The Clerk of Court is respectfully requested to terminate ECF 239.

SO ORDERED

DATED:　January 6, 2025
　　　　　New York, NY

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE