UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER,<br><br>         *Plaintiff*,<br><br>-- against --<br><br>SCOTT BURSOR and<br>BURSOR & FISHER, P.A.,<br><br>         *Defendants*. | Case No. 24-cv-245 (JGLC) (RFT)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE COMPLAINT AND IMPOSING MONETARY SANCTIONS AGAINST PLAINTIFF'S COUNSEL, WIGDOR LLP**<br><br>*Filed Electronically* |

  This matter having been brought before the Court by way of motion filed by Defendants Scott Bursor and Bursor & Fisher, P.A. (collectively "Defendants"), through their attorneys, Gibbons P.C. and Judd Burstein, P.C., for an Order granting Defendants' Motion to Dismiss the Complaint as a Sanction for Plaintiff's Serious and Persistent Abuse of the Judicial Process and Numerous Violations of this Court's Orders and Imposing Monetary Sanctions Against Plaintiff's Counsel, Wigdor LLP (the "Motion"); and Defendants having provided Plaintiff with notice of the Motion and supporting documentation; and the Court having reviewed the papers submitted in support of and in opposition to the motion, and any evidence received at the evidentiary hearing conducted on February 19, 2025; and good cause having been shown:

  **IT IS** on this _____ day of _____, 2025

  **ORDERED** that the Motion is **GRANTED**; and it is

  **FURTHER ORDERED** that Plaintiff's Complaint is dismissed with prejudice pursuant to the Court's inherent authority and Federal Rule of Civil Procedure 37; and it is

  **FURTHER ORDERED**, that Wigdor LLP be and hereby is sanctioned for violations of Federal Rules of Civil Procedure 26 and 37 and is ordered to reimburse Defendants' attorney's

fees and expenses, including expert and investigator fees and costs, incurred in the investigation of the issues presented to the Court through this and prior motions as to tampering with witnesses, spoliation of evidence, failure to produce information from relevant sources, and the prosecution of this motion.

    FURTHER ORDERED, that Defendants are to submit a fee application within 30 days of the date hereof.

_____<br>
Hon. Robyn F. Tarnofsky<br>
United States Magistrate Judge