Outlook

## Fw: SECOND EXHIBIT TO LETTER AND ALSO INCLUDE THIS IN OUR LETTER TO THE COURT SEND ME DRAFT ASAP THX

From Robert J. Hantman, Esq. <rhantman@hantmanlaw.com>
Date Wed 1/15/2025 12:54 PM
To Qitao Wu <qitaow@hantmanlaw.com>



Robert J. Hantman/**Senior Partner**
Hantman & Associates
1120 6th Avenue, New York, NY, 10036
Office: (212)-684-3933
Cell: (917)-693-7444
www.hantmanlaw.com
*Member of the Bar: NY/NJ/FL*

**From:** Robert J. Hantman, Esq. <rhantman@hantmanlaw.com>
**Sent:** Tuesday, January 14, 2025 4:12 PM
**To:** Korschun, Charles S. <CKorschun@gibbonslaw.com>
**Subject:** Re: Voice Mail (37 seconds)

We have consulted with Ms Parker and her counsel and we have no objection to turning over all "attorney client" documents and or initial, proposed or signed Retainer Agreement s as we opted not to proceed with any court case and simply felt it was in the best interest of Angelica and Scott to resolve all personal matter themselves and then did our best to make this happen but were not successful in a mediation suggested by Scott.



Robert J. Hantman/**Senior Partner**
Hantman & Associates
1120 6th Avenue, New York, NY, 10036
Office: (212)-684-3933
Cell: (917)-693-7444
www.hantmanlaw.com

*Member of the Bar: NY/NJ/FL*

---

**From:** Korschun, Charles S. <CKorschun@gibbonslaw.com>
**Sent:** Monday, January 13, 2025 10:17:34 PM
**To:** Robert J. Hantman, Esq. <rhantman@hantmanlaw.com>
**Subject:** RE: Voice Mail (37 seconds)

Robert,

Sorry I missed your call earlier.  I am generally free after 12pm tomorrow and I can give you call then.  Or let me know what time works best and we can put something on the schedule.

Thanks,
Charlie

**CHARLES S. KORSCHUN** | Director
Business & Commercial Litigation Group
**t:** 973-596-4413 | **c:** 201-306-0334 | **f:** 973-639-6368
ckorschun@gibbonslaw.com | bio

**Gibbons P.C.** | One Gateway Center | Newark, NJ 07102-5310
**m:** 973-596-4500 | **f:** 973-596-0545 | office | map



gibbonslaw.com | gibbonslawalert.com   

---

**From:** Robert Hantman <noreply@skype.voicemail.microsoft.com>
**Sent:** Monday, January 13, 2025 4:54 PM
**To:** Korschun, Charles S. <CKorschun@gibbonslaw.com>
**Subject:** Voice Mail (37 seconds)

Yeah, Charlie, Robert Hansen, call me when you get a chance, 917-693-7444. It's on the Angelica case. Thanks. Yeah, Hello. Hello.

You received a voice mail from Robert Hantman.

| Home: | +1 917-693-7444 |
|---|---|

---

**Thank you for using Transcription! If you don't see a transcript above, it's because the audio quality was not clear enough to transcribe.**

Set Up Voice Mail

**Disclaimer**
The contents of this message, together with any attachments, may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any

dissemination, distribution, printing, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please do not read this message or any attachments and please notify me immediately by reply e-mail or call Gibbons P.C. at 973-596-4500 and delete this message, along with any attachments, from your computer.