UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER,<br><br>　　　　　Plaintiff,<br><br>　-against-<br><br>SCOTT BURSOR,<br><br>　　　　　Defendant. | 24cv245 (JGLC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　While I believe it is rather discourteous of Plaintiff's counsel to ask to reschedule so long after the hearing date was set, I also believe it is rather discourteous of Defendant's counsel to decline to consent to a brief adjournment. The hearing shall be adjourned until **February 26, 2025** at 10:00 AM in Courtroom 9B at 500 Pearl Street, New York, NY.

　　The request to amend the briefing schedule is GRANTED. The Clerk of Court is respectfully requested to terminate ECF 257.

DATED:　January 17, 2025
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge