UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER,<br><br>    Plaintiff,<br><br>-against-<br><br>SCOTT BURSOR, et al.,<br><br>    Defendants. | 24cv245 (JGLC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  Defendants request leave for alternative service of a subpoena on non-party Wenjie Song to appear at the sanctions hearing scheduled for February 26, 2025. Defendants are directed to submit a letter by January 27, 2025 addressing whether Ms. Song's residence or place of business is within 100 miles of this Court. If she does not reside or work within 100 miles of this Court, Defendants shall provide authority in their letter for this Court's authority under Rule 45 to require the appearance of a witness at a proceeding to be held more than 100 miles from the witness' residence or place of business. *See, e.g., Rochester Drug Cooperative, Inc. v. Campanelli,* 23 Misc. 89 (KPF), 2023 WL 2945859 (Apr. 14, 2023).

DATED: January 23, 2025
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge