UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER,<br><br>    Plaintiff,<br><br> -against-<br><br>SCOTT BURSOR, et al.,<br><br>    Defendants. | 24cv245 (JGLC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The letter motion submitted on 1/27/2025 for Leave to File Excess Pages is granted [ECF 269].

The Clerk of Court is respectfully requested to terminate ECF 269.

DATED: January 27, 2025         SO ORDERED.
      New York, NY

                          **ROBYN F. TARNOFSKY**
                          United States Magistrate Judge