UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Angelica Parker,<br><br>　　　　　　　Plaintiff,<br><br>　-against-<br><br>Scott Bursor,<br><br>　　　　　　　Defendant. | 24CV245 (JGLC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　Defendants' motion for leave to use an alternative method of service of a subpoena on Ms. Song is GRANTED.

　　The Clerk of Court is respectfully requested to terminate ECF 262.

DATED:　January 30, 2025　　　　　　　　　　SO ORDERED.
　　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**ROBYN F. TARNOFSKY**
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge