UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Angelica Parker,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>Scott Bursor,<br><br>　　　　　　Defendant. | 24CV245 (JGLC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　The parties' joint letter motion (ECF 272) is granted. Discovery deadlines in this matter are stayed until a decision on the pending sanctions motion (ECF 243).

　　The Clerk of Court is respectfully requested to terminate ECF 272.

DATED:　January 30, 2025
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge