UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER,<br><br>                Plaintiff,<br><br>  -against-<br><br>SCOTT BURSOR,<br><br>                Defendant. | 24-CV-245 (JGLC)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    Plaintiff's letter motion for leave to file native exhibits via alternative means under seal is granted. The documents can be emailed to chambers at TarnofskyNYSDChambers@nysd.uscourts.gov.

    The Clerk of Court is respectfully requested to terminate ECF 278.

DATED: February 3, 2025
           New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge