UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER,<br><br>  Plaintiff,<br><br> -against-<br><br>SCOTT BURSOR,<br><br>  Defendant. | 24-CV-245 (JGLC)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Defendant's letter motion for leave to file excess pages is granted. The Clerk of Court is respectfully requested to terminate ECF 281.

DATED:  February 7, 2025
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge