UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER,<br><br>    Plaintiff,<br><br> -against-<br><br>SCOTT BURSOR,<br><br>    Defendant. | 24-CV-245 (JGLC)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

 Defendant's letter motion for discovery is granted. Plaintiff shall produce redacted and unredacted versions of the documents in question by February 20, 2024 for in camera review. The Clerk of Court is respectfully requested to terminate ECF 291.

DATED: February 19, 2025
    New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge