UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER,<br><br>        Plaintiff,<br><br>vs.<br><br>SCOTT BURSOR and<br>BURSOR & FISHER, P.A.,<br><br>        Defendants. | Civil Action No.1 24-cv-00245(JGLC) (RFT)<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Defendants Scott Bursor and Bursor & Fisher, P.A. Inc., in the above-entitled action, and requests that all pleadings and other filings regarding this matter be served upon the undersigned attorney, at the office address listed below, and hereby further requests electronic notification of all papers filed with the Court by notice upon the following email address: gconti@gibbonslaw.com.

Dated: Newark, New Jersey
    February 20, 2025

              **GIBBONS P.C.**
              One Gateway Center
              Newark, New Jersey 07102-5310
              Telephone (973) 596-4563
              Facsimile (973) 639-6222
              gconti@gibbonslaw.com


              By: s/ Genna A. Conti
                 Genna A. Conti

              *Attorneys for Defendants*
              Scott Bursor and Bursor & Fisher, P.A. Inc..