UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Angelica Parker,<br><br>        Plaintiff,<br><br>   -against-<br><br>Scott Bursor, et al.,<br><br>        Defendants. | 24-cv-00245 (JGLC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The hearing scheduled for February 26, 2025 at 10:00 AM, before Judge Robyn F. Tarnofsky, is relocated to **Courtroom 12A**, 500 Pearl Street, New York, NY 10007.

By **February 24, 2025**, Counsel are directed to complete device orders and email them to TarnofskyNYSDChambers@nysd.uscourts.gov. Only attorneys will be allowed to bring electronic devices into the court.

The email to chambers should identify any technology they expect to use on the day of the hearing.

DATED:  February 20, 2025
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————— x


IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL


———————————————————————————— x


     The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.   Upon submission of written application to this Court, it is hereby

     ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/ or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

24-cv-07591-KPF Genesis Global Technology Limited et al v. 3Forge LLC.

     ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

The date(s) for which such authorization is provided is (are) 02/26/2025_____.

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
|  |  |  | 12A |  |
|  |  |  |  |  |
|  |  |  |  |  |

*(Attach Extra Sheet If Needed)*

     The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

     SO ORDERED:


Dated: _____


_____
                      United States Judge


Revised: July 1, 2019.