UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER,<br><br>                    Plaintiff,<br><br>   -against-<br><br>SCOTT BURSOR, et al.,<br><br>                    Defendants. | 24-CV-00245 (JGLC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court received an undocketed communication from Non-Party Peter Plaut, which is attached as Exhibit A to this Order. If Defendants wish the Court to consider ordering Mr. Plaut's appearance at the February 26, 2025 hearing, they shall file letter motion on the docket explaining the Court's authority under Rule 45 to require a witness to appear at a hearing more than 100 miles from the witness' residence or place of business. Chambers will email this Order to Mr. Plaut and will direct him to file any future communications with the Court on the docket and include directions for a pro se filing.

DATED:  February 20, 2025
            New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge

| | |
|---|---|
| **From:** | Peter P |
| **To:** | Tarnofsky NYSD Chambers |
| **Subject:** | Angelica Parker v. Scott Bursor |
| **Date:** | Thursday, February 20, 2025 12:59:28 PM |
| **Attachments:** | y3N3xr90OXwcQt1kIIW71BtYc.png |

**CAUTION - EXTERNAL:**

Dear Judge Tarnofsky,

My name is Peter Plaut.

I am receiving emails from Scott Bursor's lawyers about testifying about a hearing.

Back in November 2024, because Private Investigators were contacting my son in college and my elderly parents repeatedly with subpoenas, to stop them, I accepted the subpoenas by email to stop the harassment and because I do not have a lawyer representing me.

I am a United Kingdom resident and a British citizen and live and work in London.

My understanding is that my testimony at the hearing is voluntary and I do not want to testify at the hearing. I do not want to testify over zoom or telephone either.

I have been asked for my text messages by Scott Bursor's lawyers, but they are on auto delete and I do not have any between me and Angelica Parker.

Unless I am ordered to appear at the hearing, I do not wish to participate.

Warmest regards,

Peter Plaut

*[signature]*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.