UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELICA PARKER,

                Plaintiff,

  -against-

SCOTT BURSOR, et al.,

                Defendants.

24cv245 (JGLC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 13, 2025, I granted Defendants' motion to compel Plaintiff's counsel to produce certain communications involving Plaintiff and non-party Song for in camera review. (*See* ECF 289.) I have reviewed those documents and concluded that there is no indication that Plaintiff suggested that Ms. Song might be dropped as a defendant in another lawsuit if Ms. Song provided favorable testimony for Plaintiff in this matter; I therefore decline to compel production to Defendants of the documents relating to Ms. Song that I reviewed in camera. On February 19, 2025, I granted Defendants' motion to compel Plaintiff's counsel to produce certain documents regarding document preservation for in camera review. (*See* ECF 292.) I have reviewed the documents in question and direct Plaintiff to produce to Defendants by **5:00 pm today** fully unredacted copies of the communications concerning document preservation; as I stated at a prior conference, the serious allegations of spoliation mean that the attorney-client privilege is waived for communications providing clear guidance on the potential consequences of noncompliance with document preservation directives, and the full text of the documents I reviewed in camera is necessary for those documents to be intelligible.

DATED:  February 21, 2025
             New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE