UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER,<br><br>                      Plaintiff,<br><br> -against-<br><br>SCOTT BURSOR., et al.,<br><br>                      Defendants. | 24-CV-245 (JGLC)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court received an undocketed communication from Non-Party, Peter Plaut, which is attached as Exhibit A to this Order.

DATED:  February 24, 2025
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge

| | |
|---|---|
| **From:** | Peter Plaut |
| **To:** | Tarnofsky NYSD Chambers |
| **Cc:** | Peter Plaut |
| **Subject:** | Parker v Bursor Follow up |
| **Date:** | Saturday, February 22, 2025 7:51:55 PM |

CAUTION - EXTERNAL:

Dear Judge Tarnofsky,

This morning, I received a disturbing email from Scott Bursor's attorney Charles Korschun related to a filing that he made yesterday on the docket. That filing contains factually incorrect information, misleading, and defamatory statements.

I find myself and my family continuing to being harassed and bullied by Mr. Bursor's attorneys (including Mr. Korschun and his firm), and their private investigators.

I offered to provide information in regard to the facts that I observed regarding the events of May 3, 2023, to the plaintiff Angelica Parker and her attorneys at Wigdor, which they are currently in possession.

As previously mentioned in my email to you, I agreed to accept service of subpoenas by the defendant's attorneys in late November via email to stop the harassment to my elderly and very sick parents apartment building in Cliffside Park, NJ, and my son at college. However, as I made clear to Mr Korschun on several occasions, I am not an attorney, but I would do my best to answer the extensive list of approximately 50 questions in the subpoenas to me. I completed this in December 2024. Mr. Korschun also stated that it was mandatory by the court to attend a deposition by his firm in January 2025 and a hearing in February 2025. He did not mention that this testimony is voluntary. Thus, I asked if I could do this testimony via video because I would likely be at home in London, UK. However, if this testimony is voluntary, I do not want to testify at the hearing. I also do not want to testify over zoom or telephone either. The Defendant and Plaintiff's law firms have all the information that I have whether that includes text messages, emails, and answers to questions in the subpoenas.

Let me be very clear, Mr. Korschun's statements in the dockets are factually incorrect, misleading, and defamatory. I am a British citizen and resident. I have lived in the UK since 2016 with my wife and 3 daughters ages 8,7,7. I also have been fully employed during this time with London based firms. I am also a US citizen and was born and raised in northern NJ.

Since the summer of 2021, I have been making frequent and regular trips to the US and, in particular, my parents home in Cliffside Park, NJ. My father has serious heart and other medical conditions requiring multiple surgical procedures and almost weekly doctor visits and treatments. My mother is also very sick with heart and other medical conditions. In Jan 2022, I had to make my visits to my parents much longer in duration and also take on consulting contracts. As you can imagine, this has caused much financial and other stresses to my family.

I have forwarded many documents to Wigdor to support the above including:

- British Passport
- British Drivers License
- US Passport
- Tenancy Agreement for my home in London
- UK Company Employment Contracts

I would like to keep all this information private

Unless I am ordered to appear at the hearing, I do not wish to participate and thank you for your consideration.

Warmest regards,

Peter
+1 239 776 4060
+447776406246


CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.