UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER,<br><br>                     Plaintiff,<br><br> -against-<br><br>SCOTT BURSOR., et al.,<br><br>                    Defendants. | 24-CV-245 (JGLC)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court emailed filing instructions to non-party Peter Plaut, which is attached as Exhibit A. The Court received an undocketed communication in response, which is attached as Exhibit B to this Order.

DATED:  February 24, 2025
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge

| | |
|---|---|
| **From:** | Tarnofsky NYSD Chambers |
| **To:** | peter.g.plaut@gmail.com |
| **Subject:** | 24cv245 Email to Peter Plaut |
| **Date:** | Monday, February 24, 2025 1:39:40 PM |
| **Attachments:** | ECF 295 24cv00245 Order with Exhibit A.pdf |
| | ECF #. 24cv245 Order with Exhibit A.pdf |

Mr. Plaut,

Please see the attached orders, one of which was filed on the docket in Parker v. Bursor, ECF 295. The other is pending an ECF # because it is not yet uploaded onto the docket by the Court.

Note that, unless otherwise directed by Judge Tarnofsky, it is this Court's practice to file on the docket any case-related correspondence that is emailed to chambers. If you are not represented by counsel in this matter, then any future correspondence must be emailed as a signed PDF to ProSe@nysd.uscourts.gov, with the subject line "Pro Se Filing – 24-cv-245." Be advised that it may take up to two business days for any filings to appear on the docket.

Chambers of Hon. Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Email: TarnofskyNYSDChambers@nysd.uscourts.gov
Telephone: 212-805-3840


Get Outlook for iOS

| | |
|---|---|
| **From:** | Peter P |
| **To:** | Tarnofsky NYSD Chambers |
| **Subject:** | Re: 24cv245 Email to Peter Plaut |
| **Date:** | Monday, February 24, 2025 2:27:53 PM |
| **Attachments:** | y3N3xr90OXwcQt1klIW71BtYc.png |

**CAUTION - EXTERNAL:**

Thank you very much for helping me. Do I need to appear this Wed or not given that both Plaintiff and Defendants attorneys have all the information that I could reasonably provide related to the events of May 3rd, 2023. I did not know Miss Parker prior to Dec 2022.

*Peter Plaut* (signature)

> On Feb 24, 2025, at 1:39 PM, Tarnofsky NYSD Chambers <TarnofskyNYSDChambers@nysd.uscourts.gov> wrote:
>
> Mr. Plaut,
>
> Please see the attached orders, one of which was filed on the docket in Parker v. Bursor, ECF 295. The other is pending an ECF # because it is not yet uploaded onto the docket by the Court.
>
> Note that, unless otherwise directed by Judge Tarnofsky, it is this Court's practice to file on the docket any case-related correspondence that is emailed to chambers. If you are not represented by counsel in this matter, then any future correspondence must be emailed as a signed PDF to ProSe@nysd.uscourts.gov, with the subject line "Pro Se Filing – 24-cv-245." Be advised that it may take up to two business days for any filings to appear on the docket.
>
> Chambers of Hon. Robyn F. Tarnofsky
> United States Magistrate Judge
> Southern District of New York
> 500 Pearl Street
> New York, NY 10007
> Email: TarnofskyNYSDChambers@nysd.uscourts.gov
> Telephone: 212-805-3840
>
>
> Get Outlook for iOS
> <ECF 295 24cv00245 Order with Exhibit A.pdf><ECF #. 24cv245 Order with Exhibit A.pdf>