UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER,<br><br>                      Plaintiff,<br><br>  -against-<br>SCOTT BURSOR, et al.,<br><br>                      Defendant. | 24cv00245 (JGLC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A conference was held on February 25, 2025. As discussed at the conference, I expect to hold the hearing open at the end of the day tomorrow to permit Defendants to question witnesses about documents relevant to the hearing that were produced last night and that will be produced today. If the parties are unable to resolve the issues concerning Plaintiff's late document production through the meet and confer process, Defendants shall promptly raise the issues with me by letter motion.

The Clerk of Court is respectfully requested to terminate ECF 315.

DATED: February 25, 2025
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge