

Christine A. Amalfe
Director

Gibbons P.C.
One Pennsylvania Plaza
45th Floor, Suite 4515
New York, NY 10119
Direct: 973-596-4829 Fax: +1 973-639-6230
camalfe@gibbonslaw.com

March 18, 2025

**<u>LETTER-MOTION (FILED ON ECF)</u>**

Honorable Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

      Re:    *Parker v. Bursor*, 24-cv-245 (JGLC) (RFT)
             <u>Letter-Motion to Strike ECF Nos. 326 and 327</u>

Dear Magistrate Judge Tarnofsky:

      This Firm, along with Judd Burstein, P.C., represents Defendants Scott Bursor and Bursor & Fisher, P.A. (collectively, "Defendants") in the above-referenced matter. Pursuant to the instructions of Your Honor's Courtroom Deputy, we submit this letter-motion to request that the Court strike Defendants' filings docketed at ECF Nos. 326 and 327, as those documents were filed in error. Defendants' proposed Findings of Fact and Conclusions of Law were re-filed at ECF No. 330.

      We thank the Court for its consideration of this request.

                                                    Respectfully submitted,

                                                    */s/ Christine A. Amalfe*

                                                    Christine A. Amalfe

cc:      All counsel of record (via ECF)

> Defendants' letter-motion is GRANTED. The Clerk of Court is respectfully requested to strike ECF 326 and ECF 327.
>
> Dated: March 19, 2025
>        New York, NY
>
> SO ORDERED
> /s/ Robyn F. Tarnofsky
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE