UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELICA PARKER,

                         Plaintiff,

         -against-

SCOTT BURSOR, ET AL.,

                         Defendants.

24-CV-245 (JGLC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

     The Mumpton Declaration (ECF 337) is accepted into evidence and Defendants' motion to strike (ECF 338) is denied. If Defendants wish to submit a substantive response to the Mumpton Declaration they may do so by noon on **March 24, 2025**.

     The Clerk of Court respectfully requested to terminate ECF 338.

DATED:  March 21, 2025
      New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge

1