

Christine A. Amalfe
Director

Gibbons P.C.
One Pennsylvania Plaza
45th Floor, Suite 4515
New York, NY 10119
Direct: 973-596-4829 Fax: +1 973-639-6230
camalfe@gibbonslaw.com

March 31, 2025

**VIA ECF**

Honorable Jessica G.L. Clarke, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

    Re:    *Parker v. Bursor*, 24-cv-245 (JGLC)(RFT)

Dear Judge Clarke:

    This Firm, along with Judd Burstein, P.C., represents Defendants Scott Bursor and Bursor & Fisher P.A. (collectively, "Defendants") in the above-referenced matter. We write to request that the Court temporarily seal its Opinion and Order (ECF No. 345) on Defendants' motion to dismiss, strike and seal the Complaint and related filings until it decides Defendants' forthcoming motion to stay pending appeal to the United States Court of Appeals for the Second Circuit. Defendants already have filed a Notice of Appeal of the Court's order regarding sealing (ECF No. 347), which is a collateral order subject to immediate appellate review, and expect to file later today an emergency motion to stay the Court's order permitting the filing of an unsealed complaint on April 4, 2025, and requesting that the Opinion and Order (ECF No. 345) likewise be temporarily sealed pending appeal. Defendants merely request that the Court seal its Opinion and Order (ECF No. 345) so that its appellate rights are fully preserved and no part of the Complaint or descriptions of the allegations are unsealed until Defendants have had an opportunity to pursue their appellate rights.

    Accordingly, Defendants respectfully request that the Court temporarily seal its Opinion and Order (ECF No. 345) at least until it decides Defendants' forthcoming motion to stay pending appeal.

    We thank the Court for its consideration of this request.

                                Respectfully submitted,

                                Christine A. Amalfe

cc:    All counsel of record (via e-mail)