UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGELICA PARKER,

                Plaintiff,

-against-

SCOTT BURSOR, individually and in his professional capacity as owner of Bursor & Fisher, P.A., and BURSOR & FISHER, P.A.,

                Defendants.

24-CV-245 (JGLC)

**OPINION AND ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

      Defendants seek Rule 11 sanctions against Plaintiff. ECF No. 102. Defendants contend that the Complaint is not well grounded in fact and was interposed for an improper purpose, that Plaintiff's counsel engaged in vexatious litigation tactics, and that Plaintiff and her counsel's behavior warrant use of the Court's inherent power to sanction to deter abuse of judicial processes. *See id. generally.* For the reasons stated in the Court's Order at ECF No. 345, which determined that Plaintiff's Complaint survives a motion to strike and a motion to dismiss, Defendants' arguments are meritless at this juncture. Accordingly, the motion for sanctions at ECF No. 102 is DENIED. The Clerk of Court is directed to terminate ECF No. 101.

Dated: March 31, 2025
       New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*
                                        _____

                                        JESSICA G. L. CLARKE
                                        United States District Judge