UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGELICA PARKER,

                Plaintiff,

-against-

SCOTT BURSOR, individually and in his professional capacity as owner of Bursor & Fisher, P.A., and BURSOR & FISHER, P.A.,

                Defendants.

24-CV-245 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

    The Court has reviewed Defendants' request at ECF No. 348. Though the merits of Defendants' appeal on the matter of sealing are questionable at best, in an abundance of caution, to ensure that Defendants retain their right to meaningful relief on appeal, the motion at ECF No. 348 is GRANTED. The Opinion and Order at ECF No. 345, as well as the Complaint and all related documents, shall remain sealed until **April 14, 2025**. Plaintiff shall not file the unsealed Complaint until that date, assuming there is no order to the contrary from this Court or the Second Circuit. The Clerk of Court is directed to SEAL ECF No. 345. Access is restricted to court personnel and counsel for the parties. The Clerk of Court is directed to terminate ECF No. 348.

Dated: March 31, 2025
       New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*

                                        JESSICA G. L. CLARKE
                                        United States District Judge