UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER,<br><br>       *Plaintiff*,<br><br>-- against --<br><br>SCOTT BURSOR and<br>BURSOR & FISHER, P.A.,<br><br>       *Defendants*. | Case No. 24-cv-245 (JGLC) (RFT)<br><br>**DEFENDANTS' NOTICE OF EMERGENCY MOTION TO STAY OPINION AND ORDER DENYING MOTION TO SEAL PENDING APPEAL TO THE SECOND CIRCUIT** |

**TO:** All Counsel of Record

  **PLEASE TAKE NOTICE** that Defendants Scott Bursor and Bursor & Fisher, P.A. ("Defendants"), by and through their undersigned counsel, Gibbons P.C. and Judd Burstein, P.C., will move this Court before the Honorable Jessica G.L. Clarke, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, on a return date to be set by the Court, for a stay pending appeal of the Court's Opinion and Order of March 31, 2025 (ECF No. 345, pp. 9-11, 29-30).

  **PLEASE TAKE FURTHER NOTICE** that Defendants move on an emergency basis.

  **PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendants shall rely upon Defendants' Memorandum of Law in Support of Defendants' Emergency Motion to Stay Order Denying Motion to Seal Pending Appeal to the Second Circuit.

  **PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith.

Dated: April 1, 2025                              Respectfully submitted,

By: /s/ *Christine A. Amalfe*
Christine A. Amalfe
Mark S. Sidoti
Charles S. Korschun
Daniel S. Weinberger
**GIBBONS P.C.**
One Pennsylvania Plaza, 45th Fl, Suite 4515
New York, New York 10119
Tel: (212) 613-2000
Fax: (212) 290-2018
camalfe@gibbonslaw.com
msidoti@gibbonslaw.com
ckorschun@gibbonslaw.com
dweinberger@gibbonslaw.com

– *and* –

Judd Burstein
**JUDD BURSTEIN, P.C.**
110 East 59th Street, 22nd Floor
New York, New York 10022
Tel: (212) 974-2400
Fax: (212) 974-2944
jburnstein@burlaw.com

*Attorneys for Defendants*
*Scott Bursor and Bursor & Fisher, P.A.*

2