UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER,<br><br>               Plaintiff,<br><br>-against-<br><br>SCOTT BURSOR, et al.,<br><br>               Defendants. | 24-CV-245 (JGLC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On January 30, 2025, the parties jointly requested an extension of the discovery deadlines, suggesting that a new discovery schedule could be proposed after the sanctions hearing. (ECF 272.) I granted that motion and terminated the discovery deadlines until after a decision on the sanctions motion. (ECF 274.) I have since issued that decision. (ECF 344.) Accordingly, the parties are directed to meet and confer and to submit a proposed revised case management order by **April 8, 2025.**

DATED:  April 2, 2025
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge