UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELICA PARKER,

                Plaintiff,

  -against-

SCOTT BURSOR, et al.,

                Defendants.

24cv00245 (JGLC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      The request to seal ECF 360 is GRANTED. ECF 360 is sealed pending Defendants' appeal. The Clerk of Court is respectfully requested to terminate ECF 359 and seal ECF 360 with access restricted to court personnel and counsel for the parties.

DATED:  April 7, 2025
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge