

**Michael J. Willemin**
mwillemin@wigdorlaw.com

April 8, 2025

**VIA ECF**

The Honorable Jessica G. L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    <u>Parker v. Bursor et al., Civil Case No.: 1:24-cv-00245-JGLC-RFT</u>

Dear Judge Clarke,

We represent Plaintiff in this action and write in connection with Defendants' motion to stay the Court's unsealing orders.  ECF 353.

Specifically, Plaintiff respectfully requests a one-day extension of the deadline to oppose Defendants' motion, from April 8, 2025 to April 9, 2025.  Defendants consent to this request, and, relatedly, respectfully request that the Court extend its restriction on unsealing the Complaint and related documents by 11 days, from April 14, 2025 to April 25, 2025.  This will provide Defendants with sufficient time to seek an emergency stay and obtain a ruling from the Second Circuit in the event that their motion to stay the Court's unsealing orders is denied.  Plaintiff consents to this request.

We thank Your Honor for the Court's time and consideration of this matter.

Respectfully submitted,

Michael J. Willemin

Cc: All counsel of record *via* ECF