UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELICA PARKER,

                    Plaintiff,

      -against-

SCOTT BURSOR, et al.,

                    Defendants.

24cv00245 (JGLC) (RFT)

**AMENDED ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The parties' request on ECF 364 is granted. This Amended Order is to replace ECF 361.

The request to seal ECF 360 is GRANTED. The Clerk of Court is respectfully requested to

terminate ECF 359, seal ECF 360 with access restricted to court personnel and counsel for the

parties, and strike ECF 361 from the docket.

DATED:  April 9, 2025
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge