



Christine A. Amalfe
Director

Gibbons P.C.
One Pennsylvania Plaza
45th Floor, Suite 4515
New York, NY 10119
Direct: 973-596-4829 Fax: +1 973-639-6230
camalfe@gibbonslaw.com

April 21, 2025

**Application GRANTED. Defendants' response due on May 1, 2025. The Clerk of Court is directed to terminate ECF No. 379.**

**Via Letter Motion on ECF**

Honorable Jessica G.L. Clarke, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

SO ORDERED.

Dated: April 22, 2025
New York, New York

*Jessica Clarke*
JESSICA G. L. CLARKE
United States District Judge

Re:   *Parker v. Bursor*, 24-cv-245 (JGLC) (RFT); Letter Motion To Extend Due Date for Responsive Supplemental Briefing on General Jurisdiction.

Dear Judge Clarke:

This Firm, along with Judd Burstein, P.C., represents Defendants Scott Bursor and Bursor & Fisher, P.A. (collectively, "Defendants") in the above-referenced matter. We write pursuant to Rule 2(e) of Your Honor's Individual Rules and Practices in Civil Cases to request a one-week extension of the current due date for the filing of Defendants' response to Plaintiff's supplemental submission on whether the Court can exercise general jurisdiction over Defendants.

Pursuant to Your Honor's March 31, 2025 Opinion and Order (ECF No. 345 at 29), on April 10, 2025, the parties submitted a proposed schedule for supplemental briefing regarding the Court's general jurisdiction over Defendants, pursuant to which Plaintiff's supplemental briefing was due on April 17, 2025 and Defendants' responsive briefing is due on April 24, 2025. ECF No. 369. Pursuant to that schedule, on April 17, 2025, Plaintiff submitted their additional briefing, which included two new declarations and more than 30 new exhibits. Given the magnitude of Plaintiff's submission, Defendants respectfully request a one-week extension of the due date for their response. With the requested extension, Defendants' response will be due on May 1, 2025. Plaintiff consents to this request. No previous requests for the extension of this deadline have been made. No appearances before Your Honor are currently scheduled.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

*Christine A. Amalfe*
Christine A. Amalfe

cc:   All counsel of record (via e-mail)