```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Apr 23, 2025
```

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of April, two thousand twenty-five.

Before:      William J. Nardini,
                      *Circuit Judge.*

---

Angelica Parker,

        Plaintiff - Appellee,

  v.

Scott Bursor, Bursor & Fisher, P.A.,

        Defendants - Appellants,

Robert Jay Hantman,

        Intervenor.

**ORDER**

Docket No. 25-771

---

    Appellants move for a stay of the District Court's March 31, 2025 order unsealing the Complaint in this matter. Appellants also move for leave to file the motion under seal. Appellee opposes the motion for a stay.

    IT IS HEREBY ORDERED that, to the extent the motion seeks a temporary stay pending review by a three-Judge panel, the stay is GRANTED. The motions are REFERRED to the next available motions panel.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 04/23/2025