**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- X

ANGELICA PARKER,

Plaintiff,

v.

SCOTT BURSOR, individually and in his professional capacity as owner of Bursor & Fisher, P.A., and BURSOR & FISHER, P.A.

Defendants.

---------------------------------------------------------- X

Civil Action No.: 24-cv-245 (JGLC)(RFT)

**FIRST AMENDED COMPLAINT**

**Jury Trial Demanded**

**TRIGGER WARNING:**
**THIS DOCUMENT CONTAINS HIGHLY GRAPHIC INFORMATION OF A SEXUAL NATURE, INCLUDING SEXUAL ASSAULT**

Plaintiff Angelica Parker, through her counsel, Wigdor, LLP, as against Defendant Scott Bursor ("Bursor"), individually and in his professional capacity as owner of Bursor & Fisher, P.A., and Defendant Bursor & Fisher, P.A. ("B&F"), alleges the following:

## PRELIMINARY STATEMENT

"You're going to need to leave, or I'm going to rape you."
- Defendant Scott Bursor, just moments before sexually assaulting Plaintiff

1. No woman should fear being the victim of a sex crime in her own home. Sadly, because this fear is a reality for thousands of women, NYC legislators enacted a law that gives victims of gender-motivated violence a private right of action against their perpetrators.[1] This

[1] Enacted in 2000, New York City's Victims of Gender-Motivated Violence Protection Law ("VGMVPL"), § 10-1103 states that a "crime of violence motivated by gender" means a "crime of violence committed because of gender, or on the basis of gender, and due, at least in part, to animus based on the victim's gender. N.Y.C. Admin. Code § 10-1102, *et seq*. The Appellate Division First Department has held that an allegation of rape is sufficient to show animus on the basis of gender. *Breest v. Harris*, 180 A.D. 3d 83, 115 N.Y.S. 3d 322 (1st Dept. 2019). The VGMVPL also allows claims to be brought against third parties who "commit[], direct[], enable[], participate[] in, or conspire[] in the commission of violence motivated by gender." *Id.*, § 10-1104.

law, codified as New York City's Victims of Gender-Motivated Violence Protection Law ("VGMVPL"), provides a framework for sexual assault victims to recover damages for their injuries.[2]

2. Ms. Parker is a woman who feared and experienced sexual violence in the home. Between 2019 and 2023, Ms. Parker unwittingly was caught in a vicious cycle of sexual abuse at the hands of Bursor, a man who professed to have loved her.

3. Despite taking place behind closed doors, thousands of contemporaneous pieces of evidence demonstrate the severity and level of sexual violence inflicted on Ms. Parker by Bursor. This evidence leaves no doubt about what Bursor threatened and did to her, not to mention the appalling frequency of his pattern of abuse.

4. Predictably, Bursor's methods bear all the markings of what is described as classic domestic violence. The pattern is one in which Bursor repeatedly manipulated and gaslit Ms. Parker such that she repeatedly went back to her abuser despite being subjected to multiple acts of physical and sexual violence.

5. Now, Ms. Parker, who weighs just 100 pounds, has finally broken free from Bursor, a physically larger, stronger and maniacal man, and has bravely commenced this action to hold Bursor and relevant enablers accountable for the abhorrent acts that have caused her severe and permanent harm.

**<u>JURISDICTION AND VENUE</u>**

6. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (a) (1) because Plaintiff and Defendants are citizens of different States (Plaintiff, of New York, and

[2] The VGMVPL allows victims such as Plaintiff to recover from their perpetrators and any enablers wide ranging relief, including compensatory and punitive damages, injunctive and declaratory relief, and attorney's fees and costs. *Id.*

Defendants, of Florida) and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. The Court has supplemental jurisdiction over Plaintiff's related state and local law claims pursuant to 28 U.S.C. § 1367(a).

7. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(1) and (2) because a substantial part of the events or omissions giving rise to the claim occurred, such that Defendants are subject to personal jurisdiction, and because Defendant Bursor & Fisher, P.A. ("Bursor & Fischer"), operates in multiple judicial districts and at all relevant times, operated an office in New York, New York, and Defendant Bursor was physically present in New York, New York during the time when a substantial part of the events or omissions giving rise to the claim occurred.

## PARTIES

8. Plaintiff Angelica Parker is a citizen of the State of New York.

9. Defendant Scott Bursor is currently a citizen of the State of Florida.

10. Defendant Bursor and Fisher is an unincorporated entity and, by virtue of being owned 100% by Bursor, is a citizen of Florida. At all relevant times, Defendant Bursor and Fisher operated a New York office located in New York, New York.

## I. THE PARTIES ENTER INTO A TUMULTUOUS RELATIONSHIP MARKED BY PHYSICAL, SEXUAL AND EMOTIONAL ABUSE

11. Ms. Parker met and began dating Bursor in October 2018. At the time, she lived in New York, New York, and he lived primarily in Miami, Florida. As such, the relationship was long distance and the two did not live or spend a considerable amount of time together.

12. While the relationship started off without incident, it was not long before the two began to fight. The fights would inevitably involve Bursor psychologically abusing Ms. Parker, and blaming her for his behavior, after which he would engage in grand demonstrations of

contrition. This pattern, which is precisely what leads to battered woman syndrome, a subcategory of post-traumatic stress disorder ("PTSD"), would repeat itself constantly on a near daily basis for years.

13. The toxicity of the relationship only increased as the two spent more time together in the second half of 2019.

14. For instance, on or about September 6, 2019, Bursor was admitted to the hospital for an illness that was determined to be [redacted]. Rather than taking personal responsibility for his actions (both cheating on Ms. Parker and getting a sexually transmitted disease ("STD"), Bursor tried to gaslight and blame Ms. Parker for giving him the STD. Ultimately, he ordered that Ms. Parker meet him at B&F's offices, where he verbally abused her and demanded that she get tested for [redacted] The test came back negative.

15. Throughout their relationship, Bursor would constantly play the "victim" as part of his pattern and practice of psychological abuse. By way of example, in October 2019, Bursor went off the rails when Ms. Parker told him that she would be visiting an ex-boyfriend of hers. He gaslit Ms. Parker in text messages, telling her that her innocuous behavior was "beyond embarrassing" and a "gut punch" that left him "devastated," "humiliated" and "crushed."

16. This was just the beginning of Bursor's psychotic obsession with and jealousy for Ms. Parker's male friends. As detailed below, this unhealthy obsession would run so deep that he is presently threatening to involve these men in this case and – in the words of Bursor himself – "take every dollar" that they have, despite knowing that they have nothing to do with this case, for the admitted purpose of hurting Ms. Parker.

17. Bursor continued to mistreat Ms. Parker and admitted in December 2019 that his behavior was not appropriate: "Yes. I want us to be together. I know my actions lately have not been consistent with that but it's how I feel."

18. On January 6, 2020, Bursor again admitted his misbehavior, writing: "I know I messed things up pretty bad . . . your friends must think I'm insane."

19. However, it was not long before Bursor began to abuse Ms. Parker again.

20. One text conversation in February 2020 is illustrative of the types of insults Bursor would use to manipulate Ms. Parker around this time period. Literally, within minutes of *Bursor* breaking up with Ms. Parker, he wrote to her, *inter alia*, "You obviously don't value our relationship so I don't really want to see you . . . You've been very difficult for months and I'm tired of it . . . I'll be in NY this week but I'm not going to try to see you. You make it too difficult . . . you've been treating me badly for a long time, avoiding me, and picking fights whenever I try to make plans with you. Then you accuse me of fighting. I'm not fighting you are. I'm just trying to be with you but you make it a fight."

21. When Ms. Parker told Bursor that she had a fever and headache, and did not want to fight that day, Bursor's controlling side came out: "**No I'll decide for myself when to do things. I'm tired of you telling me when to do things. Today is not the day. Blah blah blah. That's your go to move. Fuck that I'm tired of that too.**" This text foreshadowed the violence that was to come.

22. In March 2020, as COVID began to spread across the United States, Bursor visited Ms. Parker in New York.

23. On March 21, 2020, Bursor wanted to have sex with Ms. Parker, but she asked him to stop because she was having trouble breathing. Bursor got extremely angry and

aggressive. He sexually assaulted[3] Ms. Parker by grabbing her in the bed and trying to rip her pants off. She screamed and pushed him off, and the two then argued. During the argument, Bursor admitted that he was angry, and ultimately would leave Parker, because of the way she treated him – *i.e.*, that she would not allow him to sexually assault her and have sex with her against her will.

> PARKER: I couldn't breathe. I just needed a sip of water and you tried to rip my pants. I've never ever been. You just assaulted me. I said I can't breathe I cant breathe and you were pulling my pants, ripping them off of me.
>
> . . .
>
> BURSOR: Gel, the sex is not good and the reason is because of you. Because of what just happened.
>
> . . .
>
> BURSOR: Why did you fight me?
>
> PARKER: Why did I what?
>
> BURSOR: Why did you fight me?
>
> PARKER: Why did I fight you? Because I said I can't breathe and you just ferociously. I've never had a man put. . .
>
> BURSOR: Why couldn't you breathe?
>
> PARKER: I've never had a man to be like really honest. I've never had a man try to do that. It's almost like you saw a color. You saw like red, and you just tried to rip my pants off. You became so aggressive. I didn't even know who you were for a minute. And you scared me and I hit you.
>
> . . .
>
> BURSOR: You always have an excuse.
>
> . . .
>
> BURSOR: Tomorrow I'm going to leave, and I am going back to Florida, and you are never going to hear from me again.

---

[3] The Complaint described many instances of physical, psychological and sexual abuse. To be clear, the Complaint is <u>not</u> even remotely exhaustive. The accounts herein are merely examples of Bursor's unlawful behaviors over the years.

PARKER: Why?

BURSOR: Because of the way you treated me.

BURSOR: You've actually been really awful to me the whole time I've been here.

PARKER: I've been awful to you. Oh, please give me one example.

BURSOR: You won't let me have sex with you. We only have sex when you want . . . and it's not good for me.

24. Bursor continued, asking Ms. Parker why she would not let him rape her. He also admitted to physically abusing other women.

BURSOR: Why did you just fight me off?

PARKER: Because I couldn't breathe and I said let me get a sip of water.

BURSOR: Why couldn't you breathe.

PARKER: **You don't grab somebody like that.**

BURSOR: **That's what I do.**

PARKER: That's not how you handle a girl. That's aggressive.

BURSOR: **That's how I've handled many girls.**

25. Bursor ultimately stormed out of the apartment, only to return hours later, purportedly because he could not find a hotel to stay at due to COVID closures.

26. This event is also documented in text messages from that evening and the days that followed:

**Angelica Parker**
[March 22, 2020] 3:08 PM
You grabbing me like that then storming out that late and coming back that aggressive was very irrational.

27. Bursor later blamed Ms. Parker for his outrageous behavior and chastised her for: (i) not making him feel better; and (ii) not somehow stopping him from flying back to Miami (Bursor: "You should've made me feel better. You should've stopped me from leaving.").

28. As the relationship continued, Bursor's obsession with sex evolved and he began constantly demanding that Ms. Parker engage in threesomes. Every time Ms. Parker expressed that there was more to a relationship than sex and threesomes, Bursor would play the victim and attempt to manipulate Ms. Parker. A conversation from April 16, 2020 is illustrative:

> **Scott Bursor**
> [April 16, 2020] 1:33 AM
> We could be great together make each other happy. You've done [threesomes] before and i can't get over the fact that you won't with me.
> . . .
>
> **Scott Bursor**
> [April 16, 2020] 1:38 AM
> It's real I love you. But it's not reciprocated and **I can't accept** that I'm second or third or fourth or lower. That crushes me. You have a lot of bandwidth being occupied by other people. You've done so much for others that you refuse to me. If that's how it's gonna be then I can't.
> . . .
>
> **Scott Bursor**
> [April 16, 2020] 1:46 AM
> **I feel great about you except for one thing [*i.e.*, lack of threesomes].**
>
> **Angelica Parker**
> [April 16, 2020] 1:46 AM
> Exactly. Thank you for repeating that. It's just another reminder that how I'm feeling is accurate.
>
> **Scott Bursor**
> [April 16, 2020] 1:46 AM
> And you've known that for a long time and it's easily fixed.

29. In May 2020, Ms. Parker was planning to visit Bursor in Miami. At the time, she was very concerned about the coronavirus outbreak, and in particular about being stuck in an airport if her flight was delayed. When she expressed these concerns to Bursor, he became verbally abusive:

> **Scott Bursor**
> [May 5, 2020] 12:04 PM
> **Change your fucking tone right now.**
>
> **Scott Bursor**
> [May 5, 2020] 12:06 PM
> **And don't ever take that tone with me again. I won't tolerate it.**

30. During Ms. Parker's May 2020 trip to Miami, Bursor picked multiple fights with her about her ex-boyfriends and male friends.

31. Although the two had some pleasant days, the trip ended in disaster after an incident on May 21, 2020, during which Bursor – after consuming a number of painkillers – become infuriated and berated and cursed at Ms. Parker in front of a contractor who was working on apartment renovations.

32. Bursor even forced Ms. Parker to leave the apartment for literally no reason at all and wait outside in the sweltering heat for an hour. Once again, rather than take responsibility, Bursor gaslit Ms. Parker, writing things such as, *inter alia*, "[y]ou're going through some kind of breakdown . . . You are an unstable person. Extremely. I've tolerated it . . . [Y]ou've disrespected me too much. I won't stand for more . . . It's not me It's you."

33. Ms. Parker left the next day. As abusers do, Bursor apologized profusely and pathetically played the "sad" card: "I wish I hadn't done that . . . I think I handled this wrongly . . . I want you with me . . . I love you. I can barely breathe right now . . . I will be alone all weekend. I can guarantee that. I'm too distraught to think about anyone else right now . . . It

made me feel bad about myself . . . My ears are burning. Please don't trash me to your friends . . . I am sorry Gel I wish I had done better . . . I am hurting more than you may know . . . I'm so embarrassed . . . Gel this is a horrible misunderstanding and I know it's my fault . . . You have brought so much value to my life in so many ways . . . I am lost . . . You have to let me fix this . . . I will be lost without you for sure . . . You've changed me so much for the better . . . You have to know how important you are to me . . . I know I messed up this week and I know I can fix it and do better . . . I said that about you but it was how I feel about myself."

34. Most manipulatively of all, Bursor ultimately made Ms. Parker responsible for "fixing" his immature and narcissistic personality.

> **Scott Bursor**
> [May 22, 2020] 8:48 PM
> I've told you from the beginning you are going to have to be the bigger person and rise above these things because I know I'm not good at that.
>
> **Scott Bursor**
> [May 22, 2020] 8:55 PM
> So please help me.

35. It wasn't even 12 hours before Bursor was cursing at Ms. Parker again and blaming her for "provoke[ing] [him] on purpose."

36. In a roller coaster of events, Bursor was apologizing again 12 hours later.

37. Then, in June 2020, Bursor came to New York for a few weeks. While there, he performed the "grand gesture" of chartering a helicopter to fly himself, Ms. Parker and her friends to the Hamptons for her birthday.

38. But, only days after these "grand demonstrations of contrition," Bursor again began complaining that Ms. Parker was not giving him enough sex and flew back to Miami on July 5, 2020.

39. [Paragraph 39 is left intentionally blank]

40. [Paragraph 40 is left intentionally blank]

41. [Paragraph 41 is left intentionally blank]

42. One week after he returned to Miami, Bursor was again making sexual demands and indicating that he was unwilling to take Ms. Parker's "no" for an answer:

> **Scott Bursor**
> 9:08 PM
> **Stop rejecting me** and we'll be perfect.
>
> **Scott Bursor**
> 9:10 PM
> **Or if you Do reject me then come back within 12-24 hours and make me feel better by fucking me when you're ready.**

## II. BURSOR CONTINUES TO ABUSE MS. PARKER AND BECOMES FURIOUS WHEN SHE DOES NOT SUBMIT TO HIS SEXUAL DEMANDS

### A. Bursor Moves to New York City

43. In July 2020, Bursor decided that he wanted to try to "make a home" with Ms. Parker in the hopes that cohabitating would help advance their relationship.

44. To that end, Bursor and Ms. Parker entered into a three-month lease for a two-level apartment on the upper east side. Both Bursor and Ms. Parker were on the lease, and both had equal rights to reside in the apartment. As is relevant to this action, the entrance to the apartment was on the second level, and the master bedroom was on the first.

45. After months of unwelcome pressure, Ms. Parker reluctantly engaged in a threesome with Bursor shortly after he arrived in New York City. However, Bursor insisted on having threesomes every day for an entire week, which Ms. Parker rejected.

46. Then, in early August 2020, Ms. Parker began to feel extremely ill. She told Bursor that she did not feel well enough to have sex. As it turned out, the reason that she was ill was because Bursor had cheated on her and given her an STD.

47. Rather than demonstrate any concern for Ms. Parker, Bursor acted like he was the victim of Ms. Parker's illness because he could not have sex with her:

> **Angelica Parker**
> [August 6, 2020] 3:43 PM
> I'm finally feeling better today not that your asking but it was a very rough last few days for me.
> **Scott Bursor**
> [August 6, 2020] 3:44 PM
> Yeah **rough for me too.** I'm glad you're feeling better. 😘.

48. Bursor continued to be abusive in the days that followed, and admitted so on August 14, 2020: "I am really sorry. I get trapped by my feelings and **I go nuclear too soon** because I haven't found a lighter or intermediate way to deal with our issues."

49. Despite these admissions, Bursor once again became furious only one week later because Ms. Parker would not have threesomes with him:

> **Scott Bursor**
> [August 22, 2020] 1:36 PM
> This is not how I expected to be treated. I feel a lack of gratitude and lack of respect.
>
> **Scott Bursor**
> [August 22, 2020] 1:40 PM
> I've given you what you want but it's not working for me. I'm tired of the excuses.
> . . .
>
> **Angelica Parker**
> [August 22, 2020] 2:16 PM
> Sorry I was sick for 10 days from fucking you . . .
>
> **Angelica Parker**
> [August 22, 2020] 2:16 PM
> Wow what a miserable person you can be.

**Scott Bursor**
[August 22, 2020] 2:16 PM
Your fine now. Let's have a threesome this weekend it's a month overdue.

**Scott Bursor**
[August 22, 2020] 2:16 PM
And I shouldn't have to ask.

50. Later that evening, Bursor – who was high on "some cocaine and [ ] some perc"[4] – again started complaining about Ms. Parker's unwillingness to accede to his demands for sex and threesomes. In his own words, he was angry because: "**you take things away from me and you say no to me and you refuse me.**"

51. Bursor then expressed anger that the two had not slept together for 30 days. Ms. Parker reminded him that the reason for that was largely because Bursor had given her a sexually transmitted disease that sent her to the hospital, which infuriated Bursor.

PARKER: I know, I know, and then you take me to the medical hospital, and they have to do scans. They have to – like, and there's some – I know, I know, babe.

BURSOR: You know what? Not talking was a better idea.

PARKER: Yeah, I agree.

BURSOR: **Why don't you just shut the fuck up?**

PARKER: Yeah, I agree.

BURSOR: **It'd be better if you shut the fuck up.**

52. A couple of days later, Bursor became irrationally upset because: (i) he wanted to give Ms. Parker a hug before having sex, and she did not want to reciprocate; (ii) she wanted to

---

[4] Bursor was so high on oxycodone during the time he was living in New York City that a month earlier he thought that Parker had locked him out of the apartment using the deadbolt despite the fact that she was not home and the deadbolt locked only from the inside. In fact, Bursor was high on oxycodone for much of their relationship, including during most or all of the attacks described herein.

take a shower before having sex; and (iii) she would not give into his demand for threesomes. These texts illustrate Bursor's unwillingness to accept no for an answer. These messages also are another foreshadow to the sexual violence that would soon come.

> **Scott Bursor**
> [August 28, 2020] 2:35 AM
> We had a great night last night. Maybe the best ever. But at the end you couldn't even hug me in bed or show any warmth. I wanted to bang but you were so annoying with your coldness that I lost interest and just went to sleep. We talked about banging in the morning but then you annoyed me with all the talk about showers and rinsing and all your other hang ups I decided I wasn't even going to try. It's such a turn off.
>
> **Scott Bursor**
> [August 28, 2020] 2:40 AM
> I'm also tired of you shutting me down any time I want To discuss things that are bothering me. You say I'm miserable. I don't agree. You just refuse to take my feelings into account and I'm tired of that. You couldn't hug me in bed before we banged? Really? And now you ask if there's anything you can do to let you know. I let you know already. It wasn't a big ask.
>
> **Scott Bursor**
> [August 28, 2020] 2:41 AM
> Is there anything you can do? Yes I got us a party place and I expected party [*i.e.*, threesomes]. You brought the party one night on my birthday that's it. It's not enough.
> . . .
>
> **Scott Bursor**
> [August 28, 2020] 10:52 AM
> Oh and what's today, Aug 28. So that's 28 days since we had a threesome living in a party house I rented for you and me in NYC where you told me you'd bring the party.

53. In a completely preposterous turn of events and further manipulation, just days after complaining that *Ms. Parker* was not sexual enough, Bursor angrily blamed her because *he* ejaculated too quickly during one sexual encounter. Bursor even berated Ms. Parker because she did not kiss him, made him wait too long for sex and was "awful" in bed.

54. On September 5, 2020, in keeping with his abusive, "never take no for an answer," behavior, Bursor freaked out when Ms. Parker did not rush to have sex with him when he woke up "so horny" and demanded sex.

> **Scott Bursor**
> [September 5, 2020] 12:57 PM
> I just woke up so horny.
>
> **Scott Bursor**
> [September 5, 2020] 1:02 PM
> Bring toys let's make it fun.
>
> **Angelica Parker**
> [September 5, 2020] 1:06 PM
> I'm about to leave I have a mani and pedi apt now. I didn't particularly wake up horny today. It's super awkward like last time In the daytime with you so it will be a while before I'm ready to try that again.
>
> **Scott Bursor**
> [September 5, 2020] 1:23 PM
> Disliked "I'm about to leave I have a mani and pedi apt now. I didn't particularly wake up horny today. It's super awkward like last time In the daytime with you so it will be a while before I'm ready to try that again."
>
> **Scott Bursor**
> [September 5, 2020] 1:23 PM
> Consider your own feelings only and not mine. This is not fun for me.
> . . .
>
> **Scott Bursor**
> [September 5, 2020] 1:24 PM
> It's only awkward when you make it that way.
>
> **Scott Bursor**
> [September 5, 2020] 1:24 PM
> **You're answer should've been "yes please". That's fun.** That's how you responded to another.

55. Even after Ms. Parker had clearly said no, Bursor continued to be abusive and manipulative, blaming Ms. Parker for his bad behavior and unhappiness and continuing to demand sex.

> **Scott Bursor**
> [September 5, 2020] 1:30 PM
> I need to fuck you now and I'm bored.
> **Scott Bursor**
> [September 5, 2020] 1:34 PM
> **I woke up and said something fun and positive. You shot it down now I feel like shit.** Thanks.
>
> **Scott Bursor**
> [September 5, 2020] 1:42 PM
> **Fix it today.** And make it fun please.
>
> **Scott Bursor**
> [September 5, 2020] 1:43 PM
> **And don't leave me in suspense because that will ruin another day for me.** And this is the last day I'll let you ruin like this.
> . . .
>
> **Angelica Parker**
> 1:53 PM
> So annoying you are
>
> **Scott Bursor**
> 1:54 PM
> **Don't fucking say that again**
>
> **Scott Bursor**
> 1:54 PM
> **You're fucking selfish and I'm tired of it.**
> . . .
>
> **Scott Bursor**
> 3:40 PM
> I am still in bed I am paralyzed over this. **You have to help me right away.**
>
> **Scott Bursor**
> 3:42 PM
> **We should fuck nonstop for the next day** just how you like it . . .

56. Hours later, acting as if nothing was wrong (another form of gaslighting), Bursor invited Ms. Parker to go with him to dinner or to a massage. Ms. Parker responded, "I am not feeling good and you acting like nothing is wrong is even weirder for me when you made me feel like this." Later that night Bursor got her flowers to apologize for his behavior. The next day, in a totally absurd text message, Bursor wrote, "I haven't fought with you for days . . . ."

57. Apparently Bursor did not view his demands for sex in the face of "no" as problematic after all.

**B. <u>Bursor Attacks Ms. Parker When She Refuses to Have Sex With Him</u>**

58. On September 10, 2020, Bursor and Ms. Parker went to the Hamptons to her friend RB's house.

59. That evening, Ms. Parker was with Bursor, her two girlfriends and RB. At some point, Ms. Parker stated, in sum and substance, that she could be "fun" when she was not being forced; i.e., that if Bursor stopping trying to force her to have sex she would be more relaxed.

60. Bursor became extremely angry, and even more angry when Ms. Parker would not have sex with him that evening. To placate Bursor, Ms. Parker did tell him that the two could have sex the next day.

61. The next afternoon, Bursor asked Ms. Parker to come to their room and demanded that she have sex with him. However, Ms. Parker had unexpectedly gotten her period in the meantime and did not want to have sex with Bursor.

62. Bursor lost it and told Ms. Parker that the two of them were not leaving the guest bedroom until they had sex. He also pinned her down by her arms, causing pain, and attempted to rape her. Ms. Parker had to physically push him off of her by shoving a tampon into his face so that he would relent.

63. Bursor left the room and made a scene, telling all of the guests that Ms. Parker resisted sex and "hit him in the face with a tampon," after which he stormed out of the house and back to New York City. This sexual assault was documented in an April 11, 2021 text exchange.

> **Scott Bursor**
> [April 11, 2021] 1:23 PM
> Yeah after the tampon in my face it was hard to care too much
>
> **Angelica Parker**
> [April 11, 2021] 1:23 PM
> You were forcing me to have sex when I did not feel good I was in severe pain and since you couldn't listen to me I had to show you

64. Bursor did not even deny his conduct.

## III. <u>BURSOR RAPES MS. PARKER AFTER SHE REFUSES TO HAVE SEX</u>

### A. <u>The Rape</u>

65. On September 19, 2020, Bursor once again began fighting with Ms. Parker because she did not have sex with him as much as he would like. Incredibly, rather than acknowledging that it is inappropriate to pressure a woman to have sex against her will, Bursor took issue with the fact that Ms. Parker told a friend about his inappropriate behavior.

> BURSOR: You told me that you're telling Kate that I'm pressuring you to have sex, which looks really bad.
>
> PARKER: No, I just explained to her what our sex life…. like I spoke to her, listen, I spoke to her for like five minutes.
>
> BURSOR: She's like, oh, yeah, by the way, I don't fuck him and he gets upset and pressures me for sex.
>
> . . .
>
> BURSOR: I'm in a very low place right now, honestly.
>
> . . .
>
> BURSOR: I think there's no reason we should not be fucking every night.
>
> . . .

BURSOR: I could be happy all the time if you'd just fuck me when I want to fuck.

66. Later in the conversation, Bursor started complaining about the fact that Ms. Parker would not have sex with him at RB's home.

BURSOR: Okay, but then why not fuck me?

PARKER: Because you were just so turn… you were just not attractive. You make yourself… you're right.

BURSOR: You ruined my night. You ruined my night.

67. The following evening, Bursor continued to escalate the fight and repeatedly demanded that Ms. Parker engage in sexual relations with him. When she refused, he went ballistic:

BURSOR: **Get the fuck out.**

PARKER: No, you're going to throw my shit out?

BURSOR: Because I don't do anything to turn you on.

PARKER: So you're going to throw my shit out?

BURSOR: Yeah, **I'm not living with you if we don't have sex.**

68. As quickly as he decided he was going to kick her out of the apartment – an apartment in which she had equal rights to stay – Bursor switched course and decided that he was not going to take no for an answer when it came to sex that night. Relatedly, he began to demand that Ms. Parker hand over to him a Viagra:

BURSOR: Yeah, I want to fuck.

PARKER: Yeah.

BURSOR: Can I have the pill please?

PARKER: I thought we're moving out? I'm so confused.

BURSOR: Let's fuck and have a good day tomorrow

. . .

BURSOR: **. . . we're gonna fuck tonight as much as I want** and then tomorrow morning when I wake up we're gonna fuck before we go to Chanel.

PARKER: As much as you want. No, it's okay, let's not go to Chanel then.

. . .

BURSOR: Give me the pill…

. . .

PARKER: Like no, you're freaking me out.

. . .

PARKER: Like you're totally freaking me out…

. . .

BURSOR: We gotta do this, Gel. We gotta do this.

PARKER: You are something else.

BURSOR: **I'm just telling you we have to do it.**

. . .

PARKER: You're really-- Scott, you're really making me nervous. You're acting really, really strange tonight.

BURSOR: All right, well, let's turn it into a positive.

PARKER: Scott, you're acting really strange tonight.

BURSOR: Let's turn it into a positive.

PARKER: You're scaring me a bit.

BURSOR: You're scaring me.

PARKER: No, no, no, I'm acting normal, I'm very sober, you're acting very erratic.

BURSOR: **Just give me the pill.**

. . .

PARKER: You just went from throwing my shit out to fucking

BURSOR: Nah, I take that back.

PARKER: Scott, that was two minutes ago. You're fucking really scaring me.

BURSOR: Can we please just get this [sex] done?

PARKER: Scott, you're really freaking me out.

BURSOR: **Let's just get it [sex] done.**

. . .

BURSOR: That's why **I want a pill.**

. . .

BURSOR: Come on, let's-- **give me the pill please.**

69. Midway through Bursor's meltdown he began to try to force Ms. Parker to do cocaine. Mr. Parker refused and continued to plead with Bursor to calm down, but he only double down on his demand that they have sex.

BURSOR: Come here, do a line.

PARKER: Scott, Scott, you're making me-- seriously, friend to friend.

BURSOR: I made these lines for you.

PARKER: Look at me, friend to friend, seriously you're acting-- look at me, you really shouldn't, just you're acting crazy. I'm telling you—

BURSOR: Let's do a line.

PARKER: No, you're acting crazy, Scott.

BURSOR: No, no, let's do a line.

PARKER: Scott!

BURSOR: Let's do a line.

PARKER: Scott, this isn't you. Look at yourself right now, you're acting crazy.

BURSOR: This isn't you either. Let's—

PARKER: Scott, you're acting crazy.

BURSOR: **Gel, I need this [sex].**

PARKER: Scott, you're acting delusional right now.

BURSOR: **We need to do this.**

PARKER: No.
BURSOR: **We need to do this.**

PARKER: **No, I don't need anything.**

BURSOR: **We need to do this.**

PARKER: **I don't need anything.**

BURSOR: **We need to do it.**

70. Ms. Parker repeatedly made clear that she did not want to have sex with Bursor, and that to the extent she capitulated to his manic demands it would not be consensual.

71. Bursor did not care and continued to demand that Ms. Parker have sex against her will.

72. He also continued cursing at her and demanding that she provide him with Viagra.

73. Fearful for her safety, Parker gave Bursor the Viagra and said that she would have sex with him, but that she needed 30 minutes away from him first.

74. However, at the same time, she made explicitly clear that she did not want to have sex with Bursor and that he needed to get away from her.

75. Rather than respecting her wishes, Bursor began counting down the 30 minutes.

76. At the time, the two of them were on the second level of the apartment, and he was demanding that she meeting him downstairs in the master bedroom.

> PARKER: Because I don't want to go downstairs. **I don't want to be naked, I'm forcing myself to do this.**
>
> BURSOR: **Please stop turning me off.**
>
> PARKER: And I'm gonna have a negative—
>
> BURSOR: Stop turning me off.
>
> PARKER: …backlash, I'm telling you right now—
> . . .
>
> BURSOR: **Can I have this?**
>
> PARKER: **No.**
>
> BURSOR: **Let's just be positive. Let's be positive.**
>
> PARKER: **I don't want to be positive with you.**
>
> BURSOR: **Well, that's a problem.**
>
> PARKER: No. I-- you're just so weird, you're freaking--
>
> BURSOR: **That's a problem.**
>
> PARKER: You're honestly freaking me out.
> . . .
>
> BURSOR: **But I want the pill so that it kicks in…**
> . . .
>
> BURSOR: **Give me the pill, please.**
>
> PARKER: Scott, this is-- you are acting so crazy, Scott. Look at me, you're acting crazy right now.
>
> BURSOR: **Please give me the fucking pill.**
>
> PARKER: **You're scaring me.**
>
> BURSOR: Please.

PARKER: **I will give you it. You're acting like a crackhead.**

BURSOR: **Please give it to me now.** Please stop teasing me with it.

PARKER: I'm not teasing you, Scott, with any pill.

BURSOR: **Can I have it please?**

PARKER: Can I-- I'm telling you right now, I'm not going near you for 30 minutes, so.

BURSOR: Thirty minutes is fine, just give me the pill.

PARKER: **Get the fuck away from me, honestly.**

BURSOR: **See you in 30 minutes.**

PARKER: **Seriously, you disgust me.**

BURSOR: **I'm gonna see you in 30 minutes, Gel.**

. . .

BURSOR: Please, do whatever you need to do to get ready.

PARKER: I need to get as far away from you as possible, that's for sure.

BURSOR: **Thirty minutes. In the next 30 minutes we're gonna go downstairs.**

77. Terrified for her physical safety, Ms. Parker told Bursor that she would have sex, against her will, one time. That set him off again, and he made clear that he would not respect any limitations on Ms. Parker's consent. That led Ms. Parker to again state that she would not have sex with Bursor, but he would not take no for an answer.

BURSOR: … In 30 minutes we're gonna be naked downstairs.

PARKER: Yeah, I don't need-- just go. Please, go far away from me.

BURSOR: Gel, in 30 minutes we're gonna be—

PARKER: You're cumming once, and I swear to god, mark my fucking words on my dog and my life—

BURSOR: **No, I'm gonna cum as much as I want.**

PARKER: Really? No, you're not. Then go get yourself off, have a good night. Fuck you. You're gonna come as much as you want?

BURSOR: Yeah.

PARKER: No, you're not.

BURSOR: **You're not putting limits on me.**

. . .

PARKER ...**Honestly I'm not gonna come downstairs,** you should just do it yourself. Honestly, I can't do this anymore. I'm so miserable with you. I'm sorry, baby.

BURSOR: **Gel, in half an hour we're gonna be downstairs naked.**

. . .

BURSOR: **Gel, 25 minutes and we're gonna be downstairs naked, so-**

. . .

BURSOR: **We're gonna fuck in 20 minutes-**

. . .

BURSOR: **We're gonna be downstairs fucking in 20 minutes.**

. . .

SCOTT: **We're gonna go downstairs and fuck in 20 minutes**

78. Bursor proceeded to ratchet up his outrageous behavior by threatening to illegally kick Ms. Parker out of their apartment – at midnight – if she continued to refuse to have sex with him.

BURSOR: If we're not-- **you're not downstairs in 20 minutes—**

PARKER: Save the word. Save it, I got it.

BURSOR: **You're leaving.**
. . .

BURSOR: **I'm not gonna let you sleep.** You're gonna go sleep at the studio.[[5]]

PARKER: All my stuff is here.

BURSOR: **If we are not fucking, you're gonna sleep at the studio.**

79. Ms. Parker made her way from the apartment's living room to one of the guest bedrooms. Ms. Parker pleaded with Bursor to simply let her go to sleep, at which point he followed her into the guest bedroom and as he threatened to rape her.

BURSOR: **Then you're gonna need to leave or <u>I'm gonna fucking rape you.</u>**

PARKER: **You're not going to rape me.**

BURSOR: **You wanna bet?**
. . .

PARKER: You're acting psychotic. If I was you I would chill.

BURSOR: **If we don't fuck, I'm gonna give you fifteen minutes.**

PARKER: Scott, you think I'm gonna fuck you when you just told me you're going to rape me?

BURSOR: If you-- I'm gonna give you 15 minutes.

PARKER: You're acting—

BURSOR: I'm gonna give you 15 minutes.

PARKER: Do you just realize-- do you realize you just said—

BURSOR: **In 15 minutes you're going to be downstairs naked or you're gonna be outta here**
. . .

[5] Bursor was threatening to force Ms. Parker to leave their apartment in the middle of night and spend the night elsewhere. The studio was Ms. Parker's New York City apartment.

PARKER: You can't-- okay, well, then call the police. I'm going to bed, I'm not bothering anyone. You're the one acting crazy and irrational and psycho.

BURSOR: **<u>In 15 minutes I'm coming in for the sex.</u>**

. . .

BURSOR: **I'm telling you, in 15 minutes I'm coming in here and we're gonna fuck** or you're gonna leave.

. . .

BURSOR: **<u>If you're in this apartment, I'm going to fuck you.</u>**

80. Ms. Parker again said no, and Bursor began throwing things around the room (this can be heard on the audio recording).

81. Ms. Parker again told Bursor to calm down and leave her be, and he responded by trying to physically remove Ms. Parker and her dog from the apartment. In the process, he slammed her against the bedroom door.

PARKER: You're not going to be bothered by me. Go to your own bedroom, I'll stay in my bedroom and that's it.

BURSOR: No.

PARKER: That's it.

BURSOR: No.

PARKER: Okay. Well, then sit here and watch me sleep. Sorry, baby. I'm sorry. Get the fuck off of me. Scott, you're touching my dog!

BURSOR: Just leave.

PARKER: Everything is recorded.

BURSOR: You can go.

PARKER: So don't fucking put your hands on me, get the fuck away from me.

82. At this point, Ms. Parker took out her phone to call the police.

83. Bursor went into a fit of rage, grabbed her phone and threw it out of the room and into the hallway.

84. Bursor then proceeded to shove Ms. Parker against the side of the bed, grab her wrists, use his body to push her back against the bed and pin her arms behind her head.

85. From that position he sexually assaulted Ms. Parker and, for a few moments, penetrated her before she was able to kick him off of her.

> BURSOR: **You're not making any fucking phone calls in this apartment!**
>
> PARKER: **Scott, what's wrong with you right now!? How are you doing this right now? Scott! You're hitting me!**
>
> BURSOR: I'm not hitting you.
>
> PARKER: **You're hitting me! You're hitting me! You're hitting me! You're fucking hitting me! Call the police! Call the police right now, Scott! Calling the fucking police on you! I'm gonna fucking get my fucking phone, call the fucking police on you. You hit me!**
>
> BURSOR: You're gonna get your—
>
> PARKER: **You're hitting me! Go ahead, make a scene, I want the neighbors to hear! Call the police! Call the police! Call the fucking police!**

86. After Ms. Parker was able to successfully distance herself from Bursor, she continued to attempt to call the police. Meanwhile, Bursor told Ms. Parker to get her phone and that he was going to lock her out.

> BURSOR: Go get your phone.
>
> PARKER: No, fuck you, I have a watch. I'll call the police on my watch. You put your hands on me!?...
>
> BURSOR: Your phone is in the hallway.
>
> PARKER: **I can't believe you put your hands on me.**

BURSOR: Your phone's in the hallway.

PARKER: I can't believe you put your hands on me…
. . .

BURSOR: Go get your phone and I'm gonna lock you out.
. . .

PARKER: You just physically attacked me.

BURSOR: Get out.
. . .

PARKER: The fact that you put your hands on me, we are done. We've never been more done than we are now.

BURSOR: **Get the fuck out.**
. . .

BURSOR: **Fucking leave**

87. Ultimately, it was Bursor who ended up storming out of the apartment.

88. At that point, Ms. Parker called 911. Three police officers arrived at the apartment. Ms. Parker relayed to them what had happened. While she was doing that, Bursor came back to the apartment, at which point Ms. Parker played the audio recording of the physical and sexual assault for the police.

89. The police were prepared to arrest Bursor and asked Ms. Parker what she wanted.

90. As is common among victims of domestic physical and sexual abuse, Ms. Parker ultimately asked the officers not to arrest Bursor. Instead, she asked that the officers direct Bursor to calm down and stay on a different floor of the apartment than Ms. Parker for the rest of the night.

91. Ms. Parker filled out a police report. While she did not use the word "rape," her account to the police is consistent with the allegations herein.



Suspect Name (Last, First, M.I)
Bursor, Scott

I, Angelica Parker (Victim/Deponent Name) state that on 9/20/20 (Date)
at 167 east 61st Apt, 19D (Location of incident) in the County/City/Town/Village NYC
of the State of New York, the following did occur: Scott pressured me
to go to be with him downstairs. Once I resisted
he proceeded to threaten me then when I walked
away he grabbed me and pushed against the door.
I was scared and kept my phone on record. He followed
me into the other bedroom and threatened 3x to
rape me if i dont have sex with him. I kept pushing
him off of me he pinned me down and when I
got him off he grabbed my puppy. He cut my arms
and held me down but Once I threatened to call
police and told him I was scared and made
sure to record him he let me and my dog go
and left the apartment.

92. She also sent the following text messages to her friend during the attack:




93. Ms. Parker took many other photos and videos of her injuries from that evening. The below photographs are only a few of many that document her injuries.





B. **The Immediate Aftermath of the Rape**

94. Over the course of the following hours and days, Bursor acknowledged his misconduct and began demanding that Ms. Parker delete the recordings she made. In fact, starting just minutes after the police left, and continuing for hours, Bursor sent the following text messages to Ms. Parker:

**Scott Bursor**
[Sept. 20, 2020] 2:49 AM
I'm ashamed and I'm sorry.
. . .

**Scott Bursor**
[Sept. 20, 2020] 2:51 AM
I didn't want to end on a bad not[e]. I made a mistake and I'm sorry.

**Scott Bursor**
[Sept. 20, 2020] 2:53 AM
Please delete the recording you made.
. . .

**Scott Bursor**
[Sept. 20, 2020] 6:00 AM
Please just delete that recording.
. . .

**Angelica Parker**
[Sept. 20, 2020] 7:17 PM
Do you not feel the least bit bad for your behavior last night.

**Scott Bursor**
[Sept. 20, 2020] 7:17 PM
I'm sorry.

**Scott Bursor**
[Sept. 20, 2020] 7:17 PM
Yes I feel bad.

95. Ms. Parker partially confided in other friends in the days that followed:




96. Meanwhile, within only one day, Bursor began to gaslight Ms. Parker, blame her for his psychotic behavior and insist that she move out of the apartment.

97. He also berated her for recording his attack, demanded that Ms. Parker provide him with her copy of the police report and continued to instruct her to delete the recordings that she made.

98. Fully aware of the gravity of Bursor's illegal conduct, Ms. Parker preserved the recordings and police report.

99. Incredibly, mere days after he raped Ms. Parker, and in furtherance of his efforts to gaslight her, Bursor began to demand apologies, sex, cocaine and Viagra. Ms. Parker refused. The following texts are from the early morning of September 25, 2020:

**Scott Bursor**
[Sept. 25, 2020] 2:12 AM
**If you want to help just say sorry, I'll do it different next time, bring me coke and viagra, and let's have fun.**

**Scott Bursor**
[Sept. 25, 2020] 2:12 AM
You'll see that changes my mood real fast.

**Angelica Parker**
[Sept. 25, 2020] 2:12 AM
No . . .

100. Bursor's abuse only got worse as the days went on. He continued to complain that Ms. Parker would not have as much sex as he wanted, and resorted to gratuitously putting down her intelligence, including, on September 29, 2020, texting the following: "**Sorry babe but you're dumb as fuck.**"

101. Bursor also continued to manipulate Ms. Parker, repeatedly telling her that she was treating him "like shit" and had "hurt him badly," and that "no one has ever treated me this way." He added that the collapse of their relationship was the result of her refusal to satiate his sexual demands.

102. Around this time, Bursor also started complaining that Ms. Parker treated him "second class" because she would not consent to his sexual abuse. This would become a theme for years to come.

103. These are all classic narcissistic and abusive behaviors.

104. They are also completely pathetic.

105. Bursor flew back to Miami on October 3, 2020.

## IV. BURSOR CONTINUES TO ABUSE MS. PARKER AND HAS HER FALSELY ARRESTED AND BAILED OUT BY HIS LAW PARTNER, SARAH WESTCOTT

106. Bursor and Ms. Parker spent the following two months communicating frequently over text message. As it was throughout the relevant time period, the texts were toxic, with both parties oscillating between professions of eternal love and demands that the other never speak to them again.

107. Finally, in December 2020, Ms. Parker was convinced to visit Mr. Bursor in Brickell. However, shortly after her flight took off, Bursor began pressuring Ms. Parker for immediate sex, and then became angry when she was less than enthusiastic.

**Scott Bursor**
[December 6, 2020] 2:00 PM
Let's start strong. I'm going to greet you with enthusiasm! 🤠

**Angelica Parker**
[December 6, 2020] 2:01 PM
Ok I want to get there shower and unpack a bit before dinner though.
My stuff is exploding out of the suitcase.

**Scott Bursor**
[December 6, 2020] 2:01 PM
That's fine.

**Scott Bursor**
[December 6, 2020] 2:02 PM
We've been apart a long time. I'd expect us both to be eager.

**Angelica Parker**
[December 6, 2020] 2:03 PM
😒

**Scott Bursor**
[December 6, 2020] 2:04 PM
I'm staying enthusiastic.

**Scott Bursor**
[December 6, 2020] 2:04 PM
We are not going to fall into old patterns.

**Scott Bursor**
[December 6, 2020] 2:05 PM
It's going to be better. Right away. And stay good..

**Angelica Parker**
[December 6, 2020]:05 PM
Can i get there first?

**Angelica Parker**
[December 6, 2020] 2:05 PM
Lol.

. . .

**Angelica Parker**
[December 6, 2020] 2:06 PM
That's insane amount of pressure.

**Angelica Parker**
[December 6, 2020] 2:06 PM
You said tou we're going to be calmer w sex w me and meet me in the middle.

**Scott Bursor**
[December 6, 2020] 2:07 PM
Recalibrate and try again this is [turning] me off.

**Angelica Parker**
[December 6, 2020] 2:07 PM
Telling me the second I walk in the door to drop my pants after a flight is pretty bad.

**Scott Bursor**
[December 6, 2020] 2:07 PM
Find a better way to express some enthusiasm.
. . .

**Scott Bursor**
[December 6, 2020] 2:09 PM
Do you think you could say something more positive like.

**Scott Bursor**
[December 6, 2020] 2:09 PM
I'm going to shower then fight you hard like I haven't had it for months.

**Angelica Parker**
[December 6, 2020] 2:09 PM
How about not dropping sexual demands on me before I get half way there.

**Scott Bursor**
[December 6, 2020] 2:09 PM
Fuck you hard.

**Scott Bursor**
[December 6, 2020] 2:10 PM
The fact that you see it as a demand is not good.

. . .

**Scott Bursor**
[December 6, 2020] 2:13 PM
You should've said something flirty and sexy.

**Scott Bursor**
[December 6, 2020] 2:13 PM
**Not put up resistance.**

**Angelica Parker**
[December 6, 2020] 2:13 PM
No cause I don't want to get attacked before I take a shower and even see the apt.
. . .

**Scott Bursor**
[December 6, 2020] 2:16 PM
**Fuck this now I'm angry.**

**Scott Bursor**
[December 6, 2020] 2:16 PM
**Fuck you.**
…

**Scott Bursor**
[December 6, 2020] 2:34 PM
**Resistance is not ok** when we've been apart so long.

**Scott Bursor**
[December 6, 2020] 2:34 PM
Say shower and then something sexy. You just shut it down like a cold **bitch.**

108. Bursor's tirade was a prelude to his behavior over the course of the next seven weeks, during which he constantly demanded sex and would become angry with Ms. Parker if she refused.

109. On Tuesday, January 26, 2021, Bursor again began complaining about Ms. Parker's refusal to engage in sex parties with him, and again made clear that he would not take

no for an answer: "It's a simple thing I asked. For you to even hesitate is unacceptable. You have to change that or I'll never be ok."

110. That evening, Bursor also physically attacked Ms. Parker by hurling a water bottle at her as he screamed at her to leave his room.

111. The next day, Bursor told Ms. Parker that if she would not have a sex party with him, she would have to leave his apartment.

> **Scott Bursor**
> [January 27, 2021] 11:45 AM
> The only acceptable answer is yes. If that's not the answer you are no longer welcome.

112. When Ms. Parker did not leave quickly enough for Bursor, he resorted to self-help, shut off the power and electricity in the apartment and attempted to physically evict her. Ms. Parker called the police in response to Bursor's assault.

113. Ultimately, however, Bursor had Ms. Parker falsely arrested after claiming that she battered him.

114. As Bursor would later admit, while Ms. Parker spent the evening of January 27, 2021 in jail, Bursor spent it having sex with another woman.

115. Obviously recognizing the egregiously unlawful nature of his conduct, Bursor ultimately had his own law partner, Sarah Westcott, bail Ms. Parker out of jail and represent her in a court proceeding. Ms. Westcott then brought Ms. Parker to a hotel to stay in.

116. Literally within days of having Ms. Parker falsely arrested, Bursor began to engage in manipulation yet again: "Honestly I am distraught over losing you . . . I know you're hurt. That doesn't change the fact that I'm hurt too. Do you have any compassion for me?" A week later Bursor sent Ms. Parker flowers and wine as a gift, and wrote to her: "in my heart I don't think we are done."

117. In the weeks and months that followed, Bursor sent Ms. Parker a number of romantic messages, promised that he was a "changed man" because of losing her, and admitted, "I def know some things I did very wrong." He also began playing the victim. One illustrative message chain from March 14, 2021 reads as follows:

**Scott Bursor**
[March 14, 2021] 8:13 PM
I don't feel like I left you. I feel I lost you.

**Angelica Parker**
[March 14, 2021] 8:13 PM
I'm glad you've found a solid way to grieve

**Scott Bursor**
[March 14, 2021] 8:13 PM
Or never had you.

**Angelica Parker**
[March 14, 2021] 8:14 PM
Your so weird . Idk what your saying anymore

**Angelica Parker**
[March 14, 2021] 8:14 PM
You ruined me

**Angelica Parker**
[March 14, 2021] 8:14 PM
You hurt me

**Angelica Parker**
[March 14, 2021] 8:14 PM
You put me away you kicked me out

**Angelica Parker**
[March 14, 2021] 8:14 PM
You spoke harshly to me

**Angelica Parker**
[March 14, 2021] 8:14 PM
You weren't supporting me

**Angelica Parker**
[March 14, 2021] 8:14 PM
What are you talking about?

**Scott Bursor**
[March 14, 2021] 8:15 PM
Yeah I made many mistakes.

**Angelica Parker**
[March 14, 2021] 8:15 PM
You still think your the victim?

**Angelica Parker**
[March 14, 2021] 8:15 PM
Wow

**Scott Bursor**
[March 14, 2021] 8:15 PM
And because of those mistakes I lost you.

**Angelica Parker**
[March 14, 2021] 8:15 PM
I see what your doing

**Angelica Parker**
[March 14, 2021] 8:15 PM
Your gross

**Scott Bursor**
[March 14, 2021] 8:15 PM
And you are right about a lot of those things.

118. In June 2021, Ms. Parker had to travel to Florida for a medical procedure. When she arrived at her hotel on June 3, 2021, the room was filled with thousands of dollars' worth of flowers that Bursor purchased her as a *mea culpa* for all of his prior unlawful and abusive conduct.

119. Shortly thereafter, Bursor visited New York City in mid-June 2021.

120. After seeing each other the day before, on June 16, 2021, Bursor and Ms. Parker met for dinner at Nello. During the dinner, Bursor told Ms. Parker that he would be renting a house in Watermill, New York, for the summer.

121. This was quite creepy, as Bursor knew that Ms. Parker would be spending most of the summer in Watermill, New York, at a friend's home.

122. Bursor invited Ms. Parker to stay with him for the summer and work to reconcile their relationship.

123. Ms. Parker told him that she did not want to reconcile because Bursor was living with another woman at the time.

124. Bursor became so angry, loud and disruptive that he was asked by the restaurant's manager to leave, which left Ms. Parker alone, on her birthday, as the waitstaff brought a cake out to her table.

125. For the next two months, Bursor repeatedly and abusively (*via* threats, vitriol, swearing, manipulation and gaslighting) tried to get Ms. Parker to see him and get back together with him. Ms. Parker was persuaded once, on July 13, 2021, to meet Bursor. The meeting, which was at Nello, lasted approximately an hour before Bursor once again lost his mind because Ms. Parker did not want to reconcile with him.

## V. BURSOR BATTERS MS. PARKER ON AUGUST 30, 2021, AND THEN GIVES HER ANOTHER STD

126. Throughout August 2021, Bursor continually pressured Ms. Parker to meet up with him to try, once again, to reconcile. Finally, towards the end of August 2021, Ms. Parker agreed to meet with him. Ultimately, she agreed to move into his Watermill home to try to reconcile.

127. However, only a few days after she moved into the home, Bursor once again assaulted and battered Ms. Parker.

128. Specifically, throughout the evening of August 29, 2021, Bursor was withdrawing as a result of having taken significant amounts of painkillers and cocaine earlier in the day. He was late for dinner that evening, did not want to eat, and could barely stay awake. He also was extremely agitated.

129. That evening, for these reasons and others, Ms. Parker was sleeping in a separate room.

130. Bursor *via* text message, asked her to come into his room over and over again. In the early morning hours of August 30, 2021, Ms. Parker finally gave in, and went to see Bursor.

131. When Ms. Parker arrived at Bursor's room, it was very dark. Ms. Parker walked over to Bursor's bed. As she came close, Bursor lunged forward and backhanded her across the face, twice. This was incredibly painful and almost knocked Ms. Parker to the ground.

132. Ms. Parker fled out of the room, and this battery was memorialized in texts immediately and in the days that followed, both to Bursor and one of Ms. Parker's friends. Texts to Bursor include, *inter alia*: " . . . I wasn't the person who slept all day and night, and then the person who slapped me In the dark . . . ," " . . . you'll never disrespect me using your hands again . . . ," ". . . Forget everything def leaving Tom and never staying w you again after how you hit me tonight . . . ," "Hitting a girl like that so unexpected and cruel an[d] in the dark . . . ," "That's the last time you ever slap me or hit me on my face that's for fucking sure."

133. A couple of weeks after he physically assaulted Ms. Parker, Bursor went into another drug induced rage, in front of guests, because Ms. Parker turned the music on during a dinner party.

134. The next day, one of the guests helped Ms. Parker pack her belongings and leave the Watermill house.

135. Around the same time, Ms. Parker began to feel ill and, shortly thereafter, learned that Bursor had given her another STD.

## VI. BURSOR CONVINCES MS. PARKER TO GIVE HIM ANOTHER CHANCE, PROCEDES TO ASSAULT MS. PARKER AND HER FRIENDS

136. As was often the case, the ensuing weeks involved hundreds of vitriolic and toxic text messages. In October 2021, Bursor flew from Brickell to New York City, alone, to try to convince Ms. Parker to reconcile. When she refused to meet with him, he once again began to play to her emotions.

> **Scott Bursor**
> [October 12, 2021] 5:33 AM
> So I took a full bar a zan and I haven’t slept one minute.
>
> **Scott Bursor**
> [October 12, 2021] 5:34 AM
> This has never happened in 3 years.
> **Scott Bursor**
> [October 12, 2021] 5:35 AM
> Maybe I fucked up and it can’t be fixed.
>
> **Scott Bursor**
> [October 12, 2021] 5:36 AM
> Or maybe this is just really the end. 🤷🏻‍♂️
>
> **Scott Bursor**
> [October 12, 2021] 5:37 AM
> I didn’t expect this.
>
> **Scott Bursor**
> [October 12, 2021] 5:40 AM
> I wish you were flying with me [back to Brickell] today.
>
> **Scott Bursor**
> [October 12, 2021] 6:29 AM
> I’m stubborn.
> **Scott Bursor**

[October 12, 2021] 6:29 AM
It's a character flaw.

**Scott Bursor**
[October 12, 2021] 6:29 AM
I'm
Working on it

137. In almost the same breath, Bursor lamented the fact that Ms. Parker treated him as "second class." A couple weeks later he was calling her a "stupid cunt." As per usual, Bursor's main (and repeated) complaint during this time period was that Ms. Parker would not engage in threesomes with him.

138. Ultimately, Ms. Parker went back to Bursor and they engaged in an on and off relationship between November 2021 and May 2022. During this time, there were showings of great affection, as well as violence and abuse.

### A. <u>Attack on Ms. Parker in the Presence of Ms. Westcott and ADZ</u>

139. By way of example only, in early February 2022, Bursor and Ms. Parker went to dinner with Bursor's law partner, Ms. Westcott, Ms. Parker's friend, ADZ (female), ML and his girlfriend, KF.

140. Bursor, who was already high, drank to excess and became completely intoxicated. Ms. Parker, Ms. Westcott and ADZ had to assist Bursor in making the 10-minute walk back to his apartment.

141. When Bursor, Ms. Parker, Ms. Westcott and ADZ arrived back to his house, Bursor began ranting and raving about ML. When Ms. Parker told him to put an end to his

juvenile and immature behavior, Mr. Bursor went berserk, scaring all three women. Ms. Westcott got up to leave the apartment and recommended that the other women do the same.

142. Then, in full view of Ms. Westcott and ADZ, Bursor assaulted Ms. Parker, hurling her across the apartment's marble floor.

143. Ms. Westcott fled the apartment.[6] Ms. Parker then accused Bursor, in the presence of ADZ, of assaulting her. Bursor admitted that he did.

144. Bursor then approached ADZ, who was clearly terrified. ADZ was sitting in a chair, and Bursor leaned over her and pushed his crotch against her leg.

145. Bursor then told ADZ and Ms. Parker that they needed to "get the fuck" out of his apartment by the following day. Shortly thereafter, he reapproached ADZ, rubbed his face across her face and told her that he loved her. Bursor was clearly high on drugs, and it was equally clear that ADZ was terrified.

146. When Bursor finally walked away, ADZ told Ms. Parker that she was going to vomit and asked Ms. Parker whether the bedroom doors would be locked from the inside.

147. Shortly after the attack, Ms. Parker sent the following messages, to which she received no denial.

> **Angelica Parker**
> [February 10, 2022] 11:15 PM
> Now all my friends seen you hit me.
> . . .
>
> **Angelica Parker**
> [February 10, 2022] 11:18 PM
> I can't believe you would do this to us everyone sees it.

---

[6] This was neither the first nor the last time that Ms. Westcott observed Bursor's abusive behaviors towards Ms. Parker. As noted above, Ms. Westcott was directed by Bursor to bail Ms. Parker out of jail after he had her falsely arrested. She was also present for numerous gatherings during which Bursor ingested narcotics and became abusive. She also used narcotics during those parties. Twice, Ms. Westcott traveled with Bursor and Ms. Parker on vacations (once with her husband, once by herself). During these vacations, Ms. Westcott observed Mr. Bursor attempt to pressure Ms. Parker and her friends into having threesomes with him.

**Angelica Parker**
[February 10, 2022] 11:18 PM
You made a joke of yourself.

**Angelica Parker**
[February 10, 2022] 11:18 PM
And you physically pushed me and hurt me. So me and [ADZ] are leaving in the am

**Angelica Parker**
[February 10, 2022] 11:19 PM
You will never put your hands on me again I promise you.

148. **On or around this same day, Bursor, who kept multiple firearms in his apartment, threatened to "shoot" Ms. Parker.** He did this on multiple occasions.

**B. Abuse in Las Vegas**

149. In early March 2022, Bursor and Ms. Parker took a short trip to Las Vegas.

150. During one night of their stay, Bursor became extremely angry over the fact that Ms. Parker had gotten her period and could not have sex. He began verbally abusing Ms. Parker by telling her to "shut her fucking mouth" and calling her a "stupid fucking cunt."

151. Bursor then became physical, and ultimately the hotel staff was called to the room to break up the fight, calm down Bursor and separate the two.

**C. Attack on CC (Female)**

152. On or about March 21, 2022, Bursor became enraged because Ms. Parker was planning to go to a party at ML home. Ms. Parker's friend, CC, was present for this outburst. Ms. Parker agreed to cancel her plans, but this did not placate Bursor, who berated Ms. Parker.

153. Ultimately, CC was brought in to play the role of mediator.

154. Bursor, who was always extremely jealous of ML, began to compare (not for the first or last time) himself to ML. At that point, he pinned CC back against the wall and started

trying removing his penis from his pants. Ms. Parker called Bursor out for his behavior, and Bursor did not even bother denying that he tried to expose himself to CC.

155. The attack was memorialized in the text messages below.

> **Angelica Parker**
> [March 21, 2022] 1:07 AM
> You'll never see me again after this
>
> **Angelica Parker**
> [March 21, 2022] 1:10 AM
> This was a big mistake on your part. For no reason at all. Your a total loser to do this to me and to attack [CC] like that. I have no respect for you anymore
>
> **Angelica Parker**
> [March 21, 2022] 1:11 AM
> Leaving me on the street in middle of the night your a total POS. I hope I never see you again after this.
>
> **Angelica Parker**
> [March 21, 2022] 1:14 AM
> I have. I respect for you at all left nor does [CC]. You can't handle your drugs and you flew off the handle tonight. This will not be forgiven
> . . .
>
> **Angelica Parker**
> [March 21, 2022] 1:39 AM
> I'm sure [CC] never wants to see you again you kept grabbing her you made a total fool of yourself.
> . . .
>
> **Angelica Parker**
> [March 21, 2022] 8:57 AM
> You kicked md out and got physically attacking to [CC].

**D. <u>Bursor Loses His Mind in April 2022</u>**

156. On or around April 14, 2022, Bursor, high out of his mind, again want crazy and physically assaulted Ms. Parker.

157. In the lead up to the physical assault, Bursor verbally abused Ms. Parker, screaming at her at the top of his lungs that she needed to shut the "fuck" up and not "fucking" speak.

158. Bursor, who had Ms. Parker pinned down to the bed, proceeded to cover her mouth and obstruct her breathing.

**E. Ms. Parker Leaves Bursor in May 2022 and Reunite for a Short Time Before Bursor Assaults and Abuses Ms. Parker Again**

159. In early May 2022, Bursor was traveling for "work." Just before he was about to return to Brickell, where he and Ms. Parker were living together at the time, he told Ms. Parker that he would be flying back with his long time, on and off again, girlfriend.

160. Bursor, apparently delusional, begged Ms. Parker to stay with him despite the fact that was trying to bring a second woman into their relationship.

161. Ms. Parker, who had no interest in being in a three-way relationship, left Brickell and Bursor.

162. Bursor ultimately apologized profusely and claimed that he realized the errors of his way. Ms. Parker, having now endured nearly three years of physical, psychological and sexual abuse, agreed once again to reconcile in the first half of June 2022.

163. The reconciliation was not pleasant. Shortly after they reconciled, Bursor again assaulted Ms. Parker, this time at the Baccarat Hotel in New York City. Specifically, while the two were having drinks at the bar, Bursor tried to physically escort her, against her will, up to his hotel room. The hotel bar staff had to intervene and remove Bursor from the bar area. Later that night, while back in the room, Bursor again physically attacked Ms. Parker, and security was called to the room.

164. The two then departed for a long-planned trip to Europe during which Bursor was extremely abusive.

165. Then, when they returned to New York City, Bursor once again assaulted Ms. Parker by physically shoving her when she refused to return to Brickell with him (where he wanted her to spend the month of July with his other girlfriend). At that point, Ms. Parker broke up with Bursor.

## VII. BURSOR BRUTALLY ASSAULTS MS. PARKER IN MAY 2023

166. Despite having broken up, Bursor and Ms. Parker communicated periodically between July 2022 and the end of 2022. The text exchanges were toxic, with both parties oscillating between professions of love and hatred. They also saw each other a couple of times, but never reconciled for long.

167. From January to April 2023, Bursor hurled the following insults, among many, many others, at Ms. Parker: **"fuck off," "you fucking piece of shit," "[i]f there's any justice in the world you're in for a shitty life and I hope you fucking suffer," "[f]uck off you backstabbing cunt," "[y]ou stupid [f]ucking pig," "you lying cunt," "[f]uck you I hope you're miserable forever, "[y]ou're a fucking loser babe," "[f]uck off loser" and "fuck you."**

168. Bursor also continued to obsess over Ms. Parker's ex-boyfriend, ML, and other male friends.

169. In fact, his obsession was so severe that on March 31, 2023 he actually met up with ML.

170. Bursor and Ms. Parker spent a couple of hours together on a couple of occasions in April 2023, and for much of the month the conversation shifted towards trying to get back

together. Of course, though it seems entirely illogical, it is academic that it is highly common for abused women to return to their abusers. This is the very nature of battered women syndrome.

171. While some of their conversation in April was pleasant, Bursor still demonstrated his controlling side, including on April 22, 2023, when he wrote, "**[i]f I feel like being nasty to you I will.**" According to Bursor, he had "earned the right" to be "nasty" to Ms. Parker.

172. Just days later, on April 29, 2023, Bursor wrote to Ms. Parker, "I love you."

173. On May 1, 2023, Bursor invited Ms. Parker over to his apartment. However, Ms. Parker did not go to his apartment that evening.

174. On May 2, 2023, Bursor invited Ms. Parker to meet him for a drink. Again, Ms. Parker did not meet him.[7]

175. Late in the evening on May 2, 2023, Ms. Parker came back to her apartment building and learned that the elevators were shut down. As such, she could not return to her apartment because she was not capable of walking up the 42 flights of stairs it would take to get to her apartment.

176. Ms. Parker, who was with her boyfriend, PP, called Bursor and asked him whether she could spend some time at his apartment while she waiting for the elevators to begin operating. Bursor agreed, met Ms. Parker in the lobby of his building and accompanied her up to his apartment.

177. Bursor had a drink ready for the two of them when they got up to the apartment, and almost immediately wanted to engage in rough sex. In the course of Ms. Parker's time in the

---

[7] While texting that day, Ms. Parker expressed surprise that she had not been told by Bursor that he was planning to attend a Formula 1 race later that week. Bursor replied with a typical response, "I'm very face paced I have a lot going on." Ms. Parker indicated that she too was fast paced. In response, Bursor once again expressed his believe that women owe it to men to follow orders: "That's not attractive to me. I don't like fast paced women. **The man has to set the pace and the woman follows.**"

apartment, Bursor tried to shove a dildo down her throat, which she removed, and gag her with a gag ball, which she fought off.

178. Bursor also repeatedly asked Ms. Parker to call him "daddy," which she found disgusting and offensive.

179. So, in response, Ms. Parker began acting like a child, which sent Bursor into a rage.

180. He began to scream at Ms. Parker to suck his "dick" and orally sodomized Ms. Parker.

181. When Ms. Parker did not agree to give Bursor oral sex, he threatened to physically remove her from his home. Bursor repeatedly demanded that Ms. Parker must leave because her "mouth" was not on his "dick." He then threatened to count down from 10 and "physically throw" Ms. Parker out of his apartment if, when he hit zero, unless her "mouth" was on his "dick," or they were "fucking."

182. At that point, Bursor physically assaulted Ms. Parker as she was trying to get her clothes. As Ms. Parker attempted to text for help, Bursor yelled at her that she could not send a "fucking text message" in his home.

183. Bursor then proceeded to physically drag Ms. Parker out of his carpeted bedroom and down the marble hallway. She was naked. As the two fought that evening, Bursor assaulted Ms. Parker repeatedly by hitting and choking her. He also lifted her off the ground by her throat.

184. During the fight, a glass table and vase broke near the entryway to the apartment. A large picture also came off the wall.8 Eventually, Bursor was standing in front of the exit, in

---

[8] Ms. Parker believed that the picture was of her. In the moment, she wanted it ruined and jumped on it. The picture slipped out from under her and she landed on her rear end. To be very clear, that is not how Ms. Parker sustained any of the injuries she would ultimately sustain in the apartment. Bursor knows this, but has repeatedly

nothing but his boxer briefs and footwear. Ms. Parker was in the middle of the foyer, naked. In between the two was a floor filled with shattered glass.

185. Bursor then rushed over to Ms. Parker and grabbed her phone out of her hand.

186. After Bursor took Ms. Parker's phone, he proceeded to violently drag her naked body through the shattered glass. Bursor then threw Ms. Parker out of the apartment, naked and bleeding profusely. A few moments later he threw Ms. Parker's belongings out into the hallway.

187. PP, who was on Facetime with Ms. Parker during part of the assault, ultimately arrived at the apartment building and escorted Ms. Parker home.

188. The doorman in the lobby was so horrified by what he saw that he called the police.

189. The following are photographs of some of the injuries Ms. Parker suffered that morning.





falsely claimed that Ms. Parker's injuries were the result of that fall, even as he has simultaneously admitted that he caused the injuries.



190. Despite his many denials, almost immediately after the attack, during a call with Ms. Parker, Bursor admitted to violently battering Ms. Parker.

191. Shortly thereafter, however, Bursor began threatening that he would have Ms. Parker arrested for purported trespassing if she began telling people about what he had done.

192. Bursor also threatened Ms. Parker with criminal charges for making recordings despite the fact that he literally records every interaction – including their interaction that evening – that has occurred in his home in Brickell without the consent of the parties being recorded.

193. However, while he was making all of these threats, Bursor again acknowledged what he had done.

> **Scott Bursor**
> [May 4, 2023] 2:31 AM
> Just a quick question I promise it's nice
>
> **Scott Bursor**
> [May 4, 2023] 2:34 AM
> I want to tell you something you haven't heard before and it's nice.
>
> **Scott Bursor**
> [May 4, 2023] 2:34 AM
> It's an apology and explanation. Will you listen for one minute before I fall asleep?
>
> **Scott Bursor**
> [May 4, 2023] 2:36 AM

I made a mistake I want to apologize and tell you

194. Bursor called Ms. Parker right then. He apologized, professed his love for her and told her that he wanted to "get married." He told her he realized how much he loved her, and that he knew it was "true love" because of how much he could "lose [his] mind" over her. In addition to manipulating Ms. Parker, Bursor likely wanted her to marry him so that she could not testify against him at a criminal trial. Ms. Parker told him this idea was insane.

195. Moments after hanging up the phone, Bursor continued to try to manipulate Ms. Parker, "Insane idea. You're right. Going through a crisis like this brings people together. Closer. Think about that. I'm falling asleep let's talk tomorrow."

## VIII. MS. PARKER RETAINS LEGAL COUNSEL: BURSOR AND HIS LAWYER, JUDD BURSTEIN, THREATEN HER, HER COUNSEL AND HER FRIENDS

196. A few days later, Bursor learned that Ms. Parker had retained counsel, RH, in connection with the claims asserted in this action.

197. Bursor immediately threatened to send Ms. Parker and her attorney to jail. He then called her a "dumb bitch" and told Ms. Parker that he was going to "wipe [his] ass" with her attorney. Bursor went on to tell Ms. Parker that he was going to "make a fucking example" out of her and, despite knowing that he had noting to do with this case, also said that he was going to make an example of out ML and "take his fucking scalp." He added that he would "take" RH's "scalp too" and make a "fucking example" of all of Ms. Parker's friends.

198. Shortly thereafter, delusionally believing that it would help his defense, Bursor showed the footage from his home recording system to Ms. Parker's lawyer. Upon information and belief, Bursor was high on oxycodone when he did so. The video did nothing to exonerate him. Rather, it showed that he did in fact drag Ms. Parker through the glass in the foyer.

199. Weeks later Bursor again effectively admitted his wrongdoing when he blamed Ms. Parker for "provoke[ing] [him]" in connection with the May 3, 2023 attack.

200. Bursor made literally hundreds of threats to Ms. Parker in the weeks and months following the May 3, 2023 attack.

201. He also continued threatening to "take down" her male friends, including ML, PP, RM, NL, AF, GG and IW, all of whom he knew full well had nothing to do with Bursor's unlawful conduct.

> **Scott Bursor**
> [June 11, 2023] 2:05 PM
> Taking you down is too easy.
>
> **Scott Bursor**
> [June 11, 2023] 2:05 PM
> **Fuck with me and I am taking bigger trophies than you.**
> . . .
>
> **Scott Bursor**
> [June 11, 2023] 2:16 PM
> Better give [NL], [ML], [AF], [PP], & [RH] a heads up. If any mud comes my way it's very likely to splash toward them as well.

202. In an effort to illustrate his willingness to frivolously sue people having nothing to do with this matter, Bursor regaled Ms. Parker with stories about his litigation against the company Avacor, and one of its investors, Robert DeBenedictis.

> **Scott Bursor**
> [August 4, 2023] 9:46 PM
> Did you read up on Robert DeBenedictis?
>
> **Scott Bursor**
> [August 4, 2023] 9:46 PM
> We sued his sister in multiple jurisdictions.
>
> **Scott Bursor**

> [August 4, 2023] 9:46 PM
> All his relatives.
>
> **Scott Bursor**
> [August 4, 2023] 9:47 PM
> And friends.
>
> **Scott Bursor**
> [August 4, 2023] 9:47 PM
> Massive pressure.[[9]]

203. Ms. Parker's initial attorney was retained solely to try to resolve this matter. When that did not happen, Ms. Parker retained a second attorney, CC, to prepare for litigation.

204. On August 31, 2023, CC sent Bursor a draft complaint in furtherance of Ms. Parker's efforts to resolve this matter. When he received it, Bursor went absolutely crazy.

205. A couple of weeks later, Bursor hurled the following insults and threats at Ms. Parker: "you fucking loser;" "you fucking whore;" "you fucking lying whore loser;" "[y]ou lying whore;" and "[y]ou piece of shit." Bursor added that if Ms. Parker sued him, he would go after her and her friends and that would not stop until he decided it would.

206. Aside from this meltdown, Bursor and Ms. Parker had little contact in September and October 2023. When he did contact her, Bursor pleaded with Ms. Parker not to file suit. He also promised repeatedly that he would work out a resolution with her and insisted that she not let the "lawyers" come between them.

207. In mid-November 2023, CC was in resolution discussions with Bursor's lawyer, Judd Burstein.

[9] As explained below, Bursor would later admit to a fraud upon the court in that matter; specifically, that Mr. DeBenedictis had "nothing to do with the Avacor company" and yet Bursor argued the exact opposite to the jury in that case and "took every fucking dollar he had."

208. At the same time, Bursor was communicating to Ms. Parker directly that he was prepared to resolve this matter. In fact, from the time that Ms. Parker retained CC, Bursor regularly promised to account for his unlawful conduct and resolve the matter.

209. On November 9, 2023, Ms. Parker and Bursor had a telephone conversation during which Bursor again promised that he would reach an amicable resolution with Ms. Parker. Bursor told Ms. Parker that he was drafting settlement paperwork and wanted to resolve the matter before Thanksgiving. He also made her promise to maintain an open line of communication and not to let the "lawyers" get between the two of them.[10]

210. CC and Mr. Burstein were scheduled to speak about resolution on November 14, 2023. The day before, on November 13, 2023, Bursor let Ms. Parker know that he was in New York City. He offered to buy Ms. Parker a drink.

211. Ms. Parker was ambivalent about meeting. On the one hand, it was, on its face, a bad idea given all that Bursor had done to her. On the other hand, Ms. Parker was willing to do just about anything to resolve her claims and put this chapter of her life behind her. She was exhausted with fighting and the constant barrage of threats. She also was irrationally optimistic about a resolution given Bursor's many promises and years of abuse. It was her expectation that the lawyers meeting the next day was going to lead to a resolution, and that if she met with Bursor they could get on the "same page."

---

[10] In representing a client, a lawyer is not permitted to speak to a represented party about the subject matter of the dispute. Here, Bursor, a lawyer, was representing himself in the course of his communications with Ms. Parker, and, as such, he should not have been having them at all. Bursor knew this. Indeed, he told her that while he would always respond to her messages, she would need to contact him first because it would "look bad" for him if he contacted her first. However, a lawyer is not permitted to speak with a represented party period, even if that represented party reaches out first. Thus, Bursor was egregiously violating the relevant ethical rules from June 2023 through the time Ms. Parker retained Wigdor LLP in January 2024. Upon information and belief, when he learned that Wigdor LLP represented Ms. Parker, Bursor again unethically tried to contact her. However, he realized that Ms. Parker "blocked" him.

212. If is well established that there are four common responses to trauma, "fight," "flight," "freeze" and "fawn." The last of these coping mechanisms is the most difficult to understand. As used in the relevant literature, "fawn" refers to a trauma response in which the victim acts overly appeasing to her abuser. The victim puts the abuser's needs ahead of her own, is unable to set boundaries and instinctively acts to please the abuser. The text messages from the evening of November 13, 2023 demonstrate that this is exactly what Ms. Parker was experiencing.

213. For all of these reasons, rather than rejecting Bursor's efforts to meet up, Ms. Parker did everything she could to please him, including offering him ideas on potential class actions that he could bring and becoming obsessed that she might not look good enough that evening.

214. Ultimately, Ms. Parker agreed to meet Bursor and suggested that they meet at her apartment.

215. However, she would not meet Bursor until he agreed to speak with her that evening, as she wanted to ensure that they were on the same page in terms of the purpose of meeting up, *i.e.*, to further resolution.[11]

216. Bursor showed up at Ms. Parker's apartment on November 14, 2023, at 12:50 AM. Shortly after he arrived, Bursor began snorting painkillers.[12]

---

[11] Ms. Parker's contemporaneous messages establish that she knew that Bursor was going to try to persuade her to fire her lawyer, and that it was a bad idea to have him over: "He will demand me to fire my lawyer" . . . "I shouldn't be handling this on my own I am going to make a mess of this my lawyer should have created a hard divide but he didn't. Like he did in the past he left room for Scott to come to me and now that's what's going to happen." The text messages both before and after also make clear that Ms. Parker: (i) was not interested in any romantic encounter with Bursor; and (ii) did not have sex with Bursor, as he subsequently claimed.

[12] Bursor would later claim that the two had intercourse that night. Ms. Parker made it clear that she would not have sex with him, and Bursor cannot have sex after snorting painkillers.

217. While there, the two discussed the possible resolution of this matter. Bursor was noncommittal about the terms of an agreement, but adamant that if Ms. Parker filed suit he would "wreck" ML and all of ML's companies.

218. Mr. Bursor also stripped down while he was at Ms. Parker's apartment to show her the results of his most recent skin treatments as well as a scar on his back. While stripped down, he begged Ms. Parker to take photographs of the two of them looking happy together to celebrate an impending resolution and reminisce about better times. Against her better judgment but wanting to placate him in furtherance of a resolution, Ms. Parker took the photos.

219. To be clear, Ms. Parker did not have sex with Mr. Bursor during that visit. But, it would soon become clear that Bursor visited Ms. Parker only to "set her up" and use the pictures he had her take against her in the hopes that she would drop her claims.

220. On November 17, 2023, Ms. Parker was in Miami for a gala hosted by ML. Much to her chagrin, Bursor paid $100,000 to go to the gala to harass her and threaten ML. On the same day, ML was provided with a threatening and defamatory letter from Mr. Burstein, described in more detail below.

221. Also on the same day, Bursor had Mr. Burstein send a 22-page letter to CC falsely accusing him and Ms. Parker of extortion, threatening to seek sanctions if Ms. Parker filed a complaint against Bursor and imploring him to "drop" Ms. Parker as a client.

222. Moreover, Mr. Burstein continued with the unprofessional and unethical threats against Ms. Parker's friends: "Why would she risk the ire of her numerous other paramours and associates who will be brought into this litigation is difficult to understand" . . . "some of whom may be named as cross claim defendants should you proceed."

223. Mr. Burstein also hurled unprofessional *ad hominem* attacks, referring to Ms. Parker as a "prostitute who makes her living preying upon, defrauding, and extorting men."

224. His letter contained incomplete and misleading accounts of Bursor's communication with Ms. Parker, including removing certain texts from his presentation without even indicating that the communications are missing, as well as certain texts that make Bursor's liability abundantly clear.

225. For instance, Burstein's letter contains the following texts following the rape on September 20, 2020:

| | | | |
|---|---|---|---|
| Scott Bursor | 9/20/2020 6:10:42 PM | Just to hurt me? | |
| Scott Bursor | 9/20/2020 7:34:12 PM | I don't think we can. That's why I asked you to leave. | |

226. Anyone reading this would think that there were no texts between 6:10:42 PM and 7:34:12 PM. This is not true. Multiple text messages occurred during that period, including the admission of guilt below.

AP Angelica Parker <(914) 602-1518> 7:17 PM
How can you not even apologize?

AP Angelica Parker <(914) 602-1518> 7:17 PM
Do you not feel the least bit bad for your behavior last night

SB Scott Bursor <+19178439400> 7:17 PM
I'm sorry.

SB Scott Bursor <+19178439400> 7:17 PM
Yes I feel bad.

SB Scott Bursor <+19178439400> 7:17 PM
I'm not sure what to do.

227. This is only one of many examples of Mr. Burstein's misrepresentations of the record. Here is another section of Mr. Burstein's letter.

| | | | |
|---|---|---|---|
| Scott Bursor | 9/20/2020 8:02:17 PM | I'm just gonna chill for now. I have to work Monday and Tuesday. | |
| Angelica Parker | 9/20/2020 9:53:30 PM | | [sends another misleading portion of the audio recording] |
| Angelica Parker | 9/20/2020 9:53:30 PM | | This is just another part of what you did last night. Against my better judgement I think you should Hear yourself . |

228. And here is the real exchange.

SB **Scott Bursor <+19178439400>** 8:02 PM

I'm just gonna chill for now. I have to work Monday and Tuesday.

AP **Angelica Parker <(914) 602-1518>** 8:32 PM

Everything hurts me I feel like I got wrestled . I'm really upset you would be so aggressive with me. Im a frail petite girl. I could never hurt someone w force . This is so sad and embarrassing that it can come that happening. You fucked up big time. It's not what I wanted to happen but obviously you don't care. Your not offering any remedy ,barely an apology and had the force to handle me that way. If you ever did actually love me you wouldn't be able to hurt me like that I believe.

AP **Angelica Parker <(914) 602-1518>** 9:53 PM

This is just another part of what you did last night. Against my better judgement I think you should

229. To send this to CC is one thing, but Mr. Burstein subsequently attached these doctored messages to a sworn declaration and directed the Court to review them as if they were accurate.

230. Burstein's letter also lied about how it was that Bursor and Ms. Parker came to meet up in the early morning of November 14, 2023, claiming that Ms. Parker first asked to meet Bursor. Again, this was presented to the Court as though it was true when in fact the written correspondence proved that it was the other way around.

231. The letter also falsely claimed that Bursor and Ms. Parker had sex when he visited her the morning of November 14, 2024.

232. Mr. Burstein's letter had its intended effect and scared off CC. With respect to CC disengagement, Bursor would later state to Ms. Parker that if CC had not disengaged, he would have "stomped his fucking head on the fucking curb, figuratively."

## IX. MS. PARKER FILES THIS ACTION *PRO SE*, BURSOR RELENTLESSLY VERBALLY ASSAULTS HER AND BURSOR AND MR. BURSTEIN ABUSE THE LEGAL PROCESS TO HARASS MS. PARKER AND HER FRIENDS

233. On November 22, 2023, Ms. Parker commenced this action in New York State Supreme Court by filing a summons with notice, pro se.

234. On December 27, 2023, Bursor, a lawyer, unethically called Ms. Parker to try to convince her to drop the action against him.

235. In his zeal to threaten Ms. Parker into dropping her lawsuit, Bursor admitted to committing a fraud upon the court on the aforementioned Avacor matter.

236. Specifically, he admitted that Mr. DeBenedictis had "nothing to do with the Avacor company" and yet Bursor had argued the exact opposite to the jury in that case and "took every fucking dollar he had."

237. Bursor also stated that he would "hit" anyone with "any connection" to Ms. Parker by dragging them into this matter in an attempt to take "everything they have." He also threatened to have his "fist" up people's "asses" and to "victimize" innocent third parties to "get back" at Ms. Parker. He also threatened to "smear [ML's] fucking face in shit." No attorney speaking like this – much less threatening a pro se litigant in this way – should have a license to practice law.

238. Apparently one evening of threats was not enough. The next night Bursor continued to threaten Ms. Parker – who he called a "stupid cunt," "fucking retard" and a "stupid fucking whore," among dozens of other insults. Again, Bursor was trying to get Ms. Parker to drop her claims and prevent her from filing the actual complaint in this action. He even told her that if she filed the complaint he was going to "jam it up [her] ass, figuratively" and "fuck [her] up and all [her] fucking loser friends." He concluded by saying that he was going to "take those motherfuckers down" and would not stop until he had "every fucking penny" of her friends' money.

239. At one point during the call, Mr. Bursor, almost giddy, began bragging about who among Ms. Parker's friends would be receiving a "litigation hold" letter from Mr. Burstein the following day. Then, the following day, Mr. Burstein made good on Bursor's threats by sending letters to Messrs. IW, NL, PP and RH.

240. Rather than sending an ordinary document preservation letter, Mr. Burstein sent a defamatory letter in which he stated that this lawsuit is "frivolous, fraudulent and extortive" and that Ms. Parker had engaged in a "months long quest to extort Mr. Bursor. He also, apropos of nothing, accused her of being an escort and attached a provocative photograph to his letter. This was completely unnecessary and a complete abuse of the legal process. There was literally no

reason whatsoever to make this comment or attach this photo, and Mr. Burstein did not even try to explain how it was relevant to the preservation of documents, the ostensible purpose of the letter. This was done, without question, only to harass and embarrass Ms. Parker.

241. Mr. Burstein's preservation letter also included the following irrelevant claim: "after I explained to her former attorney, [CC], that he would undoubtedly be sanctioned if he filed a lawsuit on Ms. Parker's behalf against Mr. Bursor, CC declined to continue representing her. Hence, because she was apparently unable to find any lawyer who would represent her in a litigation against Mr. Bursor, she filed her action *pro se* (which is why she is being copied on this letter)." Again, this was completely inappropriate material for a preservation letter and served only to threaten Ms. Parker and her friends, should they support her in this lawsuit. This is no way for an officer of the court to behave.

## X. BURSOR AGAIN UNETHICALLY ATTEMPTS TO TAKE ADVANTAGE OF MS. PARKER'S *PRO SE* STATUTE AND, WHEN THAT DOES NOT WORK, ATTEMPTS TO HIDE HIS MISDEEDS FROM THE PUBLIC

242. In early January 2024, Bursor made yet another effort to get Ms. Parker to drop her lawsuit against him.

243. He flew to New York City with "paperwork" that he promised would "end the suit."

244. Knowing that Ms. Parker was not represented by counsel, Bursor tried to threaten her by saying that if she signed the paperwork, it would end all claims between her, him and her friends. As it turned out, this was a lie, made as an office of the court, as the "paperwork" he wanted her to sign was simply a stipulation of dismissal of the action against him, with prejudice. There was no release of claims against her, or her friends.

245. The two were initially supposed to meet on January 3, 2024, but Ms. Parker ultimately decided not to see Bursor on that date.

246. However, still wanting to make any effort to resolve this matter, Ms. Parker allowed Bursor to come to her apartment on January 4, 2024 after Bursor insinuated that he would be willing to resolve this matter on reasonable terms.

247. Rather than show up and try to resolve this matter, Bursor arrived completely incoherent.

248. Bursor was so intoxicated that he could barely speak. When he did speak, his words were slurred. For most of the visit, Bursor was unable to stand.

249. Bursor, again, a lawyer speaking with an unrepresented party, begged Ms. Parker to drop this lawsuit.

250. Once Ms. Parker realized that Bursor was still intent on getting her to sign a stipulation of dismissal with prejudice, or, alternatively, to use her willingness to meet with him against her, she repeatedly asked him to leave.

251. Bursor resisted, in part because he was too high and drunk to remove himself from the apartment. He complained that he was "so fucking tired" and tried to persuade her to let him stay. He also continued to try to get her to drop the suit.

252. This went on for over an hour until Bursor literally passed out. To be very clear, nothing sexual occurred.

253. While Ms. Parker continued to spend the next couple of days trying to resolve this matter with Bursor, it became apparent that he would only continue to threaten her and never stop trying to take advantage of her pro se status.

254. Then, on January 11, 2024, after Bursor's failed attempt to coerce Ms. Parker into dismissing her claims, Defendants removed this action to this Court. Eight days later, they filed a motion to, *inter alia*: (i) require Ms. Parker to file this Complaint under seal; and (ii) not publicly discuss the fact that Defendants were attempting to do an end run around the rule that court proceedings are open to the public. Obviously, Defendants were aware that the truth – and the evidence supporting it – would come out once Ms. Parker filed her complaint.[13]

## XI. B&F'S LIABILITY

255. Bursor himself is not the only party responsible for the damage that has been inflicted on Ms. Parker.

256. Indeed, Bursor repeatedly used the property of B&F – a firm in which he claims to hold 100% of the equity – to facilitate and carry out the unlawful conduct described herein.

257. On top of everything already described herein, Bursor made multiple "hush money" payments to Ms. Parker directly from B&F accounts.

---

13 Mr. Burstein's declaration harps on a case filed by Ms. Parker against Oscar de la Hoya twelve years ago. In that case, Ms. Parker alleged, inter alia, that Mr. de la Hoya committed the torts of battery and assault when he physically touched and pulled Ms. Parker out of her bed on four separate occasions to try to have sex with her. She rebuffed these attempts. The court dismissed the claims in an unpublished decision, somehow finding that the contact was not offensive. Plainly, the court should not have dismissed these claims. When someone pleads that a defendant engaged in repeated physical attempts to have sex with someone who was saying no, that is a battery and virtually always involves a civil assault.

The de la Hoya case should not have been dismissed, yet the court not only granted the dismissal, but also granted a motion for sanctions in connection with two other claims that were brought, false imprisonment and emotional distress. Put simply, if those two claims should not have been brought in that action, that was the fault of Ms. Parker's lawyer, not Ms. Parker. Ms. Parker's lawyer in the de la Hoya action would subsequently be suspended and disbarred after stealing client funds and lying in an affidavit.

In any event, the de la Hoya case has absolutely nothing to do with this matter and even Mr. Burstein admits that "Defendants are not contending that Plaintiff's conduct in the de la Hoya case excludes the possibility that her allegations against Mr. Bursor are true – particularly because the last ten years have shown that claims of sexual abuse were easily dismissed in the past." As such, it is abusive that Defendants and their attorney continue to use the decision in that case to threaten Ms. Parker in connection with this one.

258. Moreover, he regularly directed his office assistant, Rebecca Richter, to make travel plans for Ms. Parker for trips that resulted in physical or sexual violence. He also had Ms. Richter send a huge bouquet of flowers to Ms. Parker's mother just days after the May 3, 3023 battery, which caused further trauma to Ms. Parker.

259. He directed Ms. Parker to claim that these payments were "loans" if anyone ever discovered that he had made them.

260. In addition, Bursor used firm money to pay for vacations during which he physically assaulted Ms. Parker. He did this in part by inviting Ms. Westcott and the main contact at his litigation funder, "Fiona," on these vacations so that he could write them off as business expenses.

261. Bursor also has charged significant amounts of money to his firm on chartered flights and his own private jet. Much of these monies were spent for no legitimate business purpose, including to pay for flights: (i) taken by Ms. Parker, during which she was abused; and/or (ii) to take Ms. Parker to places where she ultimately was abused.

262. In short, B&F not only knew about the unlawful acts described herein, but also knowingly funded many of them.

263.

**<u>FIRST CAUSE OF ACTION</u>**
**Violations of the VGMVPA (New York City Victims of Gender-Motivated Violence Protection Act)**
***Against Defendant Bursor***

264. Plaintiff hereby repeats and realleges each and every allegation in the preceding paragraphs as though set forth fully herein.

265. The above-described conduct of Defendant Bursor, including, but not limited to, Defendant Bursor's sexual assaults, assaults and batteries of Plaintiff constitute "crime[s] of

violence" and "crime[s] of violence motivated by gender" against Plaintiff as defined by the New York City Victims of Gender-Motivated Violence Protection Act, N.Y.C. Admin. Code § 10-1102, et seq.

266. The above-described conduct of Defendant Bursor, including, but not limited to, Defendant Bursor's sexual assaults, assaults and batteries of Plaintiff constitute "crime[s] of violence" against Plaintiff motivated: (i) by her gender; (ii) on the basis of her gender; and/or (iii) due, at least in part, to an animus based on her gender.

267. Defendant Bursor committed "crime[s] of violence" against Plaintiff because she is a woman and, at least in part, because he has an unlawful animus towards women. Defendant Bursor's gender-motivated animus towards women is demonstrated by, among other things, his sexually violent and physically and mentally abusive treatment of Plaintiff herein, a woman, including by raping her.

268. As a direct and proximate result of the aforementioned gender-motivated violence, Plaintiff has sustained in the past and will continue to sustain, monetary damages, physical injury, pain and suffering, and serious psychological and emotional distress, entitling her to an award of compensatory damages.

269. Defendant Bursor's gender-motivated violence against Plaintiff entitles her to punitive damages, as well as an award of attorneys' fees and costs.

**SECOND CAUSE OF ACTION**
**Violations of the VGMVPA (New York City Victims of Gender-Motivated Violence Protection Act)**
***Against Defendant Bursor & Fisher, P.A.***

270. Plaintiff hereby repeats and realleges each and every allegation in the preceding paragraphs as though set forth fully herein.

271. The above-described conduct of Defendant Bursor & Fisher, P.A., enabled, allowed and permitted Defendant Bursor to harm Plaintiff, including, but not limited to, allowing, facilitating and/or enabling Defendant Bursor to engage in the gender motivated violence described herein.

272. As a direct and proximate result of the aforementioned gender-motivated violence, Plaintiff has sustained in the past and will continue to sustain, monetary damages, physical injury, pain and suffering, and serious psychological and emotional distress, entitling her to an award of compensatory damages.

273. Defendant Bursor & Fisher, P.A.'s gender-motivated violence against Plaintiff entitles her to punitive damages, as well as an award of attorneys' fees and costs.

**THIRD CAUSE OF ACTION**
**(Battery)**
***Against Defendant Scott Bursor***

274. Plaintiff hereby repeats, reiterates and re-alleges each and every allegation in all of the preceding paragraphs as if fully set forth herein.

275. As described above, on multiple occasions Defendant Bursor subjected Plaintiff to unwanted physical and sexual touching that resulted in pain and bodily harm. These physical and sexual batteries were committed in violation of New York and Florida common law, as well as the common law of other states.

276. As a direct and proximate result of Defendant Bursor's conduct, Plaintiff has suffered, and continues to suffer, harm for which she is entitled to an award of monetary damages and other relief.

277. To the extent any particular sexual battery would otherwise be time barred under New York law, this action is nonetheless timely brought pursuant to the Adult Survivors Act N.Y.

C.P.L.R. § 214-j (McKinney 2022), because it arises out of conduct perpetrated against Plaintiff who was eighteen or older at the time of the conduct, that constitutes a sexual offense as defined in Article One Hundred Thirty of the New York Penal Law ("Article 130").

**FOURTH CAUSE OF ACTION**
**(Intentional Infliction of Emotional Distress)**
***Against Defendant Bursor***

278. Plaintiff hereby repeats, reiterates and re-alleges each and every allegation in all of the preceding paragraphs as if fully set forth herein.

279. As described herein, Defendant Bursor engaged in conduct toward Plaintiff that is extreme and outrageous so as to exceed the bounds of decency in a civilized society.

280. These actions were taken with intent to cause, or disregard for, the substantial probability of causing severe emotional distress.

281. As a direct and proximate result of Defendant Bursor's extreme and outrageous conduct, Plaintiff has suffered severe emotional distress.

282. Defendant Bursor's conduct was wanton, malicious, willful and/or cruel, entitling Plaintiff to an award of punitive damages.

283. To the extent any particular sexual act contributing to this cause of action would otherwise be time barred under New York law, this cause of action is nonetheless timely brought pursuant to the Adult Survivors Act N.Y. C.P.L.R. § 214-j (McKinney 2022), because it arises out of conduct perpetrated against Plaintiff who was eighteen or older at the time of the conduct, that constitutes a sexual offense as defined in Article One Hundred Thirty of the New York Penal Law ("Article 130").

**FIFTH CAUSE OF ACTION**
**(Intentional Infliction of Emotional Distress)**

284. Plaintiff hereby repeats, reiterates and re-alleges each and every allegation in all of the preceding paragraphs as if fully set forth herein.

285. As described herein, Defendants engaged in extreme and outrageous conduct towards Plaintiff.

286. As a result of Defendants' extreme and outrageous conduct, Plaintiffs have suffered severe emotional distress for which they are entitled to monetary, compensatory and punitive damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that the Court issue a judgment in Plaintiff's favor and issue the following additional relief:

A. An award of damages in an amount to be determined at trial, to compensate Plaintiff for all monetary and/or economic damages available by law, including but not limited to economic loss, compensatory damages, and punitive damages, as well as pre- and post-judgment interests on all such amounts.

B. An injunction and order permanently restraining Defendants and their partners, officers, owners, agents, successors, employees and/or representatives, and any and all persons acting in concert with them, from engaging in any such further unlawful conduct;

C. An award of damages against Defendants, or any jointly or severally liable entity or person, in an amount to be determined at trial, plus prejudgment interest, to compensate Plaintiff for all monetary and/or economic damages;

D. An award of damages against Defendants, or any jointly or severally liable entity or person, in an amount to be determined at trial, plus prejudgment interest, to compensate

Plaintiff for all non-monetary and/or compensatory damages, including, but not limited to, compensation for her physical injuries and emotional distress;

E. An award of damages for any and all other monetary and/or non-monetary losses suffered by Plaintiff, including, but not limited to, loss of income, reputational harm and harm to professional reputation, in an amount to be determined at trial, plus prejudgment interest;

F. An award of punitive damages, and any applicable penalties and/or liquidated damages in an amount to be determined at trial;

G. Prejudgment interest on all amounts due;

H. An award of costs that Plaintiff has incurred in this action, including, but not limited to, expert witness fees, as well as Plaintiff's reasonable attorneys' fees and costs to the fullest extent permitted by law; and,

I. Such other and further relief as the Court may deem just and proper.

**JURY DEMAND**

Plaintiff hereby demands a trial by jury on all issues of fact and damages stated herein.

Dated: March 22, 2024
New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: ______________________________
Michael J. Willemin
Jeanne M. Christensen
Brooke Payton

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
mwillemin@wigdorlaw.com
jchristensen@wigdorlaw.com
bpayton@wigdorlaw.com

*Counsel for Plaintiff*