# United States District Court
for the
Southern District of New York

| | |
|---|---|
| ANGELICA PARKER, )<br>)<br>*Plaintiff and Counterclaim Defendant*, )<br>)<br>v. )<br>)<br>SCOTT BURSOR, individually and in his professional )<br>capacity as owner of Bursor & Fisher, P.A., and )<br>BURSOR & FISHER, P.A., )<br>)<br>*Defendants and Counterclaim Plaintiffs*, )<br>)<br>v. )<br>)<br>IVAN WILZIG, ROBERT HANTMAN, CARLOS )<br>CARVAJAL, and PETER PLAUT, )<br>)<br>*Counterclaim Defendants*. ) | Civil Action No. 24-cv-245 (JGLC) (RFT) |

## SUMMONS ON A COUNTERCLAIM

To: *(Counterclaim defendant's name and address)*    Carlos Carvajal
14 Pennsylvania Plaza, Suite 2020
New York, NY 10122

A lawsuit has been filed against defendants Scott Bursor and Bursor & Fisher, P.A., who as counterclaim plaintiffs are making this counterclaim against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the defendants/counterclaim plaintiffs an answer to the attached counterclaim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendants/counterclaim plaintiffs or defendants/counterclaim plaintiffs' attorney, whose name and address are:

Christine A. Amalfe, Esq.
Gibbons P.C.
One Pennsylvania Plaza, 45th Floor, Suite 4515
New York, New York 10119

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael J. Willemin, Esq.
Wigdor LLP
85 Fifth Avenue
New York, NY 10003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the counterclaim. You also must file the answer or motion with the court and serve it on any other parties.

Summons on Counterclaim

    A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date: _____

                                       *CLERK OF COURT*

                                       _____

                                         *Signature of Clerk or Deputy Clerk*

Civil Action No. 24-cv-245 (JGLC) (RFT)

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):* _____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: