UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>SCOTT BURSOR, individually and in his professional capacity as owner of Bursor & Fisher, P.A., and BURSOR & FISHER, P.A.,<br><br>    Defendants and Counterclaim Plaintiffs,<br><br>    v.<br><br>IVAN WILZIG, ROBERT HANTMAN, CARLOS CARVAJAL, and PETER PLAUT,<br><br>    Counterclaim Defendants. | Civil Action No. 24-cv-245 (JGLC)(RFT) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2025, I served following documents on Counterclaim Defendant Carlos Carvajal via email at carlos@cmcesq.com:

- First Amended Complaint (ECF No. 388);
- Order permitting Defendants to serve the First Amended Complaint and Answer and Counterclaim on the Counterclaim Defendants (ECF No. 404);
- Summons in a Civil Action to Carlos Carvajal (ECF No. 405); and
- Answer to First Amended Complaint, Affirmative Defenses, and Counterclaim (ECF No. 390).

On May 13, 2025, Mr. Carvajal consented via email to accept service of these papers via email.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 23rd day of May 2025.

                                                      */s/ Christopher Walsh*
                                                      Christopher Walsh

                                                      *Counsel for Defendants/Counterclaim-*
                                                      *Plaintiffs Scott Bursor and Bursor & Fisher,*
                                                      *P.A.*