UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGELICA PARKER,

               Plaintiff,

     -against-

SCOTT BURSOR,

             Defendant.

24-CV-245 (JGLC) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

If Plaintiff wishes to file a proposed amended complaint substantially in the form attached as an Exhibit to ECF 266, she has leave of Court to do so by June 2, 2025. Any such filing shall be temporarily under seal.

DATED:  May 28, 2025
         New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge