S.D.N.Y.—N.Y.C.
24-cv-245
Clarke, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of May, two thousand twenty-five.

Present:
    Eunice C. Lee,
    Sarah A. L. Merriam,
    Maria Araújo Kahn,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/2025

Angelica Parker,

        *Plaintiff-Appellee*,

v.                              25-771

Scott Bursor, et al.,

        *Defendants-Appellants*,

Robert Jay Hantman,

        *Intervenor*.

Appellants move (1) for a stay, pending appeal, of the district court's unsealing order, and (2) to file their motion for a stay under seal. Upon due consideration, it is hereby ORDERED that Appellants' motion for a stay is DENIED, *see Nken v. Holder*, 556 U.S. 418, 426, 434 (2009); *In re World Trade Ctr. Disaster Site Litig.*, 503 F.3d 167, 170 (2d Cir. 2007), and their motion to file the stay motion under seal is DENIED. It is further ORDERED that the temporary stay granted in this appeal is terminated.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

CERTIFIED COPY ISSUED ON 05/30/2025