Law Office of<br>
CARLOS M. CARVAJAL, ESQ.<br>
14 Penn Plaza, Suite 2020<br>
New York, NY 10122<br>
P:(212)381-9210<br>
F:(212)381-9209<br>
Carlos@cmcesq.com

May 30, 2025

**VIA ELECTRONIC FILING**
Honorable Jessica G.L. Clarke
United States District Court
Southern District of New York
500 Pearl St., Courtroom 11B
New York, NY 10007

    Re: Parker v. Bursor et al.,
    Civil Case No.: 1:24-cv-00245-JGLC-RFT

Dear Judge Clarke:

    The undersigned is a Counterclaim-Defendant in the Counterclaims filed by the Defendants in the above referenced action. The Court recently extended the time for the other Counterclaim-Defendants to respond to the Counterclaims until June 26, 2025. I am writing to request an extension of time to respond to the same date, June 26, 2025. Defendants consent to this extension. This is the undersigned's first request for an extension of this deadline, and it does not affect any other scheduled deadlines.

    The Court's consideration of this request is greatly appreciated

                                    Respectfully submitted,

                                    *Carlos M. Carvajal*

                             Carlos M. Carvajal, Esq.(cc 6396)

cc: all parties, via ECF