AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| ANGELICA PARKER<br>Plaintiff and Counterclaim Defendant,<br><br>*Plaintiff(s)*<br>v.<br>SCOTT BURSOR, individually and in his professional capacity as owner of BURSOR & FISHER, P.A.,<br>Defendants and Counterclaims Plaintiffs,<br>v.<br>ANGELICA PARKER, IVAN WILZIG, ROBERT HANTMAN, CARLOS CARVAJAL, and PETER PLAUT,<br>Counterclaim Defendants.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 24-cv-245(JGLC) (RFT)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ivan L. Wilzig
1874 Deerfield Rd.
Water Mill, NY 11976-2019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christine A. Amalfe, Esq.
Gibbons P.C.
One Pennsylvania Plaza, 45th Floor, Suite 4515
New York, New York 10119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/13/2025                            s/ G. Pisarczyk
*Tammi M. Hellwig*                         *Signature of Clerk or Deputy Clerk*

Attorney:
CHRISTINE A. AMALFE
GIBBONS P.C.
ONE GATEWAY CENTER
NEWARK NJ 07102


778866

UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT OF NEW YORK

ANGELICA PARKER
    Plaintiff

SCOTT BURSOR, INDIVIDUALLY AND IN HIS PROFESSIONAL CAPACITY AS OWNER OF BURSOR & FISHER, P.A., ET AL
    Defendant

Index / case #: 1:24-CV-00245

**AFFIDAVIT OF SERVICE**

___Suffolk___ County, State of: ___New York___  ___Matthew Morgan, Process Server___, being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: ___New York___

On ___May 29th 2025___ at ___1:27___ am/**pm** at: 1874 DEERFIELD ROAD WATER MILL NY 11976

Deponent served the within: SUMMONS IN A CIVIL ACTION, ANSWER TO FIRST AMENDED COMPLAINT, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM, FIRST AMENDED COMPLAINT

On which were set forth the Index No., herein, and date of filing

On: IVAN WILZIG
(herein after called the recipient) therein named.

[ ] **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

[X] **Suitable Age person** — By delivering thereat a true copy of each to: ___Jose Jimenez___ a person of suitable age and discretion. Said premises is recipients [X] Actual Place of Residence [ ] Actual Place of Business within the State.

[ ] **Affixing to Door** — By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence [ ] Actual Place of Business, within the State. Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there _____

[ ] **Corporation or Partnership** — By delivering thereat a true copy of each to: _____ personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be _____ thereof.

[X] **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [X] Actual Place of Residence [ ] Actual Place of Business ___5/24/25___ at ___1874 Deerfield Road, Water Mill, New York 11976___ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

[X] **Description**
[X] Male   [X] White skin (Hispanic)   [X] Black hair (Short)   [ ] 14-20 Yrs   [ ] Under 5'   [ ] Under 100 Lbs
[ ] Female   [ ] Black skin   [ ] Brown hair   [ ] 21-35 Yrs   [ ] 5'0"-5'3"   [ ] 100-130 Lbs
    [ ] Yellow skin   [ ] Gray hair   [ ] 36-50 Yrs   [X] 5'4"-5'8"   [ ] 131-160 Lbs
    [ ] Brown skin   [ ] Blonde hair   [X] 51-65 Yrs   [ ] 5'9"-6'0"   [X] 161-200 Lbs
    [ ] Red skin   [ ] Red hair   [ ] Over 65 Yrs   [ ] Over 6'   [ ] Over 200 Lbs

Other Identifying Features _____

[X] **Military Service** — I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] Subpoena Fee Tendered in the amount of _____

Sworn to before me on ___05/27/25___

/s/ Suzanne Bennett

SUZANNE BENNETT
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01BE6136366
Qualified in Suffolk County
Commission Expires November 7, 2025

File No. 118185-110606

(Print name below signature)
Matthew Morgan, Process Server

Work Order No. 778866



```
UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT
OF NEW YORK                                              Docket No.  1:24-CV-00245
ANGELICA PARKER
,Plaintiff(s)
                              - against -
SCOTT BURSOR, INDIVIDUALLY AND IN HIS PROFESSIONAL CAPACITY AS
OWNER OF BURSOR & FISHER, P.A., ET AL
,Defendant(s)
```

### AFFIDAVIT OF SERVICE BY MAIL

I AM A CITIZEN OF THE UNITED STATES AND EMPLOYED IN THE COUNTY OF MORRIS, STATE OF NEW JERSEY.

AT ALL TIMES MENTIONED HEREIN, I AM AND WAS OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO OR HAVE A DIRECT INTEREST IN THE ABOVE ACTION.

ON 5/28/25. I SERVED BY MAIL A COPY OF THE FOLLOWING DOCUMENTS:
SUMMONS IN A CIVIL ACTION, ANSWER TO FIRST AMENDED COMPLAINT,
AFFIRMATIVE DEFENSES, AND COUNTERCLAIM, FIRST AMENDED COMPLAINT

UPON:

   IVAN WILZIG

PURSUANT TO COURT RULE, SERVICE IS NOW BEING MADE UPON SAID DEFENDANT BY
PLACING A TRUE COPY OF THE ABOVE DOCUMENTS IN A SEALED ENVELOPE,
WITHIN 20 DAYS OF SUCH DELIVERY OR AFFIXING, DEPONENT ENCLOSED A COPY OF SAME
IN A POSTPAID ENVELOPE PROPERLY ADDRESSED TO THE DEFENDANT AT DEFENDANTS LAST
KNOWN RESIDENCE AND DEPOSITED SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER
THE EXCLUSIVE CARE AND CUSTODY OF THE U.S.POSTAL SERVICE.

ON 5/28/25. AND ADDRESSED AS FOLLOWS:

   IVAN WILZIG

   1874 DEERFIELD ROAD
   WATER MILL NY 11976

**Certified Article Number**
9414 7266 9904 2228 7168 29
**SENDER'S RECORD**

SWORN AND SUBSCRIBED TO BEFORE ME        BY: _N. Mistry_
                                              Nidhi Mistry

THIS 28th DAY OF May, 2025.

_Melissa Giambattista_ (signature)

MELISSA GIAMBATTISTA
Notary Public, State of New Jersey
My Commission Expires 09/17/2029

                    DGR Legal, Inc.
         1359 Littleton Road, Morris Plains, NJ 07950-3000
File # 118185-110606    (973) 403-1700   Fax (973) 403-9222    Work Order # 778866

**CERTIFIED MAIL**

PRESS FIRMLY TO SEAL




9414 7266 9904 2228 7168 29
RETURN RECEIPT REQUESTED

 | **PRIORITY® MAIL**



- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FROM:**

GIBBONS P.C.
ONE GATEWAY CENTER
NEWARK, NJ 07102

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TO:**

IVAN WILZIG
1874 DEERFIELD ROAD
WATER MILL, NY 11976

**TRACKED ■ INSURED**


PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2





**FLAT RATE ENVE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSUF**


PS00001000014
EP14F October 2023
OD: 12 1/2 x 9 1/2

Return Receipt (Form 3811) Barcode

9590 9266 9904 2228 7168 22

1. Article Addressed to:
IVAN WILZIG
1874 DEERFIELD ROAD
WATER MILL, NY 11976

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2228 7168 29

PS Form 3811, Facsimile, July 2015

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail
Reference Information
778866 1:24-CV-00245

Domestic Return Receipt

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 20 lbs.