**MARION & ALLEN, P.C.**      488 Madison Avenue, Suite 1120, New York, New York 10022
**BY: ROGER K. MARION, ESQ.**                                      Telephone: (212) 658-0350
rmarion@rogermarion.com                                            Cellular: (201) 264-6622

June 5, 2025

Via ECF

Honorable Jessica G.L. Clarke, U.S.D.J.
United States District Court Southern District of New York
500 Pearl St., Courtroom 11B
New York, NY 10007

  Re: Parker v. Bursor et al., Civil Action No. 1:24-cv-245 (JGLC)(RFT)

Dear Judge Clarke:

  I represent Third-Party Defendant Peter Plaut in the "Counterclaims" filed by Defendants in the above referenced action. I have spoken to defense counsel Christine A. Amalfe, Esq. who consents to extending my time to Respond to the Complaint to June 26, 2025, the date to which the Court recently extended the time to answer for the other third-party defendants. I also ask because I begin a vacation tomorrow.

  I write to respectfully request an extension of time for Mr. Plaut to respond to Counterclaims to the same date, June 26, 2025. This our first request for an extension of this deadline, and it does not affect any other scheduled deadlines.

  I appreciate the Court's consideration of this request.

        Respectfully submitted,

        Roger K. Marion, Esq.

  cc: All Parties and Counsel via ECF