

Christine A. Amalfe
Director

Gibbons P.C.
One Pennsylvania Plaza
45th Floor, Suite 4515
New York, NY 10119
Direct: 973-596-4829 Fax: +1 973-639-6230
camalfe@gibbonslaw.com

June 11, 2025

**FILED ON ECF VIA LETTER-MOTION**

The Honorable Jessica G.L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

      Re:    *Parker v. Bursor*, 24-cv-245 (JGLC) (RFT)
             **Letter Response to June 6, 2025 Letter from Robert Hantman (ECF No. 431)**
             **Requesting to Maintain Sealing of Counterclaims**

Dear Judge Clarke:

      This Firm, along with Judd Burstein, P.C., represents Defendants Scott Bursor and Bursor & Fisher, P.A. (collectively, "Defendants") in the above-referenced matter. We write in brief response to the letter to Your Honor from Robert Hantman, dated June 6, 2025 (ECF No. 431), concerning his request that Defendants' Answer and Counterclaims (ECF No. 390) remain under seal pending resolution of the motions that Counterclaim Defendants apparently intend to file in response to the Counterclaims.

      Pursuant to Your Honor's Opinion and Order on Defendants' motion to dismiss, strike and seal the Complaint (ECF No. 345), the unsealing of all documents on the Court docket other than Plaintiff's Complaint, and all further disputes concerning sealing, fall within the scope of the General Pretrial referral to Judge Tarnofsky. Judge Tarnofsky has set a process for addressing unsealing issues as to all such filings (see ECF Nos. 427, 432), and Plaintiff and Defendants are in the process of responding to Judge Tarnofsky's directive.

      Accordingly, Defendants submit that the Court should defer on Mr. Hantman's request and refer it to Judge Tarnofsky, to be addressed when Judge Tarnofsky considers unsealing issues as to all other documents on the Court docket.

      We thank the Court for its time and consideration of this matter.

                                           Respectfully submitted,

                                           */s/ Christine A. Amalfe*

                                           Christine A. Amalfe

cc:    All counsel of record (via ECF)
        Magistrate Judge Tarnofsky