UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELICA PARKER,

            Plaintiff,

            v.

SCOTT BURSOR, individually and in his professional capacity as owner of Bursor & Fisher, P.A., and BURSOR & FISHER, P.A.,

            Defendants.

Case No: 24-cv-245 (JGLC)(RFT)

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

On July 15, 2025, Plaintiff Angelica Parker ("Plaintiff") and Defendants Scott Bursor and Bursor & Fisher, P.A. ("Defendants") stipulated that this action be dismissed with prejudice in its entirety, without costs to either party. ECF 443. In light of the Defendants' separate Notices of Dismissal of the Counterclaim as against all counterclaim defendants (ECF 444 and 445), the Stipulation of Dismissal (ECF 443) is hereby approved and so-ordered and the Plaintiff's claims are dismissed with prejudice, with each party bearing its own attorney's fees and costs. The Clerk is directed to close the file.

Dated: July 24, 2025

_Jessica Clarke_
_____
Hon. Jessica G. L. Clarke
United States District Judge