# EXHIBIT 4

**From:** Jason Sumbaly
**To:** Walton, Allison (Core Claims)
**Cc:** Ken Frenchman
**Subject:** Re: Parker v. Bursor, et al.
**Date:** Tuesday, July 16, 2024 12:18:38 PM
**Attachments:** image001.gif
image002.png
image003.png
image004.png
Bursor Invoices (through May 2024).zip

---

Allison -

Thank you for acknowledging Hartford's duty to defend the Firm under the Participating Policies. While we agree that the allegations in the current Complaint fall outside the scope of the Non-Participating Policies, we disagree with Hartford's reservations under the Participating Policies and reserve the right to seek coverage under the Non-Participating Policies should additional information and allegations arise that fall within those policy periods. Additionally, nothing in the Policy or law allows Hartford to recoup any defense costs, particularly from the Firm, and the Firm expressly rejects the Hartford's attempt to do so. Additionally, we disagree with Hartford's position that the Participating Policies do not provide coverage for Mr. Bursor – and Mr. Bursor reserves his right to respond to Hartford's denial at a later date. Thus, the Firm and Mr. Bursor expressly reserve all their rights under the Polices and the law.

Pursuant to the Hartford's acknowledgement of coverage for the Firm, attached are invoices incurred by Bursor & Fisher in its defense of the Underlying Lawsuit. As you are aware, the Firm was originally represented primarily by Judd Burstein but since around mid-April 2024, Gibbons has taken over primary responsibility of the defense. Included are invoices from both law firms. Please note, that the invoices have been stamped "CONFIDENTIAL" pursuant to (and are subject to) the parties' May 8, 2024 Confidentiality Agreement. For the avoidance of doubt, by providing Hartford with the invoices, the Firm does not agree with any of Hartford's reservations to coverage with respect to the Firm or Hartford's coverage denial as to Mr. Bursor.

By way of update, the Underlying Lawsuit is ongoing. The parties recently completed briefing on defendants' motion to dismiss and strike the complaint. The Court has also set a discovery schedule and scheduled a settlement conference for Wednesday, September 25, 2024. Although defendants sought to stay discovery pending their motion to dismiss and strike the complaint, the Court denied that request and ordered discovery to proceed. Thus, the parties will be conducting discovery, which presently is set to end November 29, 2024. In the interim, we will keep Hartford informed of any additional updates and reach out closer to the date of the settlement conference.

Finally, we kindly request that Hartford provide us with copies of all the Participating and Non-Participating primary and umbrella policies.

We are available to discuss should you have any questions.

Thank you,

Jason

---

**From:** Walton, Allison (Core Claims) <Allison.Walton@thehartford.com>
**Sent:** Wednesday, June 12, 2024 6:08 PM
**To:** Jason Sumbaly <jsumbaly@cohenziffer.com>
**Cc:** Ken Frenchman <kfrenchman@cohenziffer.com>
**Subject:** RE: Parker v. Bursor, et al.

Please see attached The Hartford's formal coverage positions for both Bursor & Fisher and Scott Bursor. Please let me know if you have any questions.

Thanks,

**Allison Walton**
Claims Consultant
Complex Claims Unit

The Hartford Financial Services Group, Inc.
One Hartford Plaza | (Tower 15)
Hartford, Connecticut 06155
W: 860-547-4838
F: 877-905-0241
www.thehartford.com
www.facebook.com/thehartford
www.twitter.com/thehartford