Docusign Envelope ID: 63446D2B-AC37-8332-83E8-840574D4F070

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER,<br><br>*Plaintiff*,<br><br>-- against --<br><br>SCOTT BURSOR and<br>BURSOR & FISHER, P.A.,<br><br>*Defendants*. | Case No. 24-cv-245 (JGLC) (RFT)<br><br>**DECLARATION OF ANGELICA PARKER** |

I, **ANGELICA PARKER**, of full age certify to the Court as follows:

1. I am the plaintiff in the above-captioned matter. The information set forth in this Declaration is based on my personal knowledge.

2. I make this Declaration in support of the Joint Letter Response to the Sentinel Insurance Company, Ltd.'s ("Hartford") Letter Motion to Intervene and Unseal the court filings in the Action *Parker v. Bursor, et al.* dated June 5, 2026 (ECF 449).

3. The docket and underlying filings in this matter contain private and highly sensitive information, pictures, and videos regarding and involving me that are not publicly known, and would cause me great harm if publicly released.

4. Moreover, given that my dispute with Mr. Bursor has been amicably resolved and this matter closed by the Court over one year ago, none of this highly sensitive information is of any public concern.

5. The litigation was highly contentious and emotionally trying for me given the sensitivity of the allegations and evidence. As was my intention when the matter settled, I have since moved on from this matter and wish for the record in this case to remain permanently sealed.

Docusign Envelope ID: 63446D2B-AC37-8332-83E8-840574D4F070

6. In fact, prior to the matter being dismissed, I took steps to keep this highly sensitive information confidential, including entering into a settlement agreement with Defendants Scott Bursor and Bursor & Fisher, P.A. wherein a material term of the settlement agreement was that Mr. Bursor and I would take affirmative steps to ensure that the docket remain sealed and oppose an effort to unseal it. Based upon this, it was my expectation that the docket would remain permanently sealed after the matter was dismissed. I relied on this material term when entering into the settlement agreement. Unsealing the docket would undermine my and Mr. Bursor's expectations in settling the matter, and expose sensitive, personal information about me that I specifically made every effort to keep sealed.

7. For all of these reasons, and those set forth in my joint response letter with Defendants, I respectfully request that this Court decline to consider Hartford's letter motion, and reject its request to intervene and unseal the record in this matter. Should the Court determine that it will entertain this request, I respectfully request that Harford be required to file a formal motion for this relief and allow my counsel and all interested parties the opportunity to be further heard in opposition.

I hereby declare under penalty of perjury that the foregoing statements made by me are true and correct.

DocuSigned by:
A Parker
16B00453531D4F7...
Angelica Parker

Dated: June 23, 2026