UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER,<br>*Plaintiff,*<br>-- against --<br>SCOTT BURSOR and<br>BURSOR & FISHER, P.A.,<br>*Defendants.* | Case No. 24-cv-245 (JGLC) (RFT)<br>**DECLARATION OF IVAN WILZIG** |

I, **IVAN WILZIG**, of full age certify to the Court as follows:

1. I am a former counterclaim defendant in the above-captioned matter. The information set forth in this Declaration is based on my personal knowledge.

2. I make this Declaration in support of the Joint Letter Response to the Sentinel Insurance Company, Ltd.'s ("Hartford") Letter Motion to Intervene and Unseal the court filings in the Action *Parker v. Bursor, et al.* dated June 5, 2026 (ECF 449).

3. The docket and underlying filings in this matter contain private and sensitive allegations and information that is personal to me and is not publicly known. This information on the sealed docket does not involve matters of public concern or importance and is purely personal in nature.

4. Public disclosure of documents on the sealed docket would cause me substantial harm, including potential damage to my reputation.

5. Moreover, I have taken steps to keep this information confidential, including entering into a settlement agreement with Defendants Scott Bursor and Bursor & Fisher, P.A., wherein a material term of the settlement agreement was that the parties to the settlement would

take all steps to ensure that filings that were filed under seal in the Action would remain permanently sealed following dismissal of the Action. As such, I intended and fully expected that the sealed court filings in this matter would remain under seal after the case was dismissed. Unsealing the docket would undermine this expectation, and expose sensitive, personal information about me that I specifically expected to keep sealed.

6. I respectfully submit that my privacy interests in the sensitive personal information on the sealed docket outweigh any public interest, or interests of Hartford, in unsealing the docket, particularly given that the Action is now dismissed and closed, and I will have no opportunity to address in court any of the allegations that have been made about me.

7. Given the sensitive and personal nature of the information on the sealed docket, I join the Plaintiff and Defendants in opposing Hartford's letter motion and requesting that the docket remain sealed to ensure my privacy interests are appropriately protected. Should the Court determine that it will entertain Hartford's request, I respectfully request that Harford be required to file a formal motion for this relief and allow an opportunity to be further heard in opposition.

I hereby declare under penalty of perjury that the foregoing statements made by me are true and correct.

Ivan Wilzig

Dated: June 23, 2026