UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGELICA PARKER,

                Plaintiff,

    -against-

SCOTT BURSOR,

                Defendant.

24cv245 (JGLC) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Hartford's letter-motion seeking to intervene under Rule 24 and to seek administrative unsealing of this matter.  (ECF 449.) Defendants oppose on the ground, among others, that the motion may not be brought by letter-motion. Hartford's motion to intervene and to seek administrative unsealing is DENIED without prejudice to renewal by formal motion. Any such motion shall be filed by **July 1, 2026**; oppositions shall be due by **July 22, 2026**; and Hartford's reply in further support shall be due by **August 5, 2026**.

The Clerk of Court is respectfully requested to terminate ECF 449.

DATED:  June 25, 2026
       New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge