**From:** Meek, Jessica (Core Claims) <Jessica.Meek@thehartford.com>
**Sent:** Friday, June 6, 2025 10:07 AM
**To:** Amalfe, Christine A. <CAmalfe@gibbonslaw.com>
**Cc:** Perlman, Peter A (Litigation and Claim Law) <Peter.Perlman@thehartford.com>; Ken Frenchman
<kfrenchman@cohenziffer.com>
**Subject:** RE: Bursor and Fisher [HFSG-HHI.FID1426225] (Encrypted Delivery)

Christine:

Hartford agrees to pay up to $███████ to resolve the claims in the lawsuit against Bursor & Fisher, P.A. and Mr. Bursor.  Hartford also is issuing payment today for the disputed outstanding defense fees in the amount of $2,114,267.88.  Hartford's agreement to fund the settlement and to pay the disputed fees at this time is subject to Hartford's right to seek reimbursement for the amount of the settlement and all defense costs it has paid that are attributable to the non-covered claims in the lawsuit.  If Bursor & Fisher, P.A. does not wish to settle the lawsuit at this time, it has the right to decline the settlement and assume its own defense.  Please let us know how Bursor & Fisher would like to proceed.

............

**Jessica Meek**
Claim Specialist
Complex Claim Unit

**The Hartford Insurance Group, Inc.**

690 Asylum Avenue
Hartford, CT 06155
Office: 860-547-7865
Jessica.Meek@thehartford.com
TheHartford.com

  



Business Insurance | Employee Benefits | Auto | Home

**From:** Amalfe, Christine A. <CAmalfe@gibbonslaw.com>
**Sent:** Thursday, June 5, 2025 10:44 PM
**To:** Meek, Jessica (Core Claims) <Jessica.Meek@thehartford.com>
**Cc:** Perlman, Peter A (Litigation and Claim Law) <Peter.Perlman@thehartford.com>; Ken Frenchman
<kfrenchman@cohenziffer.com>
**Subject:** RE: Bursor and Fisher [HFSG-HHI.FID1426225] (Encrypted Delivery)

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jessica

I spoke with Jeanne Christensen tonight. She said Plaintiff's demand is $██████████ but they are deducting the $3.1 that is arguably due from Plaintiff to Scott per our pending fee application given our successful sanctions motion, so **the actual demand to settle is $██████████**. She asked that we get her a response tomorrow.

Time is of the essence since we have a joint letter due tomorrow to the judge about docket entries that the parties claim should remain sealed. There are very few of those given the court's rulings. Christensen suggested that we can submit the letter very late to the judge so as to avoid any possible unsealing of any docket entries during the day tomorrow. I think if we make a substantive offer, perhaps we can agree on a joint letter to the judge asking for a bit of additional time.

As you know, in order for Scott to agree to this, the record will need to remain sealed and he is going to need to be made whole for all attorneys fees and costs, including all write offs.

I would suggest a call as early tomorrow as possible.

Christine

**CHRISTINE A. AMALFE** | Director
Chair, Employment & Labor Law Group
**t:** 973-596-4829 | **c:** 201-407-4752 | **f:** 973-639-6230
camalfe@gibbonslaw.com | bio | vCard | linkedin

**Gibbons P.C.** | One Gateway Center | Newark, NJ 07102-5310
**m:** 973-596-4500 | **f:** 973-596-0545 | office | map

**Gibbons P.C.** | One Pennsylvania Plaza | 45th Floor, Suite 4515 | New York, NY 10119
**m:** 212-613-2000 | **f:** 212-290-2018 | office | map

gibbonslaw.com | gibbonslawalert.com

**From:** Meek, Jessica (Core Claims) <Jessica.Meek@thehartford.com>
**Sent:** Tuesday, June 3, 2025 2:11 PM
**To:** Amalfe, Christine A. <CAmalfe@gibbonslaw.com>
**Cc:** Perlman, Peter A (Litigation and Claim Law) <Peter.Perlman@thehartford.com>
**Subject:** Bursor and Fisher [HFSG-HHI.FID1426225] (Encrypted Delivery)

**External Email:** Use caution with links and attachments.

2

Christine:

As the 2nd Circuit has now ruled that the lawsuit will be unsealed we would like to move forward and see if we can get this matter settled.  Could you please reach out to plaintiff's counsel and request a demand?

············

**Jessica Meek**
Claim Specialist
Complex Claim Unit

**The Hartford Insurance Group, Inc.**

690 Asylum Avenue
Hartford, CT 06155
Office: 860-547-7865
Jessica.Meek@thehartford.com
TheHartford.com



Business Insurance | Employee Benefits | Auto | Home

**************************************************************************************************

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

**************************************************************************************************

**Disclaimer**
The contents of this message, together with any attachments, may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, printing, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please do not read this message or any attachments and please notify me immediately by reply e-mail or call Gibbons P.C. at 973-596-4500 and delete this message, along with any attachments, from your computer.

**************************************************************************************************

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.