**From:** Amalfe, Christine A. <CAmalfe@gibbonslaw.com>
**Sent:** Thursday, July 3, 2025 10:04 AM
**To:** Meek, Jessica (Core Claims) <Jessica.Meek@thehartford.com>
**Cc:** Sidoti, Mark S. <MSidoti@gibbonslaw.com>
**Subject:** RE: 6.18 Draft Bursor_Parker Settlement Agreement.DOCX [HFSG-HHI.FID1426225] (Encrypted Delivery)

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jessica

Client is good with your proposed language and I have incorporated it. We are doing some additional outreach to Hantman and Carvajal today (Hantman apparently is in Europe). I know Plaintiff's counsel and Wilzig's counsel have also been trying to bring them along. The problem if they do not agree is both have substantial confidential information (including audio of our client) that they could use or leak and let's just say both are not trustworthy or ethical. We will continue to hopefully move this to the finish line.

Christine

**CHRISTINE A. AMALFE** | Director
Chair, Employment & Labor Law Group
**t:** 973-596-4829 | **c:** 201-407-4752 | **f:** 973-639-6230
camalfe@gibbonslaw.com | bio | vCard | linkedin

**Gibbons P.C.** | One Gateway Center | Newark, NJ 07102-5310
**m:** 973-596-4500 | **f:** 973-596-0545 | office | map

**Gibbons P.C.** | One Pennsylvania Plaza | 45th Floor, Suite 4515 | New York, NY 10119
**m:** 212-613-2000 | **f:** 212-290-2018 | office | map

gibbonslaw.com | gibbonslawalert.com

---

**From:** Meek, Jessica (Core Claims) <Jessica.Meek@thehartford.com>
**Sent:** Thursday, July 3, 2025 10:00 AM
**To:** Amalfe, Christine A. <CAmalfe@gibbonslaw.com>
**Cc:** Sidoti, Mark S. <MSidoti@gibbonslaw.com>
**Subject:** RE: 6.18 Draft Bursor_Parker Settlement Agreement.DOCX [HFSG-HHI.FID1426225] (Encrypted Delivery)

> **External Email:** Use caution with links and attachments.

Hi Christine. Thank you for the update on the status of the agreement, including with regard to the confidentiality agreements with Hantman and Carvajal. Please continue to keep me posted. Also, given the absence of any objection, I assume Bursor is good with the alternative language I proposed on 6/26, i.e., "Defendants will direct their insurance carrier(s) to deposit . . .", and that this language will be included in the agreement. Thank you for working through that issue with me.



............

**Jessica Meek**
Claim Specialist
Complex Claim Unit

**The Hartford Insurance Group, Inc.**

690 Asylum Avenue
Hartford, CT 06155

Office: 860-547-7865
Jessica.Meek@thehartford.com

TheHartford.com



Business Insurance | Employee Benefits | Auto | Home

**From:** Amalfe, Christine A. <CAmalfe@gibbonslaw.com>
**Sent:** Wednesday, July 2, 2025 4:05 PM
**To:** Meek, Jessica (Core Claims) <Jessica.Meek@thehartford.com>
**Cc:** Sidoti, Mark S. <MSidoti@gibbonslaw.com>
**Subject:** Re: 6.18 Draft Bursor_Parker Settlement Agreement.DOCX [HFSG-HHI.FID1426225] (Encrypted Delivery)

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

We still don't have confidentiality agreements with Hantman and carvajal which are needed to finalize. They are not cooperating. Plaintiffs counsel is working on it.

Sent from my iPhone

On Jul 2, 2025, at 3:53 PM, Meek, Jessica (Core Claims) <Jessica.Meek@thehartford.com> wrote:

> **External Email:** Use caution with links and attachments.

Hi Christine: Just following up regarding my below email. Please advise.

Thanks,

............

**Jessica Meek**
Claim Specialist
Complex Claim Unit

**The Hartford Insurance Group, Inc.**

690 Asylum Avenue
Hartford, CT 06155

Office: 860-547-7865
Jessica.Meek@thehartford.com

TheHartford.com

Business Insurance | Employee Benefits | Auto | Home

**From:** Meek, Jessica (Core Claims)
**Sent:** Monday, June 30, 2025 4:10 PM
**To:** Amalfe, Christine A. <CAmalfe@gibbonslaw.com>
**Cc:** Sidoti, Mark S. <MSidoti@gibbonslaw.com>
**Subject:** RE: 6.18 Draft Bursor_Parker Settlement Agreement.DOCX [HFSG-HHI.FID1426225]

Hi Christine: Just wanted to follow up on this proposed edit and where things stand with the settlement agreement?

Thanks,

............

**Jessica Meek**
Claim Specialist
Complex Claim Unit

**The Hartford Insurance Group, Inc.**

690 Asylum Avenue
Hartford, CT 06155

Office: 860-547-7865
Jessica.Meek@thehartford.com

TheHartford.com

Business Insurance | Employee Benefits | Auto | Home

---

**From:** Meek, Jessica (Core Claims)
**Sent:** Thursday, June 26, 2025 10:16 AM
**To:** Amalfe, Christine A. <CAmalfe@gibbonslaw.com>
**Cc:** Sidoti, Mark S. <MSidoti@gibbonslaw.com>
**Subject:** RE: 6.18 Draft Bursor_Parker Settlement Agreement.DOCX [HFSG-HHI.FID1426225]

Hi Christine-

Not sure why that language is important to your client, but it's not appropriate to impose in this agreement an obligation on a non-party to the agreement. Let's go with: "Defendants will direct their insurance carrier(s) to deposit . . ." That protects whatever issue your client has while not effectively making Hartford a party to the agreement, which it is not.

Thanks,

············

**Jessica Meek**
Claim Specialist
Complex Claim Unit

**The Hartford Insurance Group, Inc.**

690 Asylum Avenue
Hartford, CT 06155

Office: 860-547-7865
Jessica.Meek@thehartford.com

TheHartford.com

Business Insurance | Employee Benefits | Auto | Home

---

**From:** Amalfe, Christine A. <CAmalfe@gibbonslaw.com>
**Sent:** Wednesday, June 25, 2025 6:45 PM

**To:** Meek, Jessica (Core Claims) <Jessica.Meek@thehartford.com>
**Cc:** Sidoti, Mark S. <MSidoti@gibbonslaw.com>
**Subject:** RE: 6.18 Draft Bursor_Parker Settlement Agreement.DOCX [HFSG-HHI.FID1426225] (Encrypted Delivery)

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jessica

The Hartford is clearly not a party to the agreement. Plaintiff has not asked for that and we don't intend to agree to it even if they did. The language does make a difference to our client and we would like to have it remain as is.

We are still going back and forth and hope to have agreement with Plaintiff in the next few days.

Christine

**CHRISTINE A. AMALFE** | Director
Chair, Employment & Labor Law Group
**t:** 973-596-4829 | **c:** 201-407-4752 | **f:** 973-639-6230
camalfe@gibbonslaw.com | bio | vCard | linkedin

**Gibbons P.C.** | One Gateway Center | Newark, NJ 07102-5310
**m:** 973-596-4500 | **f:** 973-596-0545 | office | map

**Gibbons P.C.** | One Pennsylvania Plaza | 45th Floor, Suite 4515 | New York, NY 10119
**m:** 212-613-2000 | **f:** 212-290-2018 | office | map

gibbonslaw.com | gibbonslawalert.com

**From:** Meek, Jessica (Core Claims) <Jessica.Meek@thehartford.com>
**Sent:** Tuesday, June 24, 2025 11:26 AM
**To:** Amalfe, Christine A. <CAmalfe@gibbonslaw.com>
**Cc:** Sidoti, Mark S. <MSidoti@gibbonslaw.com>
**Subject:** RE: 6.18 Draft Bursor_Parker Settlement Agreement.DOCX [HFSG-HHI.FID1426225] (Encrypted Delivery)

> **External Email:** Use caution with links and attachments.

Thanks Christine-

Hartford has one suggestion. Hartford is not a party to the agreement. We think Paragraph 2 should be changed to say "$█████ will be deposited . . ." From Ms. Parker's perspective, it shouldn't matter who pays that amount.

............

**Jessica Meek**
Claim Specialist
Complex Claim Unit

**The Hartford Insurance Group, Inc.**

690 Asylum Avenue
Hartford, CT 06155

Office: 860-547-7865
Jessica.Meek@thehartford.com

TheHartford.com

Business Insurance | Employee Benefits | Auto | Home

**From:** Amalfe, Christine A. <CAmalfe@gibbonslaw.com>
**Sent:** Wednesday, June 18, 2025 3:51 PM
**To:** Meek, Jessica (Core Claims) <Jessica.Meek@thehartford.com>
**Cc:** Sidoti, Mark S. <MSidoti@gibbonslaw.com>
**Subject:** 6.18 Draft Bursor_Parker Settlement Agreement.DOCX

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jessica,

This is still a work in progress but here is the latest draft of the agreement. We need to go back to the plaintiff on several of the redlined terms but are waiting to determine if there will be simultaneous settlements with the counterclaim defendants or not. They are supposed to let us know by tomorrow. We have an agreement with Plaut in principle. He agreed to confidentiality and non-disparagement and Mr Bursor is providing a release. We are waiting on Carvajal, Hantman and Wilzig to come back to us on whether they want to agree to those terms. The confidentiality issue is important to both plaintiff and Mr Bursor so we are hopeful that they will agree to maintain confidentiality in exchange for a release. If they will not, we will have to talk to Plaintiff's counsel as to next steps as we know she wanted them to also settle and agree to confidentiality.

Christine

**CHRISTINE A. AMALFE** | Director
Chair, Employment & Labor Law Group
**t:** 973-596-4829 | **c:** 201-407-4752 | **f:** 973-639-6230
camalfe@gibbonslaw.com | bio | vCard | linkedin

**Gibbons P.C.** | One Gateway Center | Newark, NJ 07102-5310
**m:** 973-596-4500 | **f:** 973-596-0545 | office | map

**Gibbons P.C.** | One Pennsylvania Plaza | 45th Floor, Suite 4515 | New York, NY 10119
**m:** 212-613-2000 | **f:** 212-290-2018 | office | map

gibbonslaw.com | gibbonslawalert.com

**Disclaimer**
The contents of this message, together with any attachments, may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, printing, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please do not read this message or any attachments and please notify me immediately by reply e-mail or call Gibbons P.C. at 973-596-4500 and delete this message, along with any attachments, from your computer.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

*****************************************************************************************
************

*****************************************************************************************
****

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.


*****************************************************************************************
****