UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELICA PARKER,

                *Plaintiff,*

-- against --

SCOTT BURSOR and
BURSOR & FISHER, P.A.,

                *Defendants.*

Case No. 24-cv-245 (JGLC) (RFT)

**SUPPLEMENTAL DECLARATION OF
CHRISTINE A. AMALFE IN
OPPOSITION TO
HARTFORD'S MOTION TO
INTERVENE AND TO COMPLETE
ADMINISTRATIVE UNSEALING**

I, **CHRISTINE A. AMALFE**, of full age, certify to the Court as follows:

1.      I am a Partner with the law firm of FBT Gibbons LLP, counsel for Defendants Scott Bursor ("Bursor") and Bursor & Fisher, P.A. ("B&F" and, together with Bursor, "Defendants") in the above-captioned matter.  I make this Declaration in opposition to non-party Sentinel Insurance Company's ("Hartford") "Motion to Intervene and to Complete Administrative Unsealing" of the Court filings in this action (the "Underlying Action" or "Action") (the "Motion").  I am personally familiar with the facts set forth in this Declaration.

2.      To avoid duplicative filings, Defendants incorporate by reference in their opposition to Hartford's Motion:

      a.  My Declaration in opposition to Hartford's letter motion to intervene and unseal, filed June 24, 2026 (ECF No. 456-1);

      b.  The Declaration of Ken Frenchman in opposition to Hartford's letter motion to intervene and unseal, and Exhibits 1-8 thereof, filed June 24, 2026 (ECF Nos. 456-2 – 456-10);

      c.  The Declaration of Angelica Parker, filed June 24, 2026 (ECF No. 456-11);

1

    d.   The Declaration of Ivan Wilzig, filed June 24, 2026 (ECF No. 456-12);

    e.   The Declaration of Peter Plaut in Opposition to Motion to Intervene and Unseal, filed June 24, 2026 (ECF No. 454); and

    f.   The Declaration of Robert Hantman, filed on June 23, 2026 (ECF No. 452-1).

3.     Attached hereto as **Exhibit A** is a true and correct redacted copy of an e-mail exchange between Allison Walton and Jason Sumbaly on September 24, 2024, which was filed in the Coverage Action[1] at ECF No. 18-17 (Exhibit 9).

4.     Attached hereto as **Exhibit B** is a true and correct copy of an e-mail from Jessica Meek to me on April 23, 2025 at about 6:05 p.m.

5.     Attached hereto as **Exhibit C** is a true and correct redacted copy of an e-mail from Jessica Meek to me on May 23, 2025, which was filed in the Coverage Action at ECF No. 18-19 (Exhibit 10).

6.     Attached hereto as **Exhibit D** is a true and correct redacted copy of an e-mail from me to Jessica Meek on April 1, 2025.

I hereby declare under penalty of perjury that the foregoing statements made by me are true and correct.

*/s Christine A. Amalfe*
Christine A. Amalfe

Dated:  July 22, 2026

---

[1] The "Coverage Action" means the action by Sentinel Insurance Company Limited against Bursor & Fisher and Scott Bursor, originally filed in the United States District Court for the Northern District of California, Case No. 3:25-cv-6351, which was transferred by order filed November 24, 2025, to the United States District Court for the Southern District of New York, Case No. 1:25-cv-10000-AT-VF.