# EXHIBIT B

| | |
|---|---|
| **From:** | Meek, Jessica (Core Claims) <Jessica.Meek@thehartford.com> |
| **Sent:** | Wednesday, April 23, 2025 6:05 PM |
| **To:** | Amalfe, Christine A. |
| **Subject:** | Bursor and Fisher [HFSG-HHI.FID1426225] (Encrypted Delivery) |

**External Email:** Use caution with links and attachments.

Hi Christine: Getting some inquiries internally and wanted to see if you might be able to jump on a quick call with me and the internal Hartford counsel assigned to this case to discuss the plan of action moving forward to try and work towards resolution? Maybe sometime yet this week or else next week? Let me know your availability.

Thanks,







............

**Jessica Meek**
Claim Specialist
Complex Claim Unit

**The Hartford Insurance Group, Inc.**

690 Asylum Avenue
Hartford, CT 06155

Office: 860-547-7865
Jessica.Meek@thehartford.com

TheHartford.com



Business Insurance | Employee Benefits | Auto | Home

**From:** Amalfe, Christine A.
**Sent:** Thursday, April 17, 2025 9:48 PM
**To:** Meek, Jessica (Core Claims)
**Subject:** FW: Bursor Orders - Bursor and Fisher motion papers.

1

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jessica

See attached papers related to the motion to dismiss Bursor and Fisher. I have not received plaintiff's supplemental filing yet tonight but will send anything we get in the morning. Please let me know if you have any questions.

Christine

**CHRISTINE A. AMALFE** | Director
Chair, Employment & Labor Law Group
**t:** 973-596-4829 | **c:** 201-407-4752 | **f:** 973-639-6230
camalfe@gibbonslaw.com | bio | vCard | linkedin

**Gibbons P.C.** | One Gateway Center | Newark, NJ 07102-5310
**m:** 973-596-4500 | **f:** 973-596-0545 | office | map

**Gibbons P.C.** | One Pennsylvania Plaza | 45th Floor, Suite 4515 | New York, NY 10119
**m:** 212-613-2000 | **f:** 212-290-2018 | office | map

gibbonslaw.com | gibbonslawalert.com

**Disclaimer**
The contents of this message, together with any attachments, may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, printing, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please do not read this message or any attachments and please notify me immediately by reply e-mail or call Gibbons P.C. at 973-596-4500 and delete this message, along with any attachments, from your computer.

*************************************************************************************************
****

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

*************************************************************************************************
****