# EXHIBIT D

| | |
|---|---|
| **From:** | Amalfe, Christine A. |
| **Sent:** | Tuesday, April 1, 2025 10:00 AM |
| **To:** | Meek, Jessica (Core Claims) |
| **Subject:** | FW: Bursor Orders |
| **Attachments:** | 0345 Opinion and Order on Motions.pdf; 0346 SEALED Report and Recommendations re ECF 265.pdf; 0350 Opinion and Order on ECF 102.pdf; 0351 Order on Def's Lettter Motion to Seal [ECF 348].pdf |

Good morning Jessica

There has been a lot of action in our case in the last few days. ███████████████████████████████████████████████████████████████████████████████████████████████████████ The case will remain sealed until April 14. Once we get a decision on the motion to stay pending appeal of the sealing order, ███████████████████████████████████ we will then appeal that issue to the Second Circuit.

Please let me know if you have any questions.

Christine

**CHRISTINE A. AMALFE** | Director
Chair, Employment & Labor Law Group
**t:** 973-596-4829 | **c:** 201-407-4752 | **f:** 973-639-6230
camalfe@gibbonslaw.com | bio | vCard | linkedin

**Gibbons P.C.** | One Gateway Center | Newark, NJ 07102-5310
**m:** 973-596-4500 | **f:** 973-596-0545 | office | map

**Gibbons P.C.** | One Pennsylvania Plaza | 45th Floor, Suite 4515 | New York, NY 10119
**m:** 212-613-2000 | **f:** 212-290-2018 | office | map



gibbonslaw.com | gibbonslawalert.com