

**Christine A. Amalfe**
Partner
+1 973.596.4829 (t)
+1 973.639.6230 (f)
camalfe@fbtgibbons.com

July 24, 2026

**FILED ON ECF AS A LETTER-MOTION**

Honorable Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

> Re:   ***Parker v. Bursor***, 24-cv-245 (JGLC) (RFT)
> **Letter Motion to Seal Sentinel Insurance Company's Reply in Support of**
> **Motion to Intervene and to Complete Administrative Unsealing**

Dear Magistrate Judge Tarnofsky:

This Firm represents Defendants Scott Bursor and Bursor & Fisher, P.A. ("Bursor & Fisher" and, together with Scott Bursor, "Defendants") in the above-referenced matter. We submit this letter motion to request that the Court seal Sentinel Insurance Company's ("Hartford") Reply in Support of Motion to Intervene and to Complete Administrative Unsealing (ECFN No. 465), filed on July 24, 2026, pending the Court's decision and order on Hartford's Motion to Intervene and to Complete Administrative Unsealing (ECF No. 458) (Hartford's "Motion") and until and unless the Court orders otherwise.

As the Court is aware, many of the court filings in this Action remain under seal, including the Complaint and the Court's Decision on Defendants' motion to dismiss (ECF No. 345). Despite the current sealing of these filings, Hartford has sought to engage in self-help by directly quoting the Court's sealed Decision (ECF No. 345) in their publicly-filed Reply brief.

Defendants respectfully request that the Court seal Hartford's Reply (ECF No. 465) until further order of the Court to avoid materially prejudicing Defendants' and the other parties' right to oppose Hartford's Motion to intervene and unseal.

> Respectfully submitted,
>
> */s/ Christine A. Amalfe*
>
> Christine A. Amalfe