UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELICA PARKER,

                    Plaintiff,

    -against-

SCOTT BURSOR, et al.,

                  Defendants.

24-CV-0245 (JGLC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE:**

Pending before the Court is Defendants' emergency letter-motion seeking to seal Hartford's reply brief, arguing that the reply brief directly quotes the Court's sealed decision at ECF 345. (ECF 466.) Hartford opposes on the ground that the sealed decision is publicly available on four different websites and that the Court cannot seal what is already public. (ECF 467.) Hartford is correct that the Court cannot seal what is already public. *See Grossberg v. Fox Corp.,* No. 23-CV-2368 (JMF), 2023 WL 2612262, at *1 (S.D.N.Y. Mar. 23, 2023) ("[C]ourts routinely deny sealing requests where, as here, the information to be sealed is already publicly available."). However, the administrative order sealing ECF 345 remains in effect and will remain in effect until a decision has been made on Hartford's pending motion to intervene and unseal (ECF 458).

As such, Defendants' letter-motion motion to seal ECF 465 (ECF 466) is **GRANTED**. The Clerk of Court is respectfully requested to maintain ECF 465 under seal and to terminate ECF 466.

DATED:  July 28, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge