FBT Gibbons

**Christine A. Amalfe**
Partner
+1 973.596.4829 (t)
+1 973.639.6230 (f)
camalfe@fbtgibbons.com

August 21, 2026

**VIA ECF**

Honorable Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

**Re: *Parker v. Bursor*, 24-cv-245 (JGLC) (RFT)**

Dear Magistrate Judge Tarnofsky:

This Firm represents Defendants Scott Bursor and Bursor & Fisher, P.A. (collectively, "Defendants") in the above-referenced matter. Despite best efforts, given the time of the year, and a death in my client's family, I have not been able to adequately consult with my client about Your Honor's ruling or speak to counsel for the others who have objected to the unsealing, and would respectfully request an extension of fourteen days on (1) the filing of the redacted documents, and (2) the time for the parties to object to Your Honor's Order of August 17, 2026 (ECF 469). We would also ask that any unsealing of ECF 345, 388, 424 and 465 be stayed until further Order of the court.

I have emailed Mr. Ruggeri to request consent but as of the filing of this letter, I have not heard back from him. Since the deadline for filing is Monday, I thought it wise to send this letter at this time and prior to receiving his response.

Thank you for your consideration.

Respectfully submitted,

*/s/ Christine A. Amalfe*

Christine A. Amalfe
Partner

G118185.G110606 4920-5267-1433v1